UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRETT S. GODETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 05-11354-JLT |
| v. | ) | |
| | ) | |
| RICHARD STANLEY, DIANE HEFFERNAN, | ) | |
| DANIEL CRONIN, PAUL GALLAGHER, | ) | |
| WILLIAM WALLACE, DONALD PATTULLO, | ) | |
| CHARLES HESELTINE, and PATRICK KEEFE, | ) | |
| Individually and as Police Officers of Their | ) | |
| Respective Municipalities, LT. RIORDON | ) | |
| and THE TOWN OF NORTH ANDOVER, | ) | |
| THE TOWN OF ANDOVER, and | ) | |
| MERRIMACK COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Robert B. Smith as counsel of record for Defendants

Merrimack College and Lt. Riordan in the above-entitled case.

/s/ Robert B. Smith
Robert B. Smith, BBO #546580
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street, Seventh Floor
Boston, MA 02109-5105
(617) 778-7500
Facsimile (617) 778-7501

Date:   July 7, 2005

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice Of

Appearance was served upon the following by United States Mail, first class, postage prepaid,

this 7th day of July, 2005:


James B. Krasnoo, Esq.
Paul Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810



/s/ Robert B. Smith
Robert B. Smith