UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL GALLAGHER, WILLIAM WALLACE, DONALD PATTULLO, CHARLES HESELTINE, and PATRICK KEEFE, Individually and as Police Officers of Their Respective Municipalities, LT. RIORDON and THE TOWN OF NORTH ANDOVER, THE TOWN OF ANDOVER, and MERRIMACK COLLEGE,<br><br>    Defendants. | CIVIL ACTION NO. 05-11354-JLT |

## STIPULATION EXTENDING TIME FOR MERRIMACK COLLEGE AND LT. RIORDAN TO ANSWER PLAINTIFF'S VERIFIED COMPLAINT

Plaintiff and Defendants Merrimack College and Lt. Michael Riordan, by their respective counsel, hereby stipulate and agree that the time within which Merrimack College and Lt. Michael Riordan shall answer or otherwise plead with respect to plaintiff's Complaint shall be extended to and including September 30, 2005.

| | |
|---|---|
| PLAINTIFF BRETT S. GODETTE,<br>By its Attorney<br><br>*/s/ Paul Klehm (js)*<br>James B. Krasnoo, BBO# 279300<br>Paul Klehm, BBO# 561605<br>Law Offices of James B. Krasnoo<br>23 Main Street, Terrace Level<br>Andover, MA 01810<br>(978) 475-9955<br>fax (978) 474-9005 | DEFENDANTS MERRIMACK COLLEGE<br>AND LT. RIORDAN<br>By their Attorney,<br><br>*/s/ Robert B. Smith*<br>Robert B. Smith, BBO# 546580<br>Nelson Kinder Mosseau & Saturley, P.C.<br>45 Milk Street, 7th Floor<br>Boston, MA 02109<br>(617) 778-7500<br>fax (617) 778-7501 |

Dated: August 23, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation Extending Time For Merrimack College And Lt. Riordan To Answer Plaintiff's Verified Complaint was served upon the following by United States Mail, first class, postage prepaid, this 23rd day of August, 2005:

> James B. Krasnoo, Esq.
> Paul Klehm, Esq.
> Law Offices of James B. Krasnoo
> 23 Main Street, Terrace Level
> Andover, MA 01810
>
> Regina Gilgun Ryan, Esq.
> Merrick, Louison & Costello, LLP
> 67 Batterymarch Street
> Boston, MA 02110-3206

_____
Robert B. Smith