UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT GODETTE )<br>    Plaintiff )<br>v. )<br> )<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, WILLIAM WALLACE, )<br>DONALD PATTULLO, CHARLES HESELTINE )<br>and PATRICK KEEFE, Individually and )<br>as Police Officers of Their Respective )<br>Municipalities, LT. RIORDON and )<br>the TOWN OF NORTH ANDOVER, )<br>THE TOWN OF ANDOVER, )<br>and MERRIMACK COLLEGE )<br>    Defendants )<br> ) | CIVIL ACTION NO.<br>05-11354-JLT |

**PLAINTIFF'S MOTION (1) TO STAY CASE AGAINST *ONLY* DEFENDANT PATRICK KEEFE, WHO IS IN ACTIVE MILITARY SERVICE, (2) TO RELIEVE PLAINTIFF OF OBLIGATION OF HAVING TO SERVE DEFENDANT KEEFE UNTIL SIXTY DAYS AFTER PLAINTIFF RECEIVES NOTICE THAT DEFENDANT KEEFE HAS COMPLETED HIS ACTIVE MILITARY SERVICE, AND (3) TO ORDER DEFENDANT KEEFE'S COUNSEL TO INFORM PLAINTIFF'S COUNSEL PROMPTLY WHEN DEFENDANT KEEFE HAS COMPLETED
SAID ACTIVE MILITARY SERVICE**

Plaintiff Brett Godette hereby moves this Court (1) to stay the case *only* against

Defendant Patrick Keefe, who, upon information and belief, is in active military service,

(2) to relieve Plaintiff Godette of obligation of having to serve Defendant Keefe until sixty

days after Plaintiff Godette receives notice that Defendant Keefe has completed his active

military service, and (3) to order Defendant Keefe's counsel to inform Plaintiff's counsel

promptly when Defendant Keefe has completed said active military service, for the reasons set forth below:

1.  In this action, Plaintiff Brett Godette seeks damages from various individuals and municipalities for civil rights and other violations arising out of an incident on or about March 26, 2003 in which, Plaintiff Godette alleges, he was wrongfully accused of committing a bank robbery.

2.  In this action, Attorney Regina Ryan of the law firm of Merrick, Louison & Costello, LLP represents the Town of Andover and Defendants Donald Pattulo, William Wallace, Charles Heseltine and Patrick Keefe. Attorney Ryan has already accepted service on behalf of Defendants Town of Andover, Pattulo, Wallace and Heseltine.

3.  Upon information and belief, based upon information received from Attorney Ryan, Defendant Patrick Keefe is currently in active military service. Upon information and belief, Defendant Keefe may return in November, 2005.

4.  Plaintiff Godette may not proceed in this case against a defendant who is engaged in active military service.

5.  As a result, Plaintiff Godette respectfully requests that this Court (1) stay the case solely against Defendant Patrick Keefe, (2) relieve Plaintiff Godette of his obligation of having to serve Defendant Keefe until sixty days after Plaintiff Godette receives notice that Defendant Keefe has completed his active military service, and (3) order Defendant Keefe's counsel to inform Plaintiff's counsel promptly when Defendant Keefe has completed said active military service.

6. For clarification, Plaintiff Godette does not seek a stay of the entire case. Plaintiff Godette intends to proceed in this action against all Defendants, other than Defendant Keefe.

**WHEREFORE**, for the above reasons, Plaintiff Brett Godette respectfully requests that this Court GRANT the within motion and (1) stay the case solely against Defendant Patrick Keefe, (2) relieve Plaintiff Godette of his obligation of having to serve Defendant Keefe until sixty days after Plaintiff Godette receives notice that Defendant Keefe has completed his active military service, and (3) order Defendant Keefe's counsel to inform Plaintiff's counsel promptly when Defendant Keefe has completed said active military service.

The Plaintiff
Brett Godette
By His Attorneys,


/s/ Paul J. Klehm
James B. Krasnoo
james@krasnoolaw.com
Paul J. Klehm
pklehm@krasnoolaw.com
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Terrace Level
Andover, MA 01810
(978) 475-9955

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

On August 27, 2005, I spoke by telephone with Attorney Regina Ryan, counsel to all Defendants except for Merrimack College, with regard to the within motion. She informed me that she had no objection to the within motion.

/s/ James B. Krasnoo
James B. Krasnoo

On August 31, 2005, I spoke by telephone with Robert Smith, counsel to Defendant Merrimack College with regard to the within motion. He does not consent to the motion.

/s/ Paul J. Klehm
Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on August 31, 2005.

/s/ Paul J. Klehm
Paul J. Klehm