**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

                                                    **CA NO. 05-11354JLT**

**BRETT S. GODETTE,**
        **Plaintiff,**


**v.**


**RICHARD STANLEY, DIANE HEFFERNAN,**
**DANIEL CRONIN, PAUL CALLAGHER,**
**WILLIAM WALLACE, DONALD PATTULLO,**
**CHARLES HESELTINE, and PATRICK KEEFE,**
**Individually and as Police Officers of Their**
**Respective Municipalities, LT. RIORDON,**
**TOWN OF NORTH ANDOVER, TOWN OF**
**ANDOVER, and MERRIMACK COLLEGE,**
        **Defendants**


**STIPULATION EXTENDING TIME FOR RICHARD STANLEY, DIANE HEFFERNAN,**
**DANIEL CRONIN, PAUL GALLAGHER, WILLIAM WALLACE, DONALD**
**PATTULLO, CHARLES HESELTINE, THE TOWN OF NORTH ANDOVER AND THE**
**TOWN OF ANDOVER TO ANSWER PLAINTIFF'S VERIFIED COMPLAINT**

Plaintiff and Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul

Gallagher, William Wallance, Donald Pattullo, Charles Heseltine, the Town of North Andover

and the Town of Andover, by their respective counsel, hereby stipulate and agree that the time

within which  Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William

Wallance, Donald Pattullo, Charles Heseltine, the Town of North Andover and the Town of

Andover shall answer or otherwise plead with respect to plaintiff's Complaint shall be exted to

and including October 14, 2005

Plaintiff Brett S. Godette,
by his attorneys,

Defendants, Stanley, Hffernan, Cronin,
Gallagher, Wallace, Pattullo, Heseltine, Town
of North Andover and Town of Andover,
by its attorneys,

/s/ James B. Krasnoo
James B. Krasnoo BBO# 279300
Paul Klehm BBO# 561605
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01810
(978) 475-9955

/s/ Regina M. Ryan
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 6th day of October, 2005, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed to Paul Klehm, Esquire, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; Robert B. Smith, Esquire, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

/s/ Regina M. Ryan
Regina M. Ryan