UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br><br>           Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL GALLAGHER, WILLIAM WALLACE, DONALD PATTULLO, CHARLES HESELTINE, and PATRICK KEEFE, Individually and as Police Officers of Their Respective Municipalities, LT. RIORDON and THE TOWN OF NORTH ANDOVER, THE TOWN OF ANDOVER, and MERRIMACK COLLEGE,<br><br>           Defendants. | CIVIL ACTION NO. 05-11354-JLT |

## STIPULATION EXTENDING TIME FOR MERRIMACK COLLEGE AND LT. RIORDAN TO ANSWER PLAINTIFF'S VERIFIED COMPLAINT

Plaintiff and Defendants Merrimack College and Lt. Michael Riordan, by their respective counsel, hereby stipulate and agree that the time within which Merrimack College and Lt. Michael Riordan shall answer or otherwise plead with respect to plaintiff's Complaint shall be extended to and including October 28, 2005.

| | |
|---|---|
| PLAINTIFF BRETT S. GODETTE,<br>By its Attorney | DEFENDANTS MERRIMACK COLLEGE<br>AND LT. RIORDAN<br>By their Attorney, |
| */s/ Paul Klehm*<br>James B. Krasnoo, BBO# 279300<br>Paul Klehm, BBO# 561605<br>Law Offices of James B. Krasnoo<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br>(978) 475-9955<br>fax (978) 474-9005 | */s/ Robert B. Smith*<br>Robert B. Smith, BBO# 546580<br>Nelson Kinder Mosseau & Saturley, P.C.<br>45 Milk Street, 7th Floor<br>Boston, MA  02109<br>(617) 778-7500<br>fax (617) 778-7501 |

Dated:  October 14, 2005

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation Extending Time For Merrimack College And Lt. Riordan To Answer Plaintiff's Verified Complaint was served upon the following this 14th day of October, 2005:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206


                    */s/ Robert B. Smith*
                    Robert B. Smith