UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
   Plaintiff,

v.

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL GALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,**
Individually and as Police Officers of Their
Respective Municipalities, **LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
   Defendants

## DEFENDANTS, STANLEY, HEFFERNAN, CRONIN, GALLAGHER, WALLACE, PATTULLO, HESELTINE, KEEFE, TOWN OF NORTH ANDOVER AND TOWN OF ANDOVER'S  MOTION TO DISMISS

The defendants Stanley, Heffernan, Cronin, Gallagher, Wallace, Pattullo, Heseltine, Keefe, Town of North Andover and Town of Andover move this court to dismiss all counts and claims against them pursuant to F. R. Civ. P. 12(b)(1)(6) for the Complaint fails to state claims upon which relief can be granted.  The defendants submit this Motion and the accompanying Memorandum of Law in Support of their request for dismissal.

For the reasons set forth more fully in the Defendants Stanley, Heffernan, Cronin, Gallagher, Wallace, Pattullo, Heseltine, Keefe, Town of North Andover and Town of Andover's Memorandum of Law, the defendants request that this court dismiss all counts and claims against them.

1

        Defendants, Stanley, Heffernan, Cronin, Gallagher, Wallace, Pattullo, Heseltine, Keefe, Town of North Andover and Town of Andover, by their attorneys,

        /s/ Regina M. Ryan
        Douglas I. Louison BBO# 545191
        Regina M. Ryan BBO# 565246
        Merrick, Louison & Costello, LLP
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 14th day of October, 2005, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed **to Paul Klehm, Esquire**, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; **Robert B. Smith, Esquire**, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

        /s/ Regina M. Ryan
        Regina M. Ryan