UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    Plaintiff,

v.

**RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL CALLAGHER, WILLIAM WALLACE, DONALD PATTULLO, CHARLES HESELTINE, and PATRICK KEEFE, Individually and as Police Officers of Their Respective Municipalities, LT. RIORDON, TOWN OF NORTH ANDOVER, TOWN OF ANDOVER, and MERRIMACK COLLEGE,**
    Defendants

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now come the defendants in the above-captioned matter, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that a conference was initiated by Attorney Regina M. Ryan with the plaintiff's counsel, Paul Klehm and co-defense counsel, Robert B. Smith, regarding the defendants' Motion to Dismiss. Counsel were not able to resolve the issues raised by the motion.

    Defendants, Stanley, Heffernan, Cronin, Gallagher, Wallace, Pattullo, Heseltine, Keefe, Town of North Andover and Town of Andover, by their attorneys,

    /s/ Regina M. Ryan
    Douglas I. Louison BBO# 545191
    Regina M. Ryan BBO# 565246
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## **CERTIFICATE OF SERVICE**

I, Regina M. Ryan, hereby certify that on the 28th day of November, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Paul Klehm, Esquire, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; Robert B. Smith, Esquire, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

/s/ Regina M. Ryan
Regina M. Ryan