UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
 **Plaintiff,**

v.

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
 **Defendants**

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now come the defendants in the above-captioned matter, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that a conference was initiated by Attorney Regina M. Ryan with the plaintiff's counsel, Paul Klehm and co-defense counsel, Robert B. Smith, regarding the defendants' Motion to Dismiss. Counsel were not able to resolve the issues raised by the motion.

       Defendants, Stanley, Heffernan, Cronin,
       Gallagher, Wallace, Pattullo, Heseltine,
       Keefe, Town of North Andover and Town of
       Andover, by their attorneys,

       /s/ Regina M. Ryan
       Douglas I. Louison BBO# 545191
       Regina M. Ryan BBO# 565246
       Merrick, Louison & Costello, LLP
       67 Batterymarch Street
       Boston, MA 02110
       (617) 439-0305

## CERTIFICATE OF SERVICE

    I, Regina M. Ryan, hereby certify that on the 28th day of November, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Paul Klehm, Esquire, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; Robert B. Smith, Esquire, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

                                                     /s/ Regina M. Ryan  
                                                     Regina M. Ryan