UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT GODETTE )<br>    Plaintiff )<br>v. )<br>     )<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, WILLIAM WALLACE, )<br>DONALD PATTULLO, CHARLES HESELTINE )<br>and PATRICK KEEFE, Individually and )<br>as Police Officers of Their Respective )<br>Municipalities, LT. RIORDON and )<br>the TOWN OF NORTH ANDOVER, )<br>THE TOWN OF ANDOVER, )<br>and MERRIMACK COLLEGE )<br>    Defendants ) | CIVIL ACTION NO.<br>05-11354-JLT |

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL GALLAGHER, WILLIAM WALLACE, DONALD PATULLO, CHARLES HESELTINE, TOWN OF ANDOVER AND TOWN <u>OF NORTH ANDOVER'S MOTION TO DISMISS</u>**

    Plaintiff Brett Godette hereby moves this Court to extend the time within which Plaintiff may file his opposition to Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace, Donald Patullo, Charles Heseltine, Town of Andover and Town of North Andover's Motion to Dismiss (hereinafter, "Motion to Dismiss") from December 13, 2005 to and including December 30, 2005 where Plaintiff's counsel, Paul Klehm, has been ill with some form of the flu, and, more particularly, for the reasons set forth below:

    1.    Plaintiff's opposition to the Motion to Dismiss is currently due on December 13, 2005.

2.  Plaintiff's counsel, Paul Klehm, has been ill with some form of the flu since December 7, 2005.  On December 12, 2005, Attorney Klehm is scheduled to attend two depositions, and he has a hearing scheduled at Essex Superior Court in Newburyport, Massachusetts on December 13, 2005.

3.  Plaintiff intends to file an opposition to the Motion to Dismiss.

4.  Plaintiff respectfully requests an extension from December 13, 2005 to and including December 30, 2005 to file his opposition to the Motion to Dismiss, and memorandum in support thereof.

**WHEREFORE**, for the above reasons, Plaintiff respectfully requests that this Court GRANT the within motion and extend the time within which Plaintiff may file his opposition to the Motion to Dismiss, and memorandum in support thereof, from December 13, 2005 to and including December 30, 2005.

> The Plaintiff
> Brett Godette
> By His Attorneys,
>
> /s/ Paul J. Klehm
> James B. Krasnoo
> james@krasnoolaw.com
> Paul J. Klehm
> pklehm@krasnoolaw.com
> Law Offices of James B. Krasnoo
> 23 Main Street, Terrace Level
> Terrace Level
> Andover, MA 01810
> (978) 475-9955

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

On December 8, 2005, I left a telephone message for Attorney Regina Ryan, counsel to Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher,

William Wallace, Donald Patullo, Charles Heseltine, Town of Andover and Town of North Andover regarding the within motion.  On December 9, 2005, I learned that Attorney Ryan had agreed to the requested extension.

/s/ Paul J. Klehm
Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by ECF system or first class mail, postage pre-paid, on December 12, 2005.

/s/ Paul J. Klehm
