UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff<br>v.<br><br>RICHARD STANLEY, *et al*,<br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11354JLT<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL GALLAGHER, WILLIAM WALLACE, DONALD PATULLO, CHARLES HESELTINE, TOWN OF ANDOVER AND TOWN OF NORTH ANDOVER'S MOTION TO DISMISS**

Plaintiff Brett S. Godette (hereinafter "Godette") hereby opposes Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace, Donald Patullo, Charles Heseltine, Town of Andover and Town of North Andover's Motion to Dismiss[1]. After review of the within matter, Godette consents to the dismissal of Counts VIII, IX and X (only as to the intentional infliction of emotional distress claim) against Defendants Town of Andover and Town of North Andover *only*. Godette respectfully requests that this Court deny the remainder of the motion to dismiss filed by the Defendants[2]. Godette relies upon the reasons set forth in the memorandum of law filed herewith.

---

[1] Defendants did not move to dismiss Godette's claim for negligent infliction of emotional distress.
[2] Defendants Merrimack College, Lt. Riordon and Patrick Keefe are not movants in this motion to dismiss. The term "Defendants," as used herein, shall refer to Defendants Town of Andover, Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace, Donald Pattulo, and Charles Heseltine.

        Plaintiff
Brett Godette
By His Attorneys,


/s/ Paul J. Klehm
James B. Krasnoo
james@krasnoolaw.com
Paul J. Klehm
pklehm@krasnoolaw.com
Law Offices James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party via ECF or via first class mail, postage pre-paid, on December 30, 2005.

/s/ Paul J Klehm
Paul J. Klehm