UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    Plaintiff,

v.

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    Defendants

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Diane Heffernan, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,                                      Defendants, by their attorney,

/s/ Diane Heffernan                             /s/ Regina M. Ryan
Diane Heffernan                                 Douglas I. Louison (BBO# 545191)
                                                Regina M. Ryan (BBO# 565246)
                                                MERRICK, LOUISON & COSTELLO
                                                67 Batterymarch Street
                                                Boston, MA 02110
                                                (617) 439-0305

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
   **Plaintiff,**

**v.**

**RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL CALLAGHER, WILLIAM WALLACE, DONALD PATTULLO, CHARLES HESELTINE, and PATRICK KEEFE, Individually and as Police Officers of Their Respective Municipalities, LT. RIORDON, TOWN OF NORTH ANDOVER, TOWN OF ANDOVER, and MERRIMACK COLLEGE,**
   **Defendants**

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, William Wallace, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,                                          Defendants, by their attorney,

/s/ William Wallace                                 /s/ Regina M. Ryan
William Wallace                                     Douglas I. Louison (BBO# 545191)
                                                    Regina M. Ryan (BBO# 565246)
                                                    MERRICK, LOUISON & COSTELLO
                                                    67 Batterymarch Street
                                                    Boston, MA 02110
                                                    (617) 439-0305

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    **Plaintiff,**

v.

**RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL CALLAGHER, WILLIAM WALLACE, DONALD PATTULLO, CHARLES HESELTINE, and PATRICK KEEFE, Individually and as Police Officers of Their Respective Municipalities, LT. RIORDON, TOWN OF NORTH ANDOVER, TOWN OF ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Donald Pattullo, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

| Defendant, | Defendants, by their attorney, |
|---|---|
| /s/ Donald Pattullo | /s/ Regina M. Ryan |
| Donald Pattullo | Douglas I. Louison (BBO# 545191) |
|  | Regina M. Ryan (BBO# 565246) |
|  | MERRICK, LOUISON & COSTELLO |
|  | 67 Batterymarch Street |
|  | Boston, MA 02110 |
|  | (617) 439-0305 |

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

    **CA NO. 05-11354JLT**

**BRETT S. GODETTE,**
    **Plaintiff,**

v.

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Charles Heseltine certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,                                              Defendants, by their attorney,

/s/ Charles Heseltine                                   Regina M. Ryan
Charles Heseltine                                       Douglas I. Louison (BBO# 545191)
                                                        Regina M. Ryan (BBO# 565246)
                                                        MERRICK, LOUISON & COSTELLO
                                                        67 Batterymarch Street
                                                        Boston, MA 02110
                                                        (617) 439-0305

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

                                                            CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    **Plaintiff,**

v.

**RICHARD STANLEY, DIANE HEFFERNAN,**

**DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Richard Stanley, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Defendant,                                              Defendants, by their attorney,

/s/ Richard Stanley                                     /s/ Regina M. Ryan
Richard Stanley                                         Douglas I. Louison (BBO# 545191)
                                                        Regina M. Ryan (BBO# 565246)
                                                        MERRICK, LOUISON & COSTELLO
                                                        67 Batterymarch Street
                                                        Boston, MA 02110
                                                        (617) 439-0305

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MASSACHUSETTS

                                         **CA NO. 05-11354JLT**

**BRETT S. GODETTE,**
    **Plaintiff,**

**v.**

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,**

**Individually and as Police Officers of Their Respective Municipalities, LT. RIORDON, TOWN OF NORTH ANDOVER, TOWN OF ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

### CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Daniel Cronin, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

| | |
|---|---|
| Defendant, | Defendants, by their attorney, |
| /s/ Daniel Cronin | /s/ Regina M. Ryan |
| Daniel Cronin | Douglas I. Louison (BBO# 545191)<br>Regina M. Ryan (BBO# 565246)<br>MERRICK, LOUISON & COSTELLO<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    **Plaintiff,**

**v.**

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Paul Gallagher, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.


Defendant,                                                      Defendants, by their attorney,


/s/ Paul Gallagher                                              /s/ Regina M. Ryan
Paul Gallagher                                                  Douglas I. Louison (BBO# 545191)
                                                                                  Regina M. Ryan (BBO# 565246)
                                                                                 MERRICK, LOUISON & COSTELLO
                                                                                  67 Batterymarch Street
                                                                                  Boston, MA 02110
                                                                                  (617) 439-0305

**UNITED STATES DISTRICT COURT
FOR THE**

DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
 **Plaintiff,**

v.

**RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL CALLAGHER, WILLIAM WALLACE, DONALD PATTULLO, CHARLES HESELTINE, and PATRICK KEEFE, Individually and as Police Officers of Their Respective Municipalities, LT. RIORDON, TOWN OF NORTH ANDOVER, TOWN OF ANDOVER, and MERRIMACK COLLEGE,**
 **Defendants**

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Mark Rees, Town Manager, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution on behalf of the Town of North Andover.

| Defendant, | Defendants, by their attorney, |
|---|---|
| /s/ Mark Rees | /s/ Regina M. Ryan |
| Mark Rees | Douglas I. Louison (BBO# 545191) |
| | Regina M. Ryan (BBO# 565246) |
| | MERRICK, LOUISON & COSTELLO |
| | 67 Batterymarch Street |
| | Boston, MA 02110 |
| | (617) 439-0305 |