UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT GODETTE )<br>    Plaintiff )<br>v. )<br> )<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, WILLIAM WALLACE, )<br>DONALD PATTULLO, CHARLES HESELTINE )<br>and PATRICK KEEFE, Individually and )<br>as Police Officers of Their Respective )<br>Municipalities, LT. RIORDON and )<br>the TOWN OF NORTH ANDOVER, )<br>THE TOWN OF ANDOVER, )<br>and MERRIMACK COLLEGE )<br>    Defendants )<br> ) | CIVIL ACTION NO.<br>05-11354-JLT |

## CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)

    I, Brett Godette, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with my counsel, Paul J. Klehm.

Dated:  7/11/06                    /s/ Brett Godette
                                   Brett Godette

Dated:  7/12/06                    /s/ Paul J. Klehm
                                   Paul J. Klehm

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, July 12, 2006.

                                                                                   /s/ Paul J.Klehm
                                                                                    Paul J. Klehm