UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff<br>v.<br><br>RICHARD STANLEY, *et al*,<br>    Defendants. | CIVIL ACTION NO. 05-11354-JLT |

### PLAINTIFF'S COMPLIANCE WITH DISCOVERY ORDER

Plaintiff, Brett Godette, by and through undersigned counsel, file their Compliance with Discovery Order of this Court dated June 13, 2006.

**1.  Compliance with Local Rule 26.2(A).**

On April 3, 2006, Plaintiff served his initial disclosures upon Defendants.

Further answering, the following individuals are known to Plaintiff to be likely to have discoverable information relevant to disputed facts:

    A.    Brett Godette
           729 Fallsgrove Drive
           Rockville, MD  20850

           <u>Subject</u>:  Plaintiff

    B.    Patrick Foley
           (Address Unknown)

           <u>Subject</u>:  Arrest and Detention of Brett Godette

    C.    Gina A. Bertelli
           (Address Unknown)

           <u>Subject</u>:  Whereabouts of Brett Godette on March 26, 2003

D.     Nick Gerteisen
(Address Unknown)

<u>Subject</u>:  Arrest and Detention of Brett Godette

E.     Chrisovalanti Papantonakis
(Address Unknown)

<u>Subject</u>:  Arrest and Detention of Brett Godette

F.     Lightfoot Taylor
(Address Unknown)

<u>Subject</u>:  Arrest and Detention of Brett Godette

G.     Richard Stanley
c/o North Andover Police Department
566 Main Street
North Andover, MA  01845

<u>Subject</u>:  Arrest and Detention of Brett Godette

H.     Diane Heffernan
c/o North Andover Police Department
566 Main Street
North Andover, MA  01845

<u>Subject</u>:  Arrest and Detention of Brett Godette

I.     Daniel Cronin
c/o North Andover Police Department
566 Main Street
North Andover, MA  01845

<u>Subject</u>:  Arrest and Detention of Brett Godette

J.     Paul Gallagher
c/o North Andover Police Department
566 Main Street
North Andover, MA  01845

<u>Subject</u>:  Arrest and Detention of Brett Godette

K. William Wallace
  c/o Andover Police Department
  32 North Main Street
  Andover, MA  01810

  Subject:  Arrest and Detention of Brett Godette

L. Donald Patullo
  c/o Andover Police Department
  32 North Main Street
  Andover, MA  01810

  Subject:  Arrest and Detention of Brett Godette

M. Charles Heseltine
  c/o Andover Police Department
  32 North Main Street
  Andover, MA  01810

  Subject:  Arrest and Detention of Brett Godette

N. Patrick Keefe
  c/o Andover Police Department
  32 North Main Street
  Andover, MA  01810

  Subject:  Arrest and Detention of Brett Godette

O. Lt. Riordon
  c/o Merrimack College Department of Police Services
  315 Turnpike Street
  North Andover, MA 01845

  Subject:  Arrest and Detention of Brett Godette

P. President Santagati
  Merrimack College
  315 Turnpike St.
  North Andover, MA 01845

  Subject:  Discussions with Brett Godette

Q. Bert Hammel, Men's Basketball Coach
Merrimack College
315 Turnpike St.
North Andover, MA 01845

<u>Subject</u>: Discussions with Brett Godette

R. Dawn Kalinowski, Adjunct Lecturer
Merrimack College
315 Turnpike St.
North Andover, MA 01845

<u>Subject</u>: Discussions with Brett Godette and Officers

S. Justin Leith, Basketball Player, Merrimack College
Hamilton, New Jersey
(603) 933-6836

<u>Subject</u>: Discussions with Brett Godette

T. Unknown Counselor, Hammel Health Center
Merrimack College
315 Turnpike St.
North Andover, MA 01845

<u>Subject</u>: Discussions with Brett Godette

**2.    Compliance with Local Rule 26.1(B).**

Please see Plaintiff's sworn statement in accordance with Local Rule 26.1(B), a copy of which is attached hereto as **Exhibit A.**

**3.    Depositions sought by Plaintiff.**

Plaintiff wishes to depose the following persons:

A. Donald Patullo

B. Patrick Keefe

C. Lt. Riordon

D. Richard Stanley

    E.      Diane Heffernan

    F.      Daniel Cronin

    G.      President Santagati

    H.      Dawn Kalinowski

    I.      Paul Gallagher

    J.      Justin Leith

                      The Plaintiff
                      Brett Godette
                      By his Attorneys,


                      /s/ Paul J. Klehm_____
                      James B. Krasnoo  BBO#279300
                      *jkrasnoo@krasnooklehm.com*
                      Paul J. Klehm  BBO# 561605
                      *pklehm@krasnooklehm.com*
                      Krasnoo/Klehm LLP
                      23 Main Street, Suite One
                      Andover, MA  01810
                      (978) 475-9955

Dated:  July 14, 2006


## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record, or upon each party not represented by an attorney, via ECF or via first class mail, postage pre-paid, on July 14, 2006.


                      /s/ Paul J. Klehm_____
                      Paul J. Klehm

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff<br>v.<br><br>RICHARD STANLEY, *et al*,<br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-11354JLT<br>)<br>)<br>) |

**PLAINTIFF'S SWORN STATEMENT IN COMPLIANCE WITH L.R. 26.1(B)**

I, Brett Godette, being duly deposed and sworn, aver as follows:

1. **Damages:**

    Brett Godette has suffered from, and will continue to suffer from, among other things, numerous injuries to both body and mind, including, without limitation, emotional distress, extreme embarrassment and humiliation, mental anguish and physical harm.  Mr. Godette spoke to a counselor about the incident.  The Plaintiff is unable to calculate his damages with certainty at this time.

2. **Witnesses:**

    The following individuals are known to me or my attorneys to have witnessed the transaction or occurrence giving rise to the claim or otherwise are known or believed to have substantial discoverable information about the claims or defenses:

    A.  Brett Godette
        729 Fallsgrove Drive
        Rockville, MD  20850

        <u>Subject</u>:  Plaintiff

B.    Patrick Foley
(Address Unknown)

Subject: Arrest and Detention of Brett Godette

C.    Gina A. Bertelli
(Address Unknown)

Subject: Whereabouts of Brett Godette on March 26, 2003

D.    Nick Gerteisen
(Address Unknown)

Subject: Arrest and Detention of Brett Godette

E.    Chrisovalanti Papantonakis
(Address Unknown)

Subject: Arrest and Detention of Brett Godette

F.    Lightfoot Taylor
(Address Unknown)

Subject: Arrest and Detention of Brett Godette

G.    Richard Stanley
c/o North Andover Police Department
566 Main Street
North Andover, MA  01845

Subject: Arrest and Detention of Brett Godette

H.    Diane Heffernan
c/o North Andover Police Department
566 Main Street
North Andover, MA  01845

Subject: Arrest and Detention of Brett Godette

I.    Daniel Cronin
c/o North Andover Police Department
566 Main Street
North Andover, MA  01845

Subject: Arrest and Detention of Brett Godette

J.  Paul Gallagher
    c/o North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    Subject:  Arrest and Detention of Brett Godette

K.  William Wallace
    c/o Andover Police Department
    32 North Main Street
    Andover, MA  01810

    Subject:  Arrest and Detention of Brett Godette

L.  Donald Patullo
    c/o Andover Police Department
    32 North Main Street
    Andover, MA  01810

    Subject:  Arrest and Detention of Brett Godette

M.  Charles Heseltine
    c/o Andover Police Department
    32 North Main Street
    Andover, MA  01810

    Subject:  Arrest and Detention of Brett Godette

N.  Patrick Keefe
    c/o Andover Police Department
    32 North Main Street
    Andover, MA  01810

    Subject:  Arrest and Detention of Brett Godette

O.  Lt. Riordon
    c/o Merrimack College Department of Police Services
    315 Turnpike Street
    North Andover, MA 01845

    Subject:  Arrest and Detention of Brett Godette

P.  President Santagati
    Merrimack College
    315 Turnpike St.
    North Andover, MA 01845

    Subject: Discussions with Brett Godette

Q.  Bert Hammel, Men's Basketball Coach,
    Merrimack College
    315 Turnpike St.
    North Andover, MA 01845

    Subject: Discussions with Brett Godette

R.  Dawn Kalinowski, Adjunct Lecturer
    Merrimack College
    315 Turnpike St.
    North Andover, MA 01845

    Subject: Discussions with Brett Godette and Officers

S.  Justin Leith, Basketball Player, Merrimack College
    Hamilton, New Jersey

    Subject: Discussions with Brett Godette

T.  Unknown Counselor, Hammel Health Center
    Merrimack College
    315 Turnpike St.
    North Andover, MA 01845

    Subject: Discussions with Brett Godette

3.  **Statements:**

I am not aware of any opposing parties, or officers, directors, and employees of opposing parties, from whom statements have been obtained by or on behalf of Plaintiff regarding the subject matter of the claims or defenses.

4. **Investigating Entities:**

Merrimack College Police Department, North Andover Police Department, and Massachusetts Department of State Police have investigated the transaction or occurrence giving rise to the claims or defenses.

Signed under the pains and penalties of perjury, this 13 day of July, 2006.

/s/ Brett S. Godette\_\_\_\_
Brett S. Godette

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record, or upon each party not represented by an attorney, via ECF or via first class mail, postage pre-paid, on July 14, 2006.

/s/ Paul J. Klehm_____
Paul J. Klehm