UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT GODETTE )<br>    Plaintiff )<br>v. )<br> )<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, WILLIAM WALLACE, )<br>DONALD PATTULLO, CHARLES HESELTINE )<br>and PATRICK KEEFE, Individually and )<br>as Police Officers of Their Respective )<br>Municipalities, LT. RIORDON and )<br>the TOWN OF NORTH ANDOVER, )<br>THE TOWN OF ANDOVER, )<br>and MERRIMACK COLLEGE )<br>    Defendants ) | CIVIL ACTION NO.<br>05-11354-JLT |

**JOINT STATEMENT BY THE PARTIES**

Pursuant to Local Rule 16.1(D) and the Notice of Scheduling Conference the parties hereby submit their suggested plan for discovery and the filing of motions in the within matter.

**I. Suggested Discovery Plan**

1. **Initial Disclosures:**

   Initial disclosures required by Fed.R.Civ.P.26(a)(1) must be completed by August 8, 2006.

2. **Amendments to Pleadings:**

   Except for good cause shown, no motion seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after end of February 28, 2007.

3. **Fact Discovery – Interim Deadlines:**

    a. All sets of interrogatories must be served by January 30, 2007.

    b. All requests for admission must be served by January 30, 2007.

    c. All depositions, other than expert depositions, must be completed by January 30, 2007.

4. **Expert Discovery:**

    a. Plaintiffs' trial experts must be designated, and the information contemplated by Fed.R.Civ.P. 26(a)(2) must be disclosed, by March 30, 2007.

    b. Plaintiffs' trial experts must be deposed by May 15, 2007, but not before Defendants' designation.

    c. Defendants' trial experts must be designated, and the information contemplated by Fed.R.Civ.P.26(a)(2) must by disclosed by May 30, 2007.

    d. Defendants' trial experts must be deposed by July 2, 2007.

## II. Trial By Magistrate

The parties are actively considering whether they would be willing to consent to a trial by Magistrate Judge.

## III. Local Rule 16.1 Certifications

The parties will file their Local Rule 16.1 Certifications separately.

| | |
|---|---|
| Plaintiff<br>Brett S. Godette,<br>By His Attorneys, | Defendants<br>Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace, Donald Pattulo, Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover,<br>By Their Attorney, |
| <u>/s/ Paul J. Klehm</u><br><br>James B. Krasnoo BBO#279300<br>*jkrasnoo@krasnooklehm.com*<br>Paul J. Klehm   BBO#561605<br>*pklehm@krasnooklehm.com*<br>Krasnoo/Klehm, LLP<br>23 Main Street, Suite One<br>Andover, MA  01810<br> (978) 475-9955 | /s/ Regina Ryan<br>Regina M. Ryan<br>*rryan@merricklc.com*<br>Merrick, Louison & Costello<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

Defendants
LT. Riordon and
Merrimack College,
By Their Attorney,

<u>/s/ Robert B. Smith</u>
Robert B. Smith
*rsmith@nkms.com*
Allison C. Ayer
*AAyer@nkms.com*
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk St.
7th Floor
Boston, MA 02109
(617) 778-7501


Dated:  July 19, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF or via first class mail, postage pre-paid, on July 19, 2006.

                                                    /s/ Paul J. Klehm
                                                  Paul J. Klehm