UNITED STATED DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, WILLIAM WALLACE, )<br>DONALD PATTULLO, CHARLES HESELTINE, )<br>And PATRICK KEEFE, Individually and )<br>As Police Officers of Their Respective )<br>Municipalities, LT. RIORDON and )<br>The TOWN OF NORTH ANDOVER, )<br>THE TOWN OF ANDOVER, )<br>And MERRIMACK COLLEGE )<br>Defendants ) | C.A. No. 05-11354 JLT |

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

I, Jeffrey Yanagi, Senior Vice President, Administration and Finance, Merrimack College, certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

Respectfully Submitted,

DEFENDANT MERRIMACK COLLEGE

By: _____
Jeffrey Yanagi, Senior Vice President
Administration and Finance

DEFENDANTS MERRIMACK COLLEGE and
MICHAEL RIORDON
By their Attorneys,

_____
Robert B. Smith, BBO#546580546580580
Allison C. Ayer, BBO#660665
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA  02109
Tel.: (617) 778-7500
Fax: (617) 778-7501

Dated: July 24, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Certificate Pursuant To L.R. 16.1(D)(3) was served upon the following:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

Dated: July 25, 2006

_____
Robert B. Smith