UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, WILLIAM WALLACE, )<br>DONALD PATTULLO, CHARLES HESELTINE, )<br>And PATRICK KEEFE, Individually and )<br>As Police Officers of Their Respective )<br>Municipalities, LT. RIORDON and )<br>The TOWN OF NORTH ANDOVER, )<br>THE TOWN OF ANDOVER, )<br>And MERRIMACK COLLEGE )<br>    Defendants. )  | C.A. No. 05-11354 JLT |

**MERRIMACK COLLEGE AND LT. RIORDAN'S
COMPLIANCE WITH DISCOVERY ORDER**

Merrimack College and Lt. Riordan (collectively "Defendants"), by and through its attorneys hereby file their Compliance with the June 22, 2006 Discovery Order of this Court.

**I.    Compliance with Local Rule 26.2(A)**

On July 31, 2006, Defendants served their initial disclosures upon all parties by electronic and first class mail. By further answer, the Defendants identifies the following individuals known to the Defendants to likely have discoverable information relevant to the disputed facts in this case:

    A.  Michael Riordan
        Former Lieutenant Merrimack College Department of Public Safety
        c/o Merrimack College
        315 Turnpike Street
        No. Andover, MA  01845

1

Potential Subjects of Discoverable Information: Merrimack College Department of Public Safety's dealings with the plaintiff prior to March 26, 2003; Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services

B. William Mayrose
Former Chief of the Merrimack College Campus Police
c/o Merrimack College
315 Turnpike Street
No. Andover, MA  01845.

Potential Subjects of Discoverable Information: Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services

C. Kelly Anderson
Police officer
Merrimack College Department of Public Safety/Police Services
c/o Merrimack College
315 Turnpike Street
No. Andover, MA  01845.

Potential Subjects of Discoverable Information: Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover

D. Hal Rogers
Police Officer
Merrimack College Department of Public Safety/Police Services
c/o Merrimack College
315 Turnpike Street
No. Andover, MA  01845

Potential Subjects of Discoverable Information: Merrimack College Department of Public Safety's dealings with the plaintiff prior to March 26, 2003; Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover;

E. Richard Santagati
President
c/o Merrimack College
315 Turnpike Street
No. Andover, MA  01845

Potential Subjects of Discoverable Information: Communications with the plaintiff

   on or about March 27, 2003.

F.  Bert Hammel
    Coach of the Men's Basketball Coach
    c/o Merrimack College
    315 Turnpike Street
    No. Andover, MA  01845

    Potential Subjects of Discoverable Information:  Plaintiff's demeanor after the incidents and events of March 26, 2003.

G.  Richard Stanley
    Chief of Police of the Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    Potential Subjects of Discoverable Information:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

H.  Diane Heffernan
    Police Detective
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    Potential Subjects of Discoverable Information:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

I.  Paul Gallagher
    Police Lieutenant
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    Potential Subjects of Discoverable Information:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

J.  Daniel Cronin
    Police Detective
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    Potential Subjects of Discoverable Information:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

K.  Donald Pattullo
    Police Sergeant
    Town of Andover
    Andover Police Department
    32 North Main Street
    Andover, MA  01810

    Potential Subjects of Discoverable Information:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

L.  William Wallace
    Police Detective
    Town of Andover
    Andover Police Department
    32 North Main Street
    Andover, MA  01810

    Potential Subjects of Discoverable Information:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

M.  Charles Heseltine
    Police Detective
    Town of Andover
    Andover Police Department
    32 North Main Street
    Andover, MA  01810

    Potential Subjects of Discoverable Information:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

N.  Patrick Keefe
    Police Detective
    Town of Andover
    Andover Police Department
    32 North Main Street
    Andover, MA 01810

    <u>Potential Subjects of Discoverable Information</u>: Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

O.  Brett Godette
    (Address Unknown)

## II. Compliance with Local Rule 26.1(b)

Please see the sworn statement in accordance with Local Rule 26.1(b) filed simultaneously herewith on behalf of the Defendants, Merrimack College and Lt. Riordan.

## III. Depositions Sought by the Defendants

The Defendants which to depose the following persons:

1.  Brett Godette
2.  Patrick Foley
3.  Gina Bertelli
4.  Nick Gerteisen
5.  Chrisovalanti Papantonakis
6.  Lightfoot Taylor
7.  Richard Stanley
8.  Diane Heffernan
9.  Daniel Cronin
10. Paul Gallagher
11. William Wallace

12. Donald Patullo

13. Charles Heseltine

14. Patrick Keefe

15. Justin Leith

16. Any expert identified by plaintiff and/or co-defendants.

                                              Respectfully Submitted,

                                              MERRIMACK COLLEGE and
MICHAEL RIORDAN

                                              By their Attorneys,

Dated: July 31, 2006          /s/ Robert B. Smith_____
Robert B. Smith, BBO#546580
Allison C. Ayer, BBO#660665
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA  02109
Tel.: (617) 778-7500
Fax: (617) 778-7501

**CERTIFICATE OF SERVICE**

      I, Robert B. Smith, hereby certify that a true and correct copy of the foregoing "Merrimack College's and Lt. Riordan's Compliance with Discovery Order" was served upon all parties of record, via ECF or via first class on July 31, 2006.

                                                        /s/ Robert B. Smith_____
                                                        Robert B. Smith

UNITED STATED DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, WILLIAM WALLACE, )<br>DONALD PATTULLO, CHARLES HESELTINE, )<br>And PATRICK KEEFE, Individually and )<br>As Police Officers of Their Respective )<br>Municipalities, LT. RIORDON and )<br>The TOWN OF NORTH ANDOVER, )<br>THE TOWN OF ANDOVER, )<br>And MERRIMACK COLLEGE )<br>    Defendants. ) | C.A. No. 05-11354 JLT |

**SWORN STATEMENT IN COMPLIANCE WITH LOCAL RULE 26.1 (b)
ON BEHALF OF MERRIMACK COLLEGE AND LT. RIORDAN**

I, Robert B. Smith, counsel of record for defendants Merrimack College and Lt. Riordan, do hereby depose and state as follows:

1.    The following individuals are known to Merrimack College, Lt. Riordan and/or their attorneys to have witnessed the transaction or occurrence giving rise to the claim or otherwise known or believed to have substantial discoverable information about the claims or defenses:

    A.  Michael Riordan
        Former Lieutenant Merrimack College Department of Public Safety
        c/o Merrimack College
        315 Turnpike Street
        No. Andover, MA  01845

        <u>Potential Subjects of Discoverable Information</u>:  Merrimack College Department of Public Safety's dealings with the plaintiff prior to March 26, 2003; Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover; Jurisdictional rights of local law enforcement

1

   agencies and the Merrimack College Department of Public Safety/Police Services

   B. William Mayrose
   Former Chief of the Merrimack College Campus Police
   c/o Merrimack College
   315 Turnpike Street
   No. Andover, MA  01845.

   <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services

   C. Kelly Anderson
   Police officer
   Merrimack College Department of Public Safety/Police Services
   c/o Merrimack College
   315 Turnpike Street
   No. Andover, MA  01845.

   <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover

   D. Hal Rogers
   Police Officer
   Merrimack College Department of Public Safety/Police Services
   c/o Merrimack College
   315 Turnpike Street
   No. Andover, MA  01845

   <u>Potential Subjects of Discoverable Information</u>:  Merrimack College Department of Public Safety's dealings with the plaintiff prior to March 26, 2003; Events of March 26, 2003; Relationship between Merrimack College and town police departments, including North Andover and Andover;

   E. Richard Santagati
   President
   c/o Merrimack College
   315 Turnpike Street
   No. Andover, MA  01845

   <u>Potential Subjects of Discoverable Information</u>:  Communications with the plaintiff on or about March 27, 2003.

   F. Bert Hammel
   Coach of the Men's Basketball Coach

    c/o Merrimack College
    315 Turnpike Street
    No. Andover, MA  01845

    <u>Potential Subjects of Discoverable Information</u>:  Plaintiff's demeanor after the incidents and events of March 26, 2003.

G.   Richard Stanley
    Chief of Police of the Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

H.   Diane Heffernan
    Police Detective
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

I.   Paul Gallagher
    Police Lieutenant
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

    <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

J.   Daniel Cronin
    Police Detective
    Town of North Andover
    North Andover Police Department
    566 Main Street

   North Andover, MA  01845

   <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

K. Donald Pattullo
   Police Sergeant
   Town of Andover
   Andover Police Department
   32 North Main Street
   Andover, MA  01810

   <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

L. William Wallace
   Police Detective
   Town of Andover
   Andover Police Department
   32 North Main Street
   Andover, MA  01810

   <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

M. Charles Heseltine
   Police Detective
   Town of Andover
   Andover Police Department
   32 North Main Street
   Andover, MA  01810

   <u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

N. Patrick Keefe
   Police Detective
   Town of Andover
   Andover Police Department

32 North Main Street
Andover, MA  01810

<u>Potential Subjects of Discoverable Information</u>:  Events of March 26, 2003; Relationship between Merrimack College and North Andover police; Jurisdictional rights of local law enforcement agencies and the Merrimack College Department of Public Safety/Police Services.

O. Brett Godette
(Address Unknown)

2.     Merrimack College and/or Lt. Riordan are not aware of any opposing parties, or officers, directors, or employees of opposing parties, from which statements have been obtained on behalf of Merrimack College or Lt. Riordan regarding the subject matter of the claims or defenses in the above-entitled action.

3.     Merrimack College, Lt. Riordan and/or their attorneys are not aware of any government agencies or officials who have investigated the transaction or occurrences giving rise to the claims or defenses in the above-entitled action.

Respectfully Submitted,

MERRIMACK COLLEGE and
MICHAEL RIORDAN

By their Attorneys,

Dated:  July 31, 2006

/s/ Robert B. Smith_____
Robert B. Smith, BBO#546580
Allison C. Ayer, BBO#660665
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA  02109
Tel.: (617) 778-7500
Fax: (617) 778-7501

**CERTIFICATE OF SERVICE**

      I, Robert B. Smith, hereby certify that a true and correct copy of the foregoing "Sworn Statement in Compliance with Local Rule 26.1(b) on Behalf of Merrimack College and Lt. Riordan" was served upon all parties of record, via ECF or via first class on July 31, 2006.

      /s/ Robert B. Smith_____
      Robert B. Smith