UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIAN GODETTE,

      Plaintiff,

v.   Civil Action No. 05-11354-JLT

RICHARD STANLEY et al.,

      Defendants.

ORDER

August 7, 2006

TAURO, J.

After a Motion Hearing held on August 1, 2006, this court hereby orders that:

1. Defendants Motion to Dismiss [#23] is DENIED in part and ALLOWED in part:

    A. The Motion to Dismiss [#23] is ALLOWED as to Counts VIII (False Imprisonment), IX (Assault and Battery), and X (only as to the Intentional Infliction of Emotional Distress) against Defendants Town of North Andover and Town of Andover as consented to by Plaintiff in open court.

    B. The Motion to Dismiss [#23] is ALLOWED as to Count VII (M.G.L. ch. 12 §§11H and 11I), as a municipality is not a "person" under the Massachusetts Civil Rights Act ("MCRA") and therefore is not subject to liability under the MCRA. Kelly v. Laforce, 288

      F.3d 1, 11 n. 9 (1st Cir. 2002); <u>Sampson v. Town of Salisbury</u>, 2006 WL 2023282 (D. Mass.); <u>Howcroft v. City of Peabody</u>, 747 N.E.2d 729, 744-45 (Mass.App.Ct. 2001).

  C. Defendants' <u>Motion to Dismiss</u> [#23] is DENIED as to all remaining counts.

4. Defendants may depose the following: (1) Lightfoot Taylor; (2) Gina Bertelli; (3) Justin Leith; and (4) Brian Godette;

5. Plaintiff may depose the following: (1) Donald Patullo; (2) Patrick Keefe; (3) Lt. Riordan; (4) Richard Stanley; (5) Diane Heffernan; (6) Daniel Cronin; (7) Dawn Kalinowski; (8) Paul Gallagher; and (9) Justin Leith;

6. The abovementioned discovery shall be completed by January 30, 2007;

7. No further discovery is permitted without leave of court; and

8. A Settlement Conference will be held on August 16, 2006 at 11:30 a.m.

IT IS SO ORDERED.

                <u> /s/ Joseph L. Tauro </u>
                United States District Judge