UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br><br>        Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, DIANE HEFFERNAN,<br>DANIEL CRONIN, PAUL GALLAGHER,<br>WILLIAM WALLACE, DONALD PATTULLO,<br>CHARLES HESELTINE, and PATRICK KEEFE,<br>Individually and as Police Officers of Their<br>Respective Municipalities, LT. RIORDON<br>and THE TOWN OF NORTH ANDOVER,<br>THE TOWN OF ANDOVER, and<br>MERRIMACK COLLEGE,<br><br>        Defendants. | CIVIL ACTION NO. 05-11354-JLT |

## STIPULATION RESCHEDULING SETTLEMENT CONFERENCE

The parties hereto, by their respective counsel, hereby stipulate and agree that the Settlement Conference scheduled for August 16, 2006 shall be rescheduled to Wednesday, August 23, 2006 at 10:30 a.m.

                                                          Respectfully submitted,

| | |
|---|---|
| PLAINTIFF BRETT S. GODETTE, by his attorney | DEFENDANTS MERRIMACK COLLEGE AND LT. RIORDAN, by their attorney, |
| /s/ *Paul Klehm*<br>James B. Krasnoo, BBO# 279300<br>Paul Klehm, BBO# 561605<br>Law Offices of James B. Krasnoo<br>23 Main Street, Terrace Level<br>Andover, MA  01810<br>(978) 475-9955<br>fax (978) 474-9005 | /s/ *Robert B. Smith*<br>Robert B. Smith, BBO# 546580<br>Nelson Kinder Mosseau & Saturley, P.C.<br>45 Milk Street, 7th Floor<br>Boston, MA  02109<br>(617) 778-7500<br>fax (617) 778-7501 |

DEFENDANTS STANLEY, HEFFERNAN, CRONIN, GALLAGHER, WALLACE, PATTULLO, HESELTINE, KEEFE, TOWN OF NORTH ANDOVER AND TOWN OF ANDOVER, by their attorney,

*/s/ Regina Gilgun Ryan*
Regina Gilgun Ryan, BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206
(617) 439-0305

Dated:  August 14, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation Rescheduling Settlement Conference was served upon the following this 14th day of August, 2006:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA  01810

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

*Robert B. Smith*
Robert B. Smith

2