UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN GODETTE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-11354-JLT |
| RICHARD STANLEY et al., | * | |
| Defendants. | * | |

ORDER

August 23, 2006

TAURO, J.

After a Conference held on August 23, 2006, this court hereby orders that:

1. Plaintiff's counsel will contact Defendants' counsel by August 30, 2006 regarding whether Plaintiff will recommend the court's proposed settlement figure to the Plaintiff;

2. The parties may begin the previously authorized discovery on August 30, 2006; and

3. Trial will begin on February 26, 2007.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge