# KRASNOO | KLEHM LLP
*attorneys at law*

Twenty-Three Main Street, Terrace Level, Suite One, Andover, MA 01810-3730
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA • Paul J. Klehm, admitted in MA & NH

September 11, 2006

Zita Lovett, Courtroom Clerk
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   ***Godette v. Richard Stanley, et al***
      <u>Civil Action No. 05-11354-JLT</u>

Dear Ms. Lovett:

Pursuant to our telephone conversation today, please note that, on August 30, 2006, in accordance with the Court's order dated August 23, 2006 [Doc. No. 42], I informed Defendants' counsel via facsimile that I am not able to recommend to my client the settlement figure suggested by the Court.

Very truly yours,

Paul J. Klehm
Counsel to Plaintiff

cc:   Regina Ryan, Esq.
      Robert Smith, Esq.