UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>　　　Plaintiff<br>v.<br><br>RICHARD STANLEY, *et al*,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11354JLT<br>)<br>)<br>) |

***EMERGENCY* MOTION OF PLAINTIFF'S COUNSEL (1) TO WITHDRAW, (2) TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT MERRIMACK COLLEGE AND LT. RIORDAN'S SEALED MOTION [Doc. Nos. 48-51], (3) TO STAY DISCOVERY AND (4) TO CONTINUE TRIAL**

　　　Attorneys Paul J. Klehm and James B. Krasnoo, counsel to Plaintiff Brett Godette, hereby move this Court (1) to permit them to withdraw as counsel to Plaintiff Brett Godette effective immediately, (2) to extend time for Plaintiff Godette to file an opposition to Defendant Merrimack College and Lt. Riordan's sealed motion [Doc. Nos. 48-51] until thirty days after Plaintiff Godette obtains new counsel, (3) to stay discovery in the within matter for thirty days so as to enable Plaintiff Godette to obtain new counsel, and (4) to continue the trial of this matter from February 26, 2007 for approximately thirty days so as to enable Plaintiff Godette to enable any new counsel obtained by Plaintiff Godette to prepare for trial, where, on December 12, 2006 at approximately 3:50 p.m., Plaintiff Brett Godette terminated Attorneys Krasnoo and Klehm via telephone because of an alleged conflict of interest, and, more particularly, for the reasons set forth below and in the Affidavit of Paul J. Klehm filed herewith:

　　　1.　　　Attorneys Paul J. Klehm and James B. Krasnoo of Krasnoo|Klehm LLP have served as counsel to Plaintiff Brett Godette since approximately May, 2004.

2.	On or about December 1, 2006, Defendants Merrimack College and Lt. Riordan filed a sealed motion pertaining to the within matter.

3.	On or about December 12, 2006 at approximately 3:50 p.m., Plaintiff Brett Godette telephoned Attorney Klehm and told Attorney Klehm that Plaintiff Brett Godette was terminating Attorneys Krasnoo and Klehm because of an alleged conflict of interest arising out of the subject matter of the sealed motion.

4.	Plaintiff Brett Godette informed Attorney Klehm via telephone that Attorney Klehm may indicate Plaintiff Brett Godette's assent to the allowance of the motion to withdraw.

5.	In light of Plaintiff's termination of Attorneys Klehm and Krasnoo, Plaintiff Godette seeks to extend time for Plaintiff Godette to file an opposition to Defendant Merrimack College and Lt. Riordan's sealed motion [Doc. Nos. 48-51] from December 15, 2006 to a date thirty days after Plaintiff Godette obtains new counsel.

6.	Additionally, discovery in the within matter must be completed by January 30, 2007. On December 12, 2006, before learning of the termination, Attorney Klehm served various notices of taking deposition upon Defendants via first class mail, scheduling depositions for the period from January 4, 2007 through January 11, 2007. Plaintiff Godette moves to stay discovery in the within matter for thirty days so as to enable Plaintiff Godette to obtain new counsel and to complete discovery.

7.	Trial in the within matter is scheduled for February 26, 2007. Plaintiff Godette moves to continue the trial of this matter from February 26, 2007 for approximately thirty days so as to enable Plaintiff Godette to enable any new counsel obtained by Plaintiff.

**WHEREFORE**, for the above reasons, counsel to Plaintiff Brett Godette respectfully request that this Court GRANT the within emergency motion and Court (1) permit Attorneys Paul J. Klehm and James B. Krasnoo to withdraw as counsel to Plaintiff Brett Godette effective immediately, (2) extend time for Plaintiff to file opposition to Defendant Merrimack College and Lt. Riordan's sealed motion [Doc. Nos. 48-51] until thirty days after Plaintiff Godette obtains new counsel, (3) stay discovery in the within matter for thirty days so as to enable Plaintiff Godette to obtain new counsel, and (4) continue the trial of this matter from February 26, 2007 for approximately thirty days so as to enable Plaintiff Godette to enable any new counsel obtained by Plaintiff Godette to prepare for trial.

Brett Godette
By his Attorneys,


*/s/ Paul J. Klehm*
James B. Krasnoo  BBO #279300
*james@krasnooklehm.com*
Paul J. Klehm  BBO  #561605
*pklehm@krasnooklehm.com*
Krasnoo|Klehm LLP
23 Main Street, Suite 6
Andover, MA 01810
(978) 475-9955

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

On December 12, 2006 at approximately 6:00 p.m., I left voicemail messages for Attorney Smith and Attorney Ryan informing them that I would be filing the within emergency motion.

*/s/ Paul J. Klehm*
Paul J. Klehm

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF on December 12, 2006. On December 12, 2006, I have also forwarded a copy of the within motion via first class mail, postage pre-paid, to

Mr. Brett Godette
729 Fallsgrove Drive
Apt. 6022
Rockville, MD  20850

     I will forward a copy of same to Mr. Godette via certified mail, return receipt requested, on December 13, 2006. I have also forwarded the document to Mr. Godette via email on December 12, 2006.

                                                          */s/ Paul J Klehm*
                                                          Paul J. Klehm