UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff<br>v.<br><br>RICHARD STANLEY, *et al*,<br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11354JLT<br>)<br>)<br>) |

## **AFFIDAVIT OF PAUL J. KLEHM**

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts since 1992, and in this Court since 1993. Attorney James B. Krasnoo and I have served as counsel to Plaintiff Brett Godette since approximately May, 2004.

2. On or about December 12, 2006 at approximately 3:50 p.m., Plaintiff Brett Godette telephoned me and told me that Plaintiff Brett Godette was terminating Attorney Krasnoo and me because of an alleged conflict of interest arising out of the subject matter of the sealed motion [Doc. Nos. 48-51].

4. Plaintiff Brett Godette informed me via telephone that I may indicate Plaintiff Brett Godette's assent to the allowance of the motion to withdraw.

Signed under the pains and penalties of perjury this 12th day of December, 2006.

*/s/ Paul J. Klehm*
Paul J. Klehm

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via ECF on December 12, 2006. On December 12, 2006, I have also forwarded a copy of the within document via first class mail, postage pre-paid, to

Mr. Brett Godette
729 Fallsgrove Drive
Apt. 6022
Rockville, MD  20850

     On December 13, 2006, I will also serve a copy of same upon Mr. Godette via certified mail, return receipt requested. I have also forwarded the document to Mr. Godette via email on December 12, 2006.

                                         */s/ Paul J. Klehm*
                                         Paul J. Klehm