UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 DEC 15 P 2: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

BRETT S. GODETTE, )
    Plaintiff )
     )
v. )
     ) CIVIL ACTION NO. 05-11354JLT
RICHARD STANLEY, *et al*, )
    Defendants. )
     )

### PLAINTIFF'S MOTION TO SEAL AND/OR TO IMPOUND PLAINTIFF'S OPPOSITION TO DEFENDANTS MERRIMACK COLLEGE AND LT. RIORDAN'S MOTION TO ENFORCE PURPORTED SETTLEMENT AND DOCUMENTS FILED IN SUPPORT THEREOF

Plaintiff Brett Godette hereby moves this Court pursuant to L.R. 7.2 to seal and/or to impound Plaintiff's opposition to Defendants Merrimack College and Lt. Riordan's Motion to Enforce Purported Settlement filed herewith until further order of the Court where (1) the opposition contains purported settlement terms which are confidential and should not be disclosed and (2) where Defendants Merrimack College and Lt. Riordan filed their Motion to Enforce "under seal at the request of Plaintiff." A draft settlement agreement provided by Defendants Merrimack College and Lt. Riordan to Plaintiff Godette includes a proposed confidentiality term.

Pursuant to CM/ECF Administrative Procedures I.1 (January 1, 2006), Plaintiff Godette files the within motion, and the accompanying opposition, in the conventional manner, and not by electronic means.

**WHEREFORE**, for the above reasons, Plaintiff Brett Godette respectfully requests that this Court GRANT the within motion and seal and/or impound Plaintiff's Opposition to Defendants Merrimack College and Lt. Riordan's Motion to Enforce Purported Settlement

and impound and/or seal said opposition until further order of the Court.

The Plaintiff
Brett Godette
By his Attorneys,

James B. Krasnoo  BBO #279300
*james@krasnooklehm.com*
Paul J. Klehm  BBO #561605
*pklehm@krasnooklehm.com*
Krasnoo|Klehm LLP
23 Main Street, Suite 6
Andover, MA 01810
(978) 475-9955

Dated: December 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via first class mail, postage pre-paid on December 15, 2006. On December 15, 2006, I have also forwarded a copy of the within motion via certified mail, return receipt requested, to

Mr. Brett Godette
729 Fallsgrove Drive
Apt. 6022
Rockville, MD  20850

Paul J. Klehm

2