UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRETT S. GODETTE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11354-JLT |
| | * | |
| RICHARD STANLEY, DIANE HEFFERNAN, | * | |
| DANIEL CRONIN, PAUL GALLAGHER, | * | |
| WILLIAM WALLACE, DONALD PATTULO, | * | |
| CHARLES HESELTINE, and PATRICK KEEFE, | * | |
| Individually and as Police Officers of their | * | |
| Respective Municipalities, LT. RIORDON and | * | |
| The TOWN OF NORTH ANDOVER, | * | |
| The TOWN OF ANDOVER, and | * | |
| MERRIMACK COLLEGE | * | |
| | * | |
| Defendants. | * | |

ORDER

January 18, 2007

TAURO, J.

After a Conference held on January 18, 2007, this court hereby orders that:

1. Defendants Merrimack College and Lt. Riordan's Sealed Motion [#47] is DENIED;

2. Emergency Motion of Plaintiff's Counsel to (1) to Withdraw, (2) to Extend Time for Plaintiff to File Opposition to Defendant Merrimack College and Lt. Riordan's Sealed Motion, (3) to Stay Discovery and (4) to Continue Trial [#52] is DENIED;

3. Plaintiff's Sealed Motion [#54] is ALLOWED;

4. All depositions shall be complete by March 30, 2007;

4. The deadline for filing motions for summary judgment is March 1, 2007;

5. Oppositions to motions for summary judgment shall be filed by March 22, 2007;

6. A Final Pre-Trial Conference will be held on April 17, 2007 at 12:00 pm; and

7. Trial will begin on April 30, 2007 at 10:00 am.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro    
United States District Judge