UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>　　　Plaintiff<br><br>v.<br><br>RICHARD STANLEY, *et al*,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11354JLT<br>)<br>) |

**MOTION TO AMEND CAPTION TO SUBSTITUTE THE NAME
"MICHAEL RIORDAN" FOR "LT. RIORDON" OR "LIEUTENANT RIORDON"
WHERE THEY APPEAR IN THE PLEADINGS AND CASE CAPTION IN THE
<u>WITHIN MATTER</u>**

　　　Plaintiff Brett S. Godette hereby moves to substitute the name "Michael Riordan" for "Lt. Riordon" or "Lieutenant Riordon" where they appear in the pleadings and case caption in the within matter for the reasons set forth below:

　　　1.　　In the within civil rights action, Godette claims, among other things, that on or about March 26, 2003, Godette was wrongfully arrested as a result of the wrongful conduct of various individuals, including, without limitation, Lt. Riordon, a former lieutenant with the Merrimack College police force.

　　　2.　　Within the past month, Godette's counsel has learned that Lt. Riordon's proper name is "Michael Riordan."

    3.      As a result, Godette seeks substitute the name "Michael Riordan" for "Lt. Riordon" or "Lieutenant Riordon" where they appear in the pleadings and case caption in this case.

**WHEREFORE**, for the above reasons, Plaintiff Brett S. Godette requests that this Court GRANT the within motion and SUBSTITUTE the name "Michael Riordan" for "Lt. Riordon" or "Lieutenant Riordon" where they appear in the pleadings and case caption in this case.

                                    Brett Godette
                                    By his Attorneys,

                                  /s/ Paul J. Klehm
                                  James B. Krasnoo  BBO #279300
                                  *james@krasnooklehm.com*
                                  Paul J. Klehm  BBO  #561605
                                  *pklehm@krasnooklehm.com*
                                  Krasnoo|Klehm LLP
                                  23 Main Street, Suite 6
                                  Andover, MA 01810
                                  (978) 475-9955

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

On February 22, 2007, I spoke in person with counsel to Defendants at the Deposition of Defendant Michael Riordan with regard to the within motion. I informed them that I would be filing the within motion.

                                  /s/ Paul J. Klehm
                                  Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via first class mail, postage pre-paid on February 23, 2007.

                                  /s/ Paul J. Klehm
                                  Paul J. Klehm