UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
BRETT S. GODETTE,                )
    Plaintiff                                     )
                                                    )
v.                                                 )
                                                    )
RICHARD STANLEY, *et al*,       ) CIVIL ACTION NO. 05-11354JLT
    Defendants.                              )
_____)

**PLAINTIFF BRETT S. GODETTE'S MOTION TO EXTEND TIME FOR PLAINTIFF TO SUBMIT HIS OPPOSITION(S) TO DEFENDANTS' POTENTIAL MOTION(S) FOR SUMMARY JUDGMENT (AND MEMORANDAM IN SUPPORT THEREOF) FROM MARCH 22, 2007 TO AND INCLUDING MARCH 30, 2007**

Plaintiff Brett S. Godette hereby moves this Court, pursuant to Fed.R.Civ.P. 56(f), to extend the time within which Godette may file his opposition to Defendants' potential motions for summary judgment (and memoranda in support thereof) from March 22, 2007 to and including March 30, 2007, where the extension will afford Godette an opportunity to obtain deposition transcripts from timely depositions taken in March, 2007 and to use them in Godette's opposition.  Godette relies upon the reasons set forth below and in the Rule 56(f) Affidavit of Paul J. Klehm.

1.    By order of this Court, dated January 18, 2007, Defendants must serve summary judgment motions by March 1, 2007 [Doc. No. 58].

2.    The Court has also ordered the parties to complete the remaining depositions by March 30, 2007 [Doc. No. 58].

3.    The depositions of five witnesses are scheduled to be held in February, 2007.

4.	The deposition of Defendant Pattullo is currently scheduled for March 19, 2007, and the depositions of Defendants Cronin and Keefe are scheduled to be held on March 22, 2007.  These three officers were present at various times during the course of Godette's arrest and detention which is the subject matter of the within civil rights case.

5.	By Court order, Godette's opposition(s) to Defendants' motions for summary judgment are due by March 22, 2007 [Doc. No. 58].

6.	Through this motion, Godette seeks a short extension (from March 22, 2007 to March 30, 2007) within which to file his opposition to any motion for summary judgment filed by Defendants, along with a memorandum in support thereof.  The short extension will afford Godette's counsel the opportunity to obtain the deposition transcripts and to use them in the opposition.  Pursuant to Fed. R. Civ. P. 56(f), Godette's counsel expects that in order to address the arguments in the potential motion(s) for summary judgment, he will require the opportunity to include the deposition materials in his opposition.  There was difficulty in scheduling the depositions.

7.	Godette respectfully requests that this Court extend the time within which Godette may file his opposition to Defendants' potential summary judgment motions from March 22, 2007 to and including March 30, 2007.

8.	In the event that this Court denies the within motion, then Plaintiff's counsel will need to reschedule the deposition of Defendants Pattullo, Cronin and Keefe to a date or dates earlier in March so that the deposition transcripts may be prepared in advance of the current March 22, 2007 deadline.

9.      Godette does not, through this motion, seek to extend any other deadlines.

**WHEREFORE**, for the above reasons, Plaintiff Brett S. Godette respectfully requests that this Court GRANT the within motion and extend the time within which Plaintiff may file his opposition to Defendants' potential summary judgment motions, from March 22, 2007 to and including March 30, 2007.

> Brett Godette
> By his Attorneys,
>
> /s/ Paul J. Klehm
> James B. Krasnoo (BBO#279300)
> *james@krasnooklehm.com*
> Paul J. Klehm (BBO#561605)
> *pklehm@krasnooklehm.com*
> Benjamin L. Falkner (BBO#667951)
> *bfalkner@krasnooklehm.com*
> Krasnoo | Klehm LLP
> 23 Main Street, Suite 6
> Andover, MA 01810
> (978) 475-9955

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

On February 22, 2007, I spoke in person at the Deposition of Michael Riordan with Defendants' counsel regarding the within motion. Attorney Ryan, counsel to the municipal defendants, stated that she would oppose, in essence, because of the March 1, 2007 deadline for Defendants to file Summary Judgment motions.

> /s/ Paul J. Klehm
> Paul J. Klehm

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via first class mail, postage pre-paid on February 23, 2007.

> /s/ Paul J. Klehm
> Paul J. Klehm

3