UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>        Plaintiff<br><br>v.<br><br>RICHARD STANLEY, *et al*,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11354JLT<br>)<br>) |

**AFFIDAVIT OF PAUL J. KLEHM, ESQ., PURSUANT TO FED.R.CIV.P.56(f)**

I, Paul J. Klehm, Esq., being duly deposed and sworn, aver as follows:

1. I am co-counsel to Plaintiff Brett S. Godette.

2. I have been admitted to the Bar of Massachusetts since 1992 and to the Bar of the United States District Court for the District of Massachusetts since 1993.

3. By order of this Court, dated January 18, 2007, Defendants must serve summary judgment motions by March 1, 2007 [Doc. No. 58].

4. The Court has also ordered the parties to complete the remaining depositions by March 30, 2007 [Doc. No. 58].

5. The depositions of five witnesses are scheduled to be held in February, 2007. Two of the depositions have been held.

6. The deposition of Defendant Patullo is currently scheduled for March 19, 2007, and the depositions of Defendants Cronin and Keefe are scheduled to be held on March 22, 2007. Upon information and belief, these three officers were present at various times during the course of Godette's arrest and detention which is the subject matter of the within civil rights case. There were difficulties in scheduling the depositions.

2

      7.      By Court order, Godette's opposition to Defendants' motions for summary judgment is due by March 22, 2007 [Doc. No. 58].

      8.      Through this motion, Godette seeks a short extension (from March 22, 2007 to March 30, 2007) within which to file his opposition to any motion for summary judgment filed by Defendants, along with a memorandum in support thereof. The short extension will afford me the opportunity to obtain the deposition transcripts and to use them in the opposition. Pursuant to Fed. R. Civ. P. 56(f), Godette requires the opportunity to include the deposition materials in his opposition.

      7.      Godette respectfully requests that this Court extend the time within which Godette may file his opposition to Defendants' potential summary judgment motions from March 22, 2007 to and including March 30, 2007.

      8.      Godette does not, through this motion, seek to extend any other deadlines.

Signed under the pains and penalties of perjury this 23rd day of February, 2007.

                                              /s/ Paul J. Klehm
                                              Paul J. Klehm

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or upon each party not represented by an attorney via first class mail, postage pre-paid on February 23, 2007.

                                              /s/ Paul J. Klehm
                                              Paul J. Klehm