UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    Plaintiff,

v.

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,**
Individually and as Police Officers of Their
Respective Municipalities, **LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    Defendants

### DEFENDANTS, RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL GALLAGHER, AND THE TOWN OF NORTH ANDOVER'S MOTION FOR SUMMARY JUDGMENT

    Pursuant to Fed. R. Civ. P. 56, the defendants, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and the Town of North Andover, hereby move that summary judgment be entered in their favor. The defendants state there are no genuine issue of material fact, and they are entitled to judgment as a matter of law.

    The defendants rely on the attached memorandum of law in support of their motion.

    The defendants request that the Court hear oral arguments on the within motion.

        Defendants, Stanley, Heffernan, Cronin, Gallagher and Town of North Andover by their attorneys,

/s/ Regina M. Ryan
Douglas I. Louison BBO# 545191
Regina M. Ryan BBO# 565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

**CERTIFICATE OF SERVICE**

    I, Regina M. Ryan, hereby certify that on the 1st day of March, 2007, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed **to Paul Klehm, Esquire**, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; **Robert B. Smith, Esquire**, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

/s/ Regina M. Ryan
Regina M. Ryan