UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    **Plaintiff,**

**v.**

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

## STIPULATION OF DISMISSAL

The parties in the above-captioned action hereby stipulate that this action, including any and all claims set forth in any and all pleadings against the defendants, Donald Pattullo, Charles Haseltine, William Wallace, Patrick Keefe and the Town of Andover, be dismissed with prejudice, without costs or attorneys fees, and with all rights of appeal being waived.

| | |
|---|---|
| Plaintiff, Brett S. Godette, by his attorney, | Defendants, Town of Andover, Charles Heseltine, Donald Pattullo, William Wallace and Patrick Keefe by their attorneys, |
| /s/ Paul Klehm | /s/ Regina M. Ryan |
| Paul Klehm, BBO# 561605 | Douglas I. Louison BBO# 545191 |
| Law Offices of James B. Krasnoo | Regina M. Ryan BBO# 565246 |
| 23 Main Street, Terrace Level | Merrick, Louison & Costello, LLP |
| Andover, MA 01810 | 67 Batterymarch Street |
| (978) 475-9955 | Boston, MA 02110 |
| | (617) 439-0305 |

Defendants, Lt. Riordon and Merrimack
College, by their attorneys,


/s/ Robert B. Smith
Robert B. Smith, BBO# 302750
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109
(617) 778-7500


## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 5th day of March, 2007, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed **to Paul Klehm, Esquire**, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; **Robert B. Smith, Esquire**, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.


/s/ Regina M. Ryan
Regina M. Ryan