UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff<br><br>v.<br><br>RICHARD STANLEY, *et al*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11354JLT<br>)<br>) |

**MOTION TO WITHDRAW PLAINTIFF BRETT S. GODETTE'S MOTION TO EXTEND TIME FOR PLAINTIFF TO SUBMIT HIS OPPOSITION(S) TO DEFENDANTS' POTENTIAL MOTION(S) FOR SUMMARY JUDGMENT (AND MEMORANDAM IN SUPPORT THEREOF) FROM MARCH 22, 2007 TO AND INCLUDING MARCH 30, 2007**

Plaintiff Brett S. Godette hereby moves to withdraw Plaintiff's Motion To Extend Time For Plaintiff To Submit His Opposition(s) To Defendants' Potential Motion(s) For Summary Judgment (And Memorandum In Support Thereof) From March 22, 2007 To And Including March 30, 2007 [Doc. #60], which was electronically filed on February 23, 2007.  Plaintiff's Counsel had represented that he would withdraw said motion upon the allowance of Plaintiff Godette's Assented To Motion For Leave To Take Deposition of Former Merrimack College Police Chief William Mayrose As a Result of Memorandum of Chief Mayrose First Produced by Defendant Merrimack College on March 2, 2007 [Doc. #67].  The Court allowed Doc. #67 on March 7, 2007.

**WHEREFORE**, Plaintiff respectfully requests that this Court GRANT the within motion and permit Plaintiff to Withdraw Doc. #60.

> Brett Godette
> By his Attorneys,
>
> */s/ Paul J. Klehm*
> James B. Krasnoo (BBO#279300)
> *james@krasnooklehm.com*
> Paul J. Klehm (BBO#561605)
> *pklehm@krasnooklehm.com*
> Benjamin L. Falkner (BBO#667951)
> *bfalkner@krasnooklehm.com*
> Krasnoo | Klehm LLP
> 23 Main Street, Suite 6
> Andover, MA 01810
> (978) 475-9955

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

On March 14, 2007, I spoke in person with Attorney Robert Smith regarding the within matter. I exchanged E-mails regarding the filing of the within motion with Attorney Regina Ryan on March 14, 2007.

> */s/ Paul J. Klehm*
> Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on March 15, 2007.

> */s/ Paul J. Klehm*
> Paul J. Klehm