UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, and PAUL GALLAGHER, )<br>Individually and as Police Officers of )<br>their Respective Municipalities, LT. RIORDON )<br>and the TOWN OF NORTH ANDOVER, and )<br>And MERRIMACK COLLEGE )<br>    Defendants. )<br>) | C.A. No. 05-11354 JLT |

### RULE 26(a)(3) PRETRIAL DISCLOSURES OF THE DEFENDANTS, MERRIMACK COLLEGE AND MICHAEL RIORDAN

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Merrimack College and Michael Riordan (collectively "Defendants"), by and through their attorneys hereby provide the following pretrial disclosures.

**I.   Fed. R. Civ. P. 26(a)(3)(A) – Identification of Witnesses Defendants may call at Trial**

    **A.**   The following is a list of individuals who Defendants expect to present at trial:

1. Michael Riordan
   c/o Merrimack College
   315 Turnpike Street
   No. Andover, MA  01845

2. William Mayrose
   c/o Merrimack College
   315 Turnpike Street
   No. Andover, MA  01845

3. Harold Rogers
   c/o Merrimack College
   315 Turnpike Street
   No. Andover, MA  01845

1

4. Jorge Hernandez
   Merrimack College
   315 Turnpike Street
   No. Andover, MA 01845

5. Scott Gage
   Merrimack College
   315 Turnpike Street
   No. Andover, MA 01845

6. Richard Stanley
   Town of North Andover Police Department
   566 Main Street
   North Andover, MA 01845

7. Diane Heffernan
   Town of North Andover Police Department
   566 Main Street
   North Andover, MA 01845

8. Paul Gallagher
   Town of North Andover Police Department
   566 Main Street
   North Andover, MA 01845

9. Daniel Cronin
   Town of North Andover
   North Andover Police Department
   566 Main Street
   North Andover, MA 01845

10. Brett Godette
    Asbury Park, NJ

11. Keeper of Records
    Student Records
    Merrimack College
    315 Turnpike Street
    No. Andover, MA 01845

B. **The following is a list of individuals who Defendants may call at trial, if the need arises:**

1. Bert Hammel
   Department of Athletics
   Merrimack College

      315 Turnpike Street
      No. Andover, MA  01845

2. Patrick Wlodycka
    c/o Merrimack College
    315 Turnpike Street
    No. Andover, MA  01845

3. Kelly Anderson
    c/o Merrimack College
    315 Turnpike Street
    No. Andover, MA  01845

4. John Carney
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

5. Eugene Salois
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

6. Paul MacMillan
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA  01845

7. Charles Dukas
    13046 Moorpack Street, Apt. 205
    Studio City, CA  91604-1494

8. Jennifer Magnanimi
    107 Sauga Avenue
    North Kingstown, RI 02852

9. Any and all witnesses listed on the Plaintiff's Pretrial Disclosures

10. Any and all witnesses listed on the Town of North Andover's Pretrial Disclosures

11. Any and all witnesses listed on the Richard Stanley's Pretrial Disclosures

12. Any and all witnesses listed on Diane Heffernan's Pretrial Disclosures

13. Any and all witnesses listed on the Daniel Cronin's Pretrial Disclosures

14. Any and all witnesses who are necessary to lay a proper foundation for the admission of any document or tangible thing listed in these Pretrial Disclosures

15. Any and all witnesses necessary for rebuttal or impeachment of any witness called by the Plaintiff.

Defendants reserve the right to supplement this list of witnesses up to and including the time of trial with reasonable notice to counsel.

II.     **Fed. R. Civ. P. 26(a)(3)(B) - Identification of Witnesses to Testify by Deposition**

The Defendants do not expect to present the testimony of any individual at trial by means of deposition. However, the Defendants reserve the right to present the testimony of any individual at trial by means of deposition with reasonable notice to counsel.

III.    **Fed. R. Civ. P. 26(a)(3)(C) - Description of Documents or Other Trial Exhibits**

**A.     The following is a list of documents and other exhibits, including descriptions thereof, which Defendants expect to offer at trial:**

1. CJIS Administrative Broadcast of an Armed Bank Robbery dated March 26, 2003 and Issued by the North Andover Police Department to Surrounding Towns and Communities;

2. CJIS Display for LNOH01 on 03/26/03 11:55 EST for LIC/9095ZB from the Massachusetts Registry of Motor Vehicles Registration/Title;

3. North Andover Police Department Incident Report of March 26, 2003 Armed Robbery at Sovereign Bank on Main Street, including Narratives of Patrolman Paul MacMillan and Sergeant Diane Heffernan;

4. North Andover Police Department Criminal Investigation Division Incident Report dated March 26, 2003 at 1138 hours;

5. Typed Report of Michael Riordan concerning "Assist to Outside Agency dated March 26, 2003;

6. Facsimile to Detective Diane Heffernan from Sergeant J. Fiandaca of the Boston Police Department Detective Enclosing Photographs of John C. Iannelli dated March 26, 2003;

7. Handwritten Notes of Diane Heffernan concerning her investigation of the armed robbery on March 26, 2003 (Page 1 of Exhibit 2 of Richard Stanley Deposition);

4

8. Handwritten Notes of Eugene Salois concerning his investigation of the armed robbery on March 26, 2003 (Page 2 of Exhibit 2 at Richard Stanley Deposition);

9. Handwritten Notes of Daniel Cronin concerning his investigation of the armed robbery on March 26, 2003 (Page 3 of Exhibit 2 of Richard Stanley Deposition);

10. Merrimack College student identification card of Brett Godette (or a copy thereof);

11. Merrimack College student identification card of Steven Iannelli (or a copy thereof);

12. Bank surveillance photographs of the armed robbery;

13. Certified Medical Records of Brett Godette from Merrimack College Hammell Health Center; and

14. Verified Complaint and Request for Jury Trial of the Plaintiff.

    **B.**    **The following is a list of documents and other exhibits, including descriptions thereof, which Defendants may offer at trial, if the need arises:**

1. CJIS Administrative Broadcast Canceling the BOLO on Mass Reg 9095ZB;

2. Massachusetts State Police Daily Administrative Log for Wednesday, March 26, 2003;

3. Typed Report of Kelly Anderson dated March 28, 2003;

4. North Andover Police Department Manual;

5. Town of North Andover Police Department Rules and Regulations, Polices and Procedures, General Orders, Town By Laws;

6. Merrimack College Academic Record of Brett Godette;

7. Merrimack College Statement on Diversity;

8. Diversity Event Planning;

9. Diversity Recruitment Resource Guide;

10. Step-by-Step Diversity Recruitment Strategy;

11. Merrimack College Police Department Incident Report Number 2002-09-248-IR concerning theft of textbooks;

12. Any exhibit marked at any deposition (depending on scope and admissibility issues to be resolved by the Court);

13. Any and all pleadings and attachments thereto;

14. Any and all deposition transcripts to the extent admissible under the Rules of Evidence;

15. Any and all documents or other exhibits listed on the Plaintiff's Pretrial Disclosures;

16. Any and all documents or other exhibits listed on the Town of North Andover's Pretrial Disclosures;

17. Any and all documents or other exhibits listed on Richard Stanley's Pretrial Disclosures;

18. Any and all documents or other exhibits listed on Diane Heffernan's Pretrial Disclosures;

19. Any and all documents or other exhibits listed on Daniel Cronin's Pretrial Disclosures;

20. Any and all documents necessary to rebut exhibits, testimony, and/or other evidence offered by the Plaintiff; and

21. Any and all documents necessary to impeach or cross-examine any witness.

Defendants reserve the right to supplement this list of documents or other exhibits up to and including the time of trial with reasonable notice to counsel.

                        Respectfully Submitted,

                        MERRIMACK COLLEGE and
                        MICHAEL RIORDAN

                        By their Attorneys,

                        NELSON, KINDER, MOSSEAU
                        & SATURLEY, P.C.

Dated: March 16, 2007        /s/ Robert B. Smith_____
                        Robert B. Smith, BBO#546580
                        Allison C. Ayer, BBO#660665
                        Nelson, Kinder, Mosseau & Saturley, P.C.
                        45 Milk Street, 7th Floor
                        Boston, MA  02109
                        Tel.: (617) 778-7500
                        Fax: (617) 778-7501

**CERTIFICATE OF SERVICE**

      I, Robert B. Smith, do hereby certify that on this date I electronically filed the foregoing "Rule 26(a)(3) Pretrial Disclosures of the Defendants, Merrimack College and Michael Riordan with the Clerk of the District Court using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Krasnoo Klehm, LLP
23 Main Street
Second Floor
Andover, MA  01810-3730

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

Dated:  March 16, 2007                                      /s/ Robert B. Smith_____