UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>　　Plaintiff<br>v.<br><br>RICHARD STANLEY, *et al*,<br>　　Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 05-11354JLT<br>)<br>)<br>) |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff Brett S. Godette.

I hereby certify that I am admitted to practice in this Court.

　　　　　　　　　　　　　　　　*/s/ Benjamin L. Falkner*
　　　　　　　　　　　　　　　　Benjamin L. Falkner (BBO#667951)
　　　　　　　　　　　　　　　　bfalkner@krasnooklehm.com
　　　　　　　　　　　　　　　　Krasnoo | Klehm LLP
　　　　　　　　　　　　　　　　23 Main Street, Suite Six
　　　　　　　　　　　　　　　　Andover, MA  01810
　　　　　　　　　　　　　　　　(978) 475-9955

## CERTIFICATE OF SERVICE

　　I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF or upon each party not represented by an attorney via first class mail, postage pre-paid on March 19, 2007.

　　　　　　　　　　　　　　　　*/s/ Benjamin L. Falkner*
　　　　　　　　　　　　　　　　Benjamin L. Falkner