UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, and PAUL GALLAGHER, )<br>Individually and as Police Officers of )<br>their Respective Municipalities, LT. RIORDON )<br>the TOWN OF NORTH ANDOVER, and )<br>MERRIMACK COLLEGE. )<br>    Defendants. )<br>) | C.A. No. 05-11354 JLT |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Allison C. Ayer, as counsel for

Defendants Merrimack College and Lt. Riordon [sic] in the above-entitled case.

/s/ Allison C. Ayer
Robert B. Smith, BBO #546580
Allison C. Ayer, BBO # 660665
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street, Seventh Floor
Boston, MA 02109-5105
(617) 778-7500
Facsimile (617) 778-7501

Date:  March 20, 2007

**CERTIFICATE OF SERVICE**

      I, Allison C. Ayer, do hereby certify that on this date I electronically filed the foregoing "Notice of Appearance   with the Clerk of the District Court using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Benjamin Falkner, Esq.
Krasnoo Klehm, LLP
23 Main Street
Second Floor
Andover, MA  01810-3730

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

Dated:  March 20, 2007                /s/ Allison C. Ayer_____