UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    **Plaintiff,**

v.

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now come the defendants, Town of North Andover, Heffernan, Cronin, Stanley and Gallagher in the above-captioned matter, pursuant to Rule 7.1(A)(2) of the Local Rules of the United States District Court for the District of Massachusetts, and state that on March 20, 2007 I conferred with all counsel and have received their assent to this motion as part of the communication, as counsel for the defendants, Town of North Andover, Heffernan, Cronin, Stanley and Gallagher I assent to the plaintiff Godette's Motion for Leave to File Rule 26(A)(3) Pre-Trial Disclosures One Business Day Late.

>Defendants, Stanley, Heffernan, Cronin, Gallagher, and Town of North Andover, by their attorneys,
>
>/s/ Regina M. Ryan
>Douglas I. Louison BBO# 545191
>Regina M. Ryan BBO# 565246
>Merrick, Louison & Costello, LLP
>67 Batterymarch Street
>Boston, MA 02110
>(617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 20th day of March, 2007, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed **to Paul Klehm, Esquire**, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; **Robert B. Smith, Esquire**, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

>/s/ Regina M. Ryan
>Regina M. Ryan