UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRETT S. GODETTE,            )
    Plaintiff                )
v.                           )
                             )   CIVIL ACTION NO. 05-11354JLT
RICHARD STANLEY, *et al*,    )
    Defendants.              )
                             )

### PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURE

Plaintiff, Brett Godette, by and through undersigned counsel, hereby files his Pretrial Disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure.

**A(1).  Plaintiff expects the following witnesses to present evidence:**

1. Brett Godette
   729 Fallsgrove Drive
   Rockville, MD  20850

2. Linda Godette
   729 Fallsgrove Drive
   Rockville, MD  20850

3. Daniel Cronin
   c/o North Andover Police Deprtment
   566 Main Street
   North Andover, MA  01845

4. Richard Stanley
   c/o North Andover Police Department
   566 Main Street
   North Andover, MA  01845

5. Paul Gallagher
   c/o North Andover Police Deprtment
   566 Main Street
   North Andover, MA  01845

6. Diane Heffernan
   c/o North Andover Police Deprtment
   566 Main Street
   North Andover, MA  01845

7.     Michael Riordan
        c/o Merrimack College Department of Police Services
        315 Turnpike Street
        North Andover, MA 01845

8.     William Mayrose
        Greenfield Community College
        Greenfield, MA

9.     Richard Santagati, President
        Merrimack College
        315 Turnpike Street
        North Andover, MA 01845

10.    Sharon Broussard
        Former Counselor, Merrimack College
        Hamel Health Center
        North Andover, MA

**A(2). Plaintiff may call the following witnesses, if the need arises:**

1.     Gina A. Bertelli
        (Address Unknown)

2.     Kelly Anderson
        c/o Merrimack College Department of Police Services
        315 Turnpike Street
        North Andover, MA 01845

4.     Nick Gerteisen
        (Address Unknown)

5.     Chrisovalanti Papantonakis
        (Address Unknown)

6.     Lightfoot Taylor
        (Address Unknown)

7.     Dawn Kalinowski
        6 Avon Street
        Andover, MA

8.     William Wallace
        c/o Andover Police Department
        32 North Main Street
        Andover, MA 01810

9. Donald Patullo
c/o Andover Police Department
32 North Main Street
Andover, MA 01810

10. Charles Heseltine
c/o Andover Police Department
32 North Main Street
Andover, MA 01810

11. Patrick Keefe
c/o Andover Police Department
32 North Main Street
Andover, MA 01810

12. Keeper of Records
Hamel Health Center
North Andover, MA

13. Keeper of Records
Merrimack College
North Andover, MA

14. Keeper of Records
Town of North Andover
North Andover, MA

15. Keeper of Records
Town of Andover
Andover, MA

16. Keeper of Records
The National Collegiate Athletic Association
700 W. Washington Street
P.O. Box 6222
Indianapolis, Indiana 46206-6222

17. Keeper of Records
Massachusetts Registry of Motor Vehicles
630 Washington Street
Boston, MA 02108

18. Any and all witnesses listed on any defendant's Pretrial Disclosures.

19. Any and all witnesses who are necessary to lay a proper foundation for the admission of any document or tangible thing listed in these Pretrial Disclosures.

20. Any and all witnesses necessary for rebuttal or impeachment of any witness called by any defendant.

Plaintiff reserves his right to supplement this list of witnesses up to and including the time of trial with reasonable notice to counsel.

**B.  Plaintiff does not expect to present the testimony of any individual at trial by means of deposition. However, Plaintiff reserves the right to present the testimony of any individual at trial by means of deposition with reasonable notice to counsel.**

**C(1).  Plaintiff expects to introduce the following exhibits at trial:**

1. Administrative broadcast form (BOLO) (Plaintiff's Document No. 000001)

2. Photographs of the Bank Robber (Plaintiff's Document Nos. 000002-000005; 000012-000015)

3. Notes of Detective Cronin (Plaintiff's Document No. 000006)

4. North Andover Police Department Criminal Investigation Division Incident Report (Plaintiff's Document Nos. 000007-000008)

5. North Andover Police Department Incident Report (Plaintiff's Document Nos. 000009-000011)

6. Merrimack College Student IDs (Plaintiff's Document No. 000016)

7. North Andover Police Department Incident Report (Plaintiff's Document Nos. 000017-000019)

8. G.L. c. 258 Letter Oct. 5, 2004 to North Andover (Plaintiff's Document Nos. 000022-000031)

9. G.L. c. 258 Letter Oct. 5, 2004 to Andover (Plaintiff's Document Nos. 000032-000041)

10. Merrimack College Student ID (Plaintiff's Document No. 000044)

11. CJIS Form (Michael Riordan Deposition Exhibit 1)

12. CJIS Form (Michael Riordan Deposition Exhibit 7)

13. Report of Michael Riordan (Michael Riordan Deposition Exhibit 5)

14. Report of Officer Kelly Anderson (Michael Riordan Deposition Exhibit 6)

15. Notes of Diane Heffernan (Michael Riordan Deposition Exhibit 8, First Page)

16. Notes of Eugene Salois (Michael Riordan Deposition Exhibit 8, Second Page)

17. North Andover Police Department Incident Report, including narrative entered by Lt. Carney (Michael Riordan Deposition Exhibit 9)

18. 3 page Facsimile to Detective Diane Heffernan, undated (*See* Michael Riordan Deposition Exhibit 11 and Richard Stanley Deposition Exhibit 6A)

19. Memorandum of Chief William Mayrose dated April 11, 2003 (Daniel Cronin Deposition Exhibit 1)

20. North Andover Police Department Manual (Diane Heffernan Deposition Exhibit 1)

21. Town of North Andover Police Department Rules and Regulations, Policies and Procedures, General Orders, and Bylaws (Diane Heffernan Deposition Exhibit 2)

**C(2).    Plaintiff may introduce the following exhibits at trial, if the need arises:**

1. Andover Police Department Incident Report (Plaintiff's Document Nos. 000020-000021)

2. Letter dated August 16, 2004 from Lt. Amodeo (Plaintiff's Document Nos. 000042-000043)

3. Statement of Patrick Foley (Plaintiff's Document No. 000045)

4. Statement of Gina Bertelli (Plaintiff's Document No. 000046)

5. Statement of Nick Gerteisen (Plaintiff's Document No. 000047)

6. Statement of Christovalanti Papatonakis (Plaintiff's Document No. 000048)

7. Andover Police Department Dispatch Incident Detail (*See* Michael Riordan Deposition Exhibit 13, Third Page)

8. Documents Produced by Keeper of Records, Hamel Health Center, North Andover, MA.

9. Documents Produced by Keeper of Records, Merrimack College, North Andover, MA.

10. Documents Produced by Keeper of Records, Town of North Andover, North Andover, MA

11. Documents Produced by Keeper of Records, Town of Andover, Andover, MA

12. Documents Produced by Keeper of Records, The National Collegiate Athletic Association, 700 W. Washington Street, P.O. Box 6222, Indianapolis, Indiana 46206-6222

13. Documents Produced by Keeper of Records, Massachusetts Registry of Motor Vehicles, 630 Washington Street, Boston, MA 02108, relating to MA Plate No. 9095ZB.

14. Photographs of Brett S. Godette

15. Photographs of Monican Dormitory (site of arrest/detention of Plaintiff)

16. Photographs of Godette's Dormitory Room at Monican Dormitory

17. Any exhibit marked at any deposition.

18. Any and all pleadings and attachments thereto.

19. Any and all deposition transcripts to the extent admissible under the Rules of Evidence.

20. Any and all documents or other exhibits listed on any defendant's Pretrial Disclosures.

21. Any and all documents necessary to rebut exhibits, testimony, and/or other evidence offered by any defendant.

22. Any and all documents necessary to impeach or cross-examine any witness.

Plaintiff reserves the right to supplement this list of documents or other exhibits up to and including the time of trial with reasonable notice to counsel.

    The Plaintiff
    Brett Godette
    By his Attorneys,

    */s/ Benjamin L. Falkner*
    James B. Krasnoo  BBO#279300
    *jkrasnoo@krasnooklehm.com*
    Paul J. Klehm  BBO# 561605
    *pklehm@krasnooklehm.com*
    Benjamin L. Falkner  BBO#667951
    *bfalkner@krasnooklehm.com*
    Krasnoo/Klehm LLP
    23 Main Street, Suite One
    Andover, MA  01810

Dated:  March 21, 2007    (978) 475-9955

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF or upon each party not represented by an attorney via first class mail, postage pre-paid on March 21, 2007.

                                  */s/ Benjamin L. Falkner*
                                  Benjamin L. Falkner