UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, and PAUL GALLAGHER, )<br>Individually and as Police Officers of )<br>their Respective Municipalities, LT. RIORDON )<br>and the TOWN OF NORTH ANDOVER, and )<br>And MERRIMACK COLLEGE )<br>    Defendants. )<br>) | C.A. No. 05-11354 JLT |

## DEFENDANTS MERRIMACK COLLEGE AND MICHAEL RIORDAN'S RESPONSE TO THE NORTH ANDOVER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND THEIR CROSS-MOTION FOR SUMMARY JUDGMENT

The Defendants, Merrimack College and Michael Riordan (collectively the "Merrimack College Defendants ) hereby respond to and respectfully join in the Motion for Summary Judgment of the Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, and the Town of North Andover (collectively the "North Andover Defendants ) because such motion necessarily implicates and affects the rights of Merrimack College and Michael Riordan. Accordingly, Merrimack College and Michael Riordan hereby cross-move for an Order granting summary judgment in their favor on Counts II, V, VI, VIII, IX, and X.

In support of this cross-motion, the Merrimack College Defendants rely upon the following:

1. Defendants Merrimack College and Michael Riordan's Memorandum of Law in Response to the North Andover Defendants' Motion for Summary Judgment and in Support of their Cross-Motion for Summary Judgment, attached hereto as Exhibit A;

2. Defendants' Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and the Town of North Andover's Motion for Summary Judgment, filed March 1, 2007;

3. Defendants' Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and the Town of North Andover's L.R. 56.1 Statement of Undisputed Facts, filed March 1, 2007; and

4. Defendants' Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and the Town of North Andover's Memorandum of Law in Support of Their Motion for Summary Judgment, filed March 1, 2007.

The Merrimack College Defendants request that the Court hear oral arguments on the motions for summary judgment.

Respectfully submitted,

MERRIMACK COLLEGE and
MICHAEL RIORDAN

By their Attorneys,

NELSON, KINDER,
MOSSEAU & SATURLEY, P.C.

Dated: March 22, 2007        By: /s/ Robert B. Smith
                                    Robert B. Smith, BBO#546580
                                    Allison C. Ayer, BBO#660665
                                    Nelson, Kinder, Mosseau & Saturley, P.C.
                                    45 Milk Street, 7th Floor
                                    Boston, MA 02109
                                    Tel.: (617) 778-7500
                                    Fax: (617) 778-7501

**CERTIFICATE OF SERVICE**

      I, Robert B. Smith, do hereby certify that on this date I electronically filed the foregoing "Defendants Merrimack College and Michael Riordan's Response to the North Andover Defendants' Motion for Summary Judgment and their Cross-Motion for Summary Judgment with the Clerk of the District Court using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Benjamin Falkner, Esq.
Krasnoo Klehm, LLP
23 Main Street
Second Floor
Andover, MA  01810-3730

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

Dated:  March 22, 2007                              /s/ Robert B. Smith_____