UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-11354JLT |
| | ) |
| RICHARD STANLEY, *et. al.*, | ) |
| Defendants. | ) |

**PLAINTIFF BRETT S. GODETTE'S OPPOSITION TO DEFENDANTS, RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, PAUL GALLAGHER AND TOWN OF NORTH ANDOVER'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Susan Searle hereby opposes the motion of Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and Town of North Andover for summary judgment where genuine issues of material fact exist as to the following claims[1]:

1.  Count I, §1983 claims against Stanley, Gallagher, Cronin and Heffernan;
2.  Count III, §1983 claim against the Town of North Andover;
3.  Count V, State Civil Rights Act claims against Stanley, Gallagher, Cronin and Heffernan;
4.  Count VI, Conspiracy to violate State Civil Rights Act claims against Stanley, Gallagher, Cronin and Heffernan;
5.  Count VIII, False Imprisonment claims against Stanley, Gallagher, Cronin and Heffernan;
6.  Count IX, Assault and Battery claim against Stanley, Gallagher, Cronin and Heffernan;
7.  Count X, Intentional/Negligent Infliction of Emotional Distress claim against Stanley, Gallagher, Cronin and Heffernan, and Negligent Infliction of Emotional Distress claim against the Town of North Andover.

Plaintiff Godette does not oppose the Defendants' motion for summary judgment as to the following claims:

---

[1] Godette notes that non-movants Defendants Riordan and Merrimack College remain named defendants in certain count.  Godette notes that Defendants Riordan and Merrimack College today filed Defendants Merrimack College And Michael Riordan's Response To The North Andover Defendants' Motion For Summary Judgment And Their Cross-Motion For Summary Judgment, in an attempt to join in the motion for summary judgment.  Godette has not yet had the opportunity to review that document.  Godette further notes that this Court ordered all summary judgment motions to be filed on or before March 1, 2007.

1.      Count II, §1985 claims against Stanley, Gallagher, Cronin and Heffernan.

Plaintiff Godette relies upon the Memorandum of Law, Affidavit of Paul J. Klehm, Esq. (which includes the Affidavit of Brett S. Godette), and Plaintiff Brett S. Godette's Response To Defendants, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and Town of North Andover's L.R. 56.1 Statement of Undisputed Facts and Plaintiff's Concise Statement of Further Material Facts filed herewith.

**WHEREFORE**, Plaintiff Brett S. Godette respectfully requests that this Court DENY the motion of Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and Town of North Andover for summary judgment.

Plaintiff
Brett S. Godette
By his Attorneys,

*/s/ Paul J. Klehm*
James B. Krasnoo (BBO#279300)
*james@krasnooklehm.com*
Paul J. Klehm (BBO#561605)
*pklehm@krasnooklehm.com*
Benjamin L. Falkner (BBO#667951)
*bfalkner@krasnooklehm.com*
Krasnoo | Klehm LLP
23 Main Street, Suite 6
Andover, MA 01810
(978) 475-9955

Dated:  March 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on March 22, 2007.

*/s/ Paul J. Klehm*
Paul J. Klehm