UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

—————————————————————————
BRETT S. GODETTE,                          )
        Plaintiff                          )
                                           )
v.                                         )
                                           )
RICHARD STANLEY, *et al*,                  ) CIVIL ACTION NO. 05-11354JLT
        Defendants.                        )
—————————————————————————)

## AFFIDAVIT OF PAUL J. KLEHM, ESQ.

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1.      I am counsel to Plaintiff Brett S. Godette in the within matter.  I am an attorney licensed to practice in the Commonwealth of Massachusetts in 1992, and in the United States District Court for the District of Massachusetts in 1993.  More recently, I have been admitted to state and federal courts in the State of New Hampshire.

2.      I file the within affidavit in support of Plaintiff's Emergency Motion to Strike Untimely "Cross" Motion for Summary Judgment Filed by Defendants Merrimack College and Michael Riordan [Doc. No. 77]**.**

3.      The accompanying motion is filed on an emergency basis because the time for Godette to file an opposition to Merrimack's untimely motion for summary judgment will have passed before the time will have run for Merrimack to file any opposition to the within motion, thus rendering the within motion moot.

4.      On January 18, 2007, the Court ordered that motions for summary judgment in the within matter be filed by March 1, 2007, and that oppositions thereto be

filed by March 22, 2007.  [Doc. No. 58].  Attorney James B. Krasnoo and I relied upon the schedule set by the Court in handling our workload in this case and in other matters.

5.      The focus of Godette's opposition to the motion for summary judgment was upon the municipal defendants, and not upon Merrimack.  If the motion is not stricken:

> (a) Attorney Krasnoo and I (along with our associate, Benjamin Falkner) will be required to prepare a separate opposition to Merrimack's motion (and a memorandum in support thereof) by April 5, 2007, during which time, among other things, we must simultaneously prepare trial documents associated with the April 30th trial of this matter, and

> (b) We will be prejudiced in their efforts to prepare for, and to participate in, a complex two to three week jury trial which begins on April 2, 2007 (*Olsheskie et al v. Montalto et al*, Essex County (Massachusetts) Superior Court Civil Action No. 99-983B), a case which involves six plaintiffs (all of whom are represented by Krasnoo|Klehm. LLP) and ten defendants.

6.      We therefore seek to strike Merrimack's untimely "cross-motion" for summary judgment [Doc. No. 77].

7.      For scheduling purposes, I note that our office is scheduled to begin a civil rights trial in the matter of *Kocani v. City of Beverly* (U.S. District Court of Massachusetts, Civil Action No. 1:05-CV-12325-RBC) on June 4, 2007.

Signed under the pains and penalties of perjury this 26th day of March, 2007,

*/s/ Paul J. Klehm*
Paul J. Klehm

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF system on March 26, 2007.

*/s/ Paul J. Klehm*

Paul J. Klehm