# KRASNOO | KLEHM LLP
*attorneys at law*

Twenty-Three Main Street, Second Floor, Andover, MA 01810-3730
978.475.9955 (phone) • 978.474.9005 (facsimile) • www.krasnooklehm.com
James B. Krasnoo, admitted in MA & CA • Paul J. Klehm, admitted in MA & NH

Benjamin L. Falkner, admitted in MA & NH

March 26, 2007

**Via ECF Only**

Zita Lovett, Courtroom Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:   *Godette v. Richard Stanley, et al*
            **Civil Action No. 05-11354-JLT**

Dear Ms. Lovett:

    I am writing to correct a docket number of the matter of *Olsheskie et al v. Montalto et al*, which I included in Doc Nos. 83 and 84 which my office filed earlier today. Please note that the correct docket number for that Essex County Superior Court matter is ESCV2000-00983B.

    I apologize for the error.

                                Very truly yours,

                                Paul J. Klehm

cc:     Regina Ryan, Esq. (via ECF only)
        Robert Smith, Esq. (via ECF only)