UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRETT S. GODETTE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-11354-JLT |
| RICHARD STANLEY, et al., | * | |
| Defendants. | * | |

ORDER

March 27, 2007

TAURO, J.

This court hereby orders that:

1. Plaintiff's Emergency Motion to Strike Untimely "Cross" Motion for Summary Judgment [#83] is DENIED.

2. Plaintiff's response to Defendants' Cross-Motion for Summary Judgment is due May 3, 2007.

3. The Final Pre-Trial Conference scheduled for April 17, 2007, at 12:00 pm is continued until June 5, 2007, at 10:00 am.

4. All motions in limine shall be filed no later than May 29, 2007, at 5:00 pm.

5. Trial is scheduled for Monday, June 11, 2007, at 10:00 am.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　United States District Judge