UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CA NO. 05-11354JLT

**BRETT S. GODETTE,**
    **Plaintiff,**

**v.**

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL CALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,
Individually and as Police Officers of Their
Respective Municipalities, LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
    **Defendants**

### RULE 26(a)(3) PRE-TRIAL DISCLOSURES OF THE DEFENDANTS, TOWN OF NORTH ANDOVER, HEFFERNAN, CRONIN, STANLEY AND GALLAGHER PURSUANT TO THE COURT'S ORDER FOR LEAVE DATED MARCH 26, 2007

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Defendants, Town of North Andover, Heffernan, Cronin, Stanley and Gallagher, by and through their attorneys hereby provide the following Pre-Trial Disclosures.

**I.**    **Fed. R. Civ. P. 26(a)(3)(A) - Identification of Witnesses Defendants May Call At Trial**

    **A.**    The following is a list of individuals who Defendants expect to present at trial:

1.    Richard Stanley
    Town of North Andover Police Department
    566 Main Street
    North Andover, MA 01845

2.    Diane Heffernan
    Town of North Andover Police Department
    566 Main Street

           North Andover, MA 01845

3. Paul Gallagher
   Town of North Andover Police Department
   566 Main Street
   North Andover, MA 01845

4. Daniel Cronin
   Town of North Andover Police Department
   566 Main Street
   North Andover, MA 01845

5. Brett Godett
   Asbury Park, NJ

6. Michael Riordan
   c/o Merrimack College
   315 Turnpike College
   North Andover, MA 01845

7. William Mayrose
   c/o Merrimack College
   315 Turnpike College
   North Andover, MA 01845

8. Harold Rogers
   c/o Merrimack College
   315 Turnpike College
   North Andover, MA 01845

**B. The following is a list of individuals who Defendants may call at trial, if the need arises:**

1. Patrick Wlodycka
   c/o Merrimack College
   315 Turnpike Street
   North Andover, MA 01845

2. Kelly Anderson
   c/o Merrimack College
   315 Turnpike College
   North Andover, MA 01845

3.  John Carney
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA 01845

4.  Eugene Salois
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA 01845

5.  Paul MacMillan
    Town of North Andover
    North Andover Police Department
    566 Main Street
    North Andover, MA 01845

6.  Jennifer Magnanimi
    107 Sauga Avenue
    North Kingstown, RI 02852

9.  Any and all witnesses listed on the Plaintiff's Pre-Trial Disclosures.

10. Any and all witnesses listed on the Merrimack College Pre-Trial Disclosures.

11. Any and all witnesses who are necessary to lay a proper foundation for the admission of any documents or tangible thing listed in these Pre-Trial Disclosures.

12. Any and all witnesses necessary for rebuttal or impeachment of any witness called by the Plaintiff.

The Defendants reserve the right to supplement this list of witnesses up to and including the time of trial with reasonable notice to counsel.

II. **Fed. R. Civ. P. 26(a)(3)(B) - Identification of Witnesses to Testify by Deposition**

The Defendants do not expect to present the testimony of any individual at trial by means of deposition. However, the Defendants reserve the right to present the testimony of any individual at trial by means of deposition with reasonable notice to counsel.

**III.    Fed. R.Civ. P. 26(a)(3)(C) - Description of Documents or Other Trial Exhibits**

    **A.    The following is a list of documents and other exhibits, including descriptions thereof, which defendants expect to offer at trial:**

1. CJIS Administrative Broadcast of an Armed Bank Robbery dated March 26, 2003 and Issued by the North Andover Police Department to Surrounding Towns and Communities;

2. CJIS Display for LNOH01 on 3/26/03 11:55 EST for LIC/9095ZB from the Massachusetts Registry of Motor Vehicles Registration/Title;

3. North Andover Police Department Incident Report of March 26, 2003 Armed Robbery at Sovereign Bank on Main Street, including Narratives of Patrolman Paul MacMillan and Sergeant Diane Heffernan;

4. North Andover Police Department Criminal Investigation Incident Report dated March 26, 2003 at 1138 hours;

5. Typed report of Michael Riordan concerning "Assist to Outside Agency dated March 26, 2003;

6. Facsimile to Detective Diane Heffernan from Sergeant J. Fiandaca of the Boston Police Department Detective enclosing photographs of John C. Iannelli dated March 26, 2003;

7. Handwritten notes of Diane Heffernan concerning her investigation of the armed robbery on March 26, 2003 (Page 1 of Exhibit 2 of Richard Stanley Deposition);

8. Handwritten notes of Eguge Salois concerning his investigation of the armed

           robbery on Mach 26, 2003 (Page 2 of Exhibit 2 at Richard Stanley Deposition);

9. Handwritten notes of Daniel Cronin concerning his investigation of the armed robbery on March 26, 2003 (Page 3 of Exhibit 2 of Richard Stanley Deposition);

10. Merrimack College student identification card of Brett Godette (or a copy thereof);

11. Merrimack College student identification card of Steven Iannelli (or a copy of thereof);

12. Bank surveillance photographs of the armed robbery;

13. Certified medical records of Brett Godette from Merrimack College Hammell Health Center; and

14. Verified Complaint and Request for Jury Trial of the Plaintiff.

**B.    The following is a list of documents and other exhibits, including descriptions thereof, which Defendants may offer at trial, if the need arises:**

1. CJIS Administrative Broadcast Canceling the BOLO on Mass Reg 9095ZB;

2. Massachusetts State Police Daily Administrative Log for Wednesday, March 26, 2003;

3. Typed report of Kelly Anderson dated March 28, 2003;

4. North Andover Police Department Manual;

5. Town of North Andover Police Department Rules and Regulations, Polices and Procedures, General Orders, Town By Laws;

6. Merrimack College Academic Record of Brett Godette;

7. Merrimack College Police Department incident Report Number 2002-09-248-IR

concerning theft of textbooks;

8. Any exhibit marked at any deposition (depending on scope and admissibility issues to be resolved by the Court);

9. Any and all pleadings and attachments thereto;

10. Any and all deposition transcripts to the extent admissible under the Rules of Evidence;

11. Any and all documents or other exhibits listed on the Plaintiff's Pre-Trial Disclosures;

12. Any and all documents or other exhibits listed on Merrimack College's Pre-Trial Disclosures;

13. Any and all documents necessary to rebut exhibits, testimony, and/or other evidence offered by the Plaintiff; and

14. Any and all documents necessary to impeach or cross-examine any witness.

Defendants reserve the right to supplement this list of documents or other exhibits up to and including the time of trial with reasonable notice to counsel.

    Defendants, Stanley, Heffernan, Cronin, Gallagher, and Town of North Andover, by their attorneys,

    /s/ Regina M. Ryan
    Douglas I. Louison BBO# 545191
    Regina M. Ryan BBO# 565246
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATE OF SERVICE

      I, Regina M. Ryan, hereby certify that on the 29th day of March, 2007, I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed **to Paul Klehm, Esquire**, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; **Robert B. Smith, Esquire**, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

                                                    /s/ Regina M. Ryan
                                                    Regina M. Ryan