UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, *et. al.*,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-11354JLT<br>)<br>)<br>)<br>) |

**PLAINTIFF BRETT S. GODETTE'S OPPOSITION TO MOTION OF DEFENDANTS MERRIMACK COLLEGE AND MICHAEL RIORDAN FOR PARTIAL SUMMARY JUDGMENT ON COUNTS II, V, VI,VIII, IX AND X *ONLY* [DOC. NO. 77]**

Plaintiff Brett S. Godette[1] hereby opposes the motion of Defendants Merrimack College and Michael Riordan for partial summary judgment on Counts II, V, VI, VIII, IX and X *only* [Doc. No. 77], where genuine issues of material fact exist as to the following Counts:

1. Count V, State Civil Rights Act claims against Riordan and Merrimack College;
2. Count VI, Conspiracy to violate State Civil Rights Act claim against Riordan;
3. Count VIII, False Imprisonment claims against Riordan and Merrimack College;
4. Count IX, Assault and Battery claims against Riordan and Merrimack College;
5. Count X, Intentional and Negligent Infliction of Emotional Distress claims against Riordan and Merrimack College.

Godette does not oppose the Defendants' partial motion for summary judgment as to Count II, a §1985 claim against Riordan.

Godette further notes that Defendants Merrimack College and Riordan have *not* moved for summary judgment on the following Counts which remain pending against them:

1. Count XI, Negligence claims against Riordan and Merrimack College;
2. Count XII, M.G.L. c. 214, §1B claims against Riordan and Merrimack College;
3. Count XIII, Breach of Contract claim against Merrimack College; and
4. Count XIV, Breach of Covenant of Good Faith and Fair Dealing claim against Merrimack College.

These claims shall proceed to trial on June 11, 2007.

---

[1] Plaintiff notes that he inadvertently referred to the wrong name of the Plaintiff in his opposition to the municipal defendants' motion for summary judgment [Doc. No. 78].

Godette relies upon the memorandum of law, the concise statement of additional material facts and the supplemental Affidavit of Paul J. Klehm, Esq., filed herewith, along with documents numbered 78 through 81, filed in opposition to the motion for summary judgment filed by Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and Town of North Andover [Doc. Nos. 62 through 65].

**WHEREFORE**, Plaintiff Brett S. Godette respectfully requests that this Court DENY the motion of Defendants Merrimack College and Michael Riordan for partial summary judgment on Counts II, V, VI, VIII, IX and X, and permit all remaining claims against all parties to proceed to trial on June 11, 2007.

Plaintiff
Brett S. Godette
By his Attorneys,

*/s/ Paul J. Klehm*
James B. Krasnoo (BBO#279300)
*james@krasnooklehm.com*
Paul J. Klehm (BBO#561605)
*pklehm@krasnooklehm.com*
Benjamin L. Falkner (BBO#667951)
*bfalkner@krasnooklehm.com*
Krasnoo | Klehm LLP
23 Main Street, Suite 6
Andover, MA 01810
(978) 475-9955

Dated: May 3, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on May 3, 2007.

*/s/ Paul J. Klehm*
Paul J. Klehm