UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, and PAUL GALLAGHER, )<br>Individually and as Police Officers of )<br>their Respective Municipalities, the TOWN OF )<br>NORTH ANDOVER, MICHAEL )<br>RIORDAN and MERRIMACK COLLEGE )<br>    Defendants. )<br>) | C.A. No. 05-11354 JLT |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Robert B. Smith, counsel for Merrimack College and Lt. Riordan, hereby certify that on May 7, 2007 I contacted plaintiff's counsel, pursuant to Local Rule 7.1(a)(2), in a good-faith effort to obtain his assent to the filing of Merrimack College and Michael Riordan's filing of the Motion for Leave to File a Reply to the Cross-Motion for Summary Judgment. We were unable to reach agreement on this issue.

    Respectfully submitted,

    MERRIMACK COLLEGE and
    MICHAEL RIORDAN

    By their Attorneys,

    NELSON, KINDER,
    MOSSEAU & SATURLEY, P.C.

Dated: May 7, 2007    By: /s/ Robert B. Smith
    Robert B. Smith, BBO#546580
    Allison C. Ayer, BBO#660665
    Nelson, Kinder, Mosseau & Saturley, P.C.
    45 Milk Street, 7th Floor
    Boston, MA 02109
    Tel.: (617) 778-7500

Fax: (617) 778-7501

**CERTIFICATE OF SERVICE**

    I, Robert B. Smith, do hereby certify that on this date I electronically filed the foregoing "Certification Pursuant to Local Rule 7.1" with the Clerk of the District Court using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Benjamin Falkner, Esq.
Krasnoo Klehm, LLP
23 Main Street
Second Floor
Andover, MA  01810-3730

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

Dated:  May 7, 2007     /s/ Robert B. Smith_____