UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRETT S. GODETTE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-11354-JLT |
| RICHARD STANLEY, DIANE HEFFERNAN, DANIEL CRONIN, and PAUL GALLAGHER, Individually and as Police Officers of their Respective Municipalities, the TOWN OF NORTH ANDOVER, MICHAEL RIORDAN and MERRIMACK COLLEGE, | * | |
| Defendants. | * | |

ORDER

May 16, 2007

TAURO, J.

After considering the parties' arguments and declarations and after a hearing held on May 10, 2007, this court hereby orders that <u>Defendants, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, and the Town of North Andover's Motion for Summary Judgment</u> [#62], and <u>Defendants Merrimack College and Michael Riordan's Cross-Motion for Summary Judgment</u> [#77] are ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge