UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, and PAUL GALLAGHER, )<br>Individually and as Police Officers of )<br>their Respective Municipalities, the TOWN OF )<br>NORTH ANDOVER, MICHAEL )<br>RIORDAN and MERRIMACK COLLEGE )<br>    Defendants. )<br>) | C.A. No. 05-11354 JLT |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (C)**

I, Robert B. Smith, counsel for Merrimack College and Michael Riordan, hereby certify that on May 17, 2007, I contacted Plaintiff's counsel in a good-faith effort to obtain his concurrence to the relief sought by this Motion for Leave to File a Motion for Summary Judgment as to All Remaining Counts. Plaintiff does not oppose the Court's grant of leave but will oppose the Motion for Summary Judgment.

    Respectfully submitted,

    MERRIMACK COLLEGE and
    MICHAEL RIORDAN,

    By their attorneys,

Dated: May 18, 2007    /s/ Robert B. Smith
    Robert B. Smith, BBO #546580
    Allison C. Ayer, BBO #660665
    NELSON, KINDER, MOSSEAU &
    SATURLEY, P.C.
    45 Milk Street, 7th Floor
    Boston, MA 02109
    Tel:   (617) 778-7500
    Fax:  (617) 778-7501

2

**CERTIFICATE OF SERVICE**

      I, Robert B. Smith, hereby certify that on this day, a true and correct copy of the foregoing "Certification Pursuant to Local Rule 7.1(C)" was served upon all parties of record via ECF.

Dated: May 18, 2007　　　　　　　　　　/s/ Robert B. Smith