UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE )<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　　　　　)<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, and PAUL GALLAGHER, )<br>Individually and as Police Officers of )<br>their Respective Municipalities, the TOWN OF )<br>NORTH ANDOVER, MICHAEL )<br>RIORDAN and MERRIMACK COLLEGE )<br>　　Defendants. )<br>　　　　　　　　　　　　　　　　　　　　) | C.A. No. 05-11354 JLT<br><br>LEAVE TO FILE<br>GRANTED ON<br>MAY 22, 2007 |

### DEFENDANTS MERRIMACK COLLEGE AND MICHAEL RIORDAN'S MOTION FOR SUMMARY JUDGMENT AS TO ALL REMAINING COUNTS

The Defendants, Merrimack College and Michael Riordan (collectively the "Merrimack College Defendants") move for an Order granting summary judgment as to the only claims which remain pending in this action:

1. Count XI (negligence) against Merrimack College and Michael Riordan;

2. Count XII (invasion of privacy pursuant to M.G.L. ch. 214 §1B) against Merrimack College and Michael Riordan;

3. Count XIII (breach of contract) against Merrimack College; and

4. Count XIV (breach of the implied covenant of good faith and fair dealing) against Merrimack College.

In support of this motion, the Merrimack College Defendants rely upon the following:

1. Defendants Merrimack College and Michael Riordan's Memorandum of Law in Support of their Motion for Summary Judgment as to All Remaining Counts, filed simultaneously herewith;

2. the Court's May 16, 2007 Order and Memorandum granting summary

judgment to all defendants on all counts other than those for which the Merrimack College Defendants now seek summary judgment;

3. the entire summary judgment record, including, but not limited to, all motions for summary judgment and oppositions, responses or replies thereto, as well as the memorandum and supporting documentation filed in support thereof.

          Respectfully submitted,

          MERRIMACK COLLEGE and
          MICHAEL RIORDAN

          By their Attorneys,

          NELSON, KINDER,
          MOSSEAU & SATURLEY, P.C.

Dated: May 22, 2007      By:  /s/ Robert B. Smith
                                  Robert B. Smith, BBO#546580
                                  Allison C. Ayer, BBO#660665
                                  Nelson, Kinder, Mosseau & Saturley, P.C.
                                  45 Milk Street, 7th Floor
                                  Boston, MA  02109
                                  Tel.: (617) 778-7500
                                  Fax: (617) 778-7501

**CERTIFICATE OF SERVICE**

      I, Robert B. Smith, do hereby certify that on this date I electronically filed the foregoing "Defendants Merrimack College and Michael Riordan's Motion for Summary Judgment as to All Remaining Counts" with the Clerk of the District Court using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Benjamin Falkner, Esq.
Krasnoo Klehm, LLP
23 Main Street
Second Floor
Andover, MA  01810-3730

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

Dated:  May 22, 2007                             /s/ Robert B. Smith_____