UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, *et. al.*,<br>    Defendants. | Civil Action No. 05-11354JLT |

**PLAINTIFF BRETT S. GODETTE'S MOTION TO RECONSIDER THIS COURT'S ORDER AND MEMORANDUM DATED MAY 16, 2007 [DOC. NOS. 98, 99] ALLOWING SUMMARY JUDGMENT IN FAVOR OF THE NORTH ANDOVER DEFENDANTS ON ALL COUNTS AND IN FAVOR OF THE MERRIMACK COLLEGE DEFENDANTS ON <u>COUNTS V, VI, VIII, IX AND X</u>**

Plaintiff Brett S. Godette (hereinafter "Godette") hereby submits the within memorandum of law in support of his motion for this Court to reconsider its Order and Memorandum dated May 16, 2007 [Doc. Nos. 98, 99] allowing summary judgment in favor of the North Andover Defendants[1] on all counts and in favor of the Merrimack College Defendants[2] on Counts V, VI, VIII, IX and X (the "Five Counts"), where (1) Godette has demonstrated a lack of probable cause under applicable Massachusetts law, and (2) as to Count X, insofar as it states a claim for negligent infliction of emotional distress ("NIED"), where Merrimack College should not benefit from the destruction of Godette's counseling records by a Merrimack College counselor. Godette seeks reconsideration of the granting of summary judgment in favor of <u>all</u> Defendants as to the Five Counts, all of which arise under Massachusetts law, and requests that this Court deny the North Andover Defendants' and the Merrimack College Defendants' respective motions for summary judgment as to Counts V, VI, VIII, IX and X. Godette relies upon the following reasons, as set forth more fully in his memorandum of law and the Affidavit of Paul J. Klehm,

---

[1] Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and the Town of North Andover.
[2] Merrimack College and Michael Riordan.

Esq. ("Aff. Klehm"), filed herewith, and in the materials submitted by Godette in opposition to the Defendants' motions for summary judgment:

1. Godette respectfully requests that this Court reconsider its grant of summary judgment in favor of Defendants and against Godette on the Five Counts, *see* [Doc. Nos. 98 and 99], in light of the more stringent standard applicable to an analysis of probable cause under Massachusetts law. Where, under state constitutional, statutory and common law, no probable cause existed to arrest Godette, this Court should reinstate the following claims:

| | |
|---|---|
| Count V: | Civil Rights Violations Pursuant To M.G.L. c.12, §§11H and 11I; |
| Count VI: | Common Law Conspiracy to Violate Civil Rights Law Pursuant To M.G.L. c.12, §§11H and 11I; |
| Count VIII: | False Imprisonment; |
| Count IX: | Assault and Battery; and |
| Count X: | Intentional And/Or Negligent Infliction of Emotional Distress. |

2. Godette also respectfully requests that this Court reconsider its grant of summary judgment on Count X: Negligent Infliction of Emotional Distress ("NIED"), where Godette did attend counseling, but where the Merrimack College counselor did not preserve Godette's medical records. *See* Letter from Allison C. Ayer, Esq. to Paul J. Klehm, Esq. dated August 17, 2006, attached as **Exhibit A** to Aff. Klehm. Under the doctrine of spoliation of evidence, and where Godette is not responsible in any way for the loss of such records, this Court should reinstate Count X, insofar as it states a claim for NIED, against Merrimack College.

3.     Therefore, Godette respectfully requests that this Court grant the within motion, reconsider its decision to grant summary judgment in favor of Defendants on the Five Counts, and reinstate the Five Counts against all Defendants.

**WHEREFORE**, for the foregoing reasons, Godette respectfully requests that this Court GRANT the within motion and (1) reconsider its decision to grant summary judgment in favor of the North Andover Defendants and the Merrimack College Defendants and against Godette on Counts V, VI, VIII, IX and X, (2) deny Defendants' respective motions for summary judgment as to the Five Counts, and (3) permit the Five Counts to proceed to trial against all Defendants.

    Plaintiff
    Brett S. Godette
    By his Attorneys,

    */s/ Paul J. Klehm*
    James B. Krasnoo (BBO#279300)
    *james@krasnooklehm.com*
    Paul J. Klehm (BBO#561605)
    *pklehm@krasnooklehm.com*
    Benjamin L. Falkner (BBO#667951)
    *bfalkner@krasnooklehm.com*
    Krasnoo | Klehm LLP
    23 Main Street, Suite 6
    Andover, MA 01810
    (978) 475-9955

Dated: May 23, 2007

### CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

On May 21, 2007, I spoke by telephone with Attorney Robert Smith, counsel to the Merrimack College Defendants, regarding the filing of the within motion. On May 23, 2007, I left a telephone message for Attorney Regina Ryan, counsel to the North Andover Defendants, regarding the filing of the within motion.

    */s/ Paul J. Klehm*
    Paul J. Klehm

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on May 23, 2007.

                                    */s/ Paul J. Klehm*
                                    Paul J. Klehm