UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, *et al*,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-11354JLT<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF PAUL J. KLEHM, ESQ.

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1. I am counsel to the Plaintiff in the above-referenced matter.

2. I have caused to be attached as an exhibit hereto a true and genuine copy of the following document:

    **Exhibit A**    Letter from Allison C. Ayer, Esq. to Paul J. Klehm, Esq. dated August 17, 2006

Signed under the pains and penalties of perjury this 23rd day of May, 2007

    */s/ Paul J. Klehm*
    Paul J. Klehm

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on May 23, 2007.

    */s/ Paul J. Klehm*
    Paul J. Klehm

# NELSON KINDER MOSSEAU & SATURLEY, PC
## ATTORNEYS AT LAW

Exhibit "A"

| | | | |
|---|---|---|---|
| Richard C. Nelson | John C. Kissinger, Jr. | Gerald F. Lucey* | Leonard D. Zamansky |
| E. Tupper Kinder | Michael T. McInerny* | Frank W. Beckstein, III | Jeffrey R. Yousey |
| Peter W. Mosseau | Paul T. Milligan* | Jeffrey A. Meyers | Adam J. Chandler |
| William C. Saturley | Jonathan A. Lax | Jeanne M. McCormick* | Allison C. Ayer |
| Nicholas K. Holmes | Kenneth E. Rubinstein | Richard C. Bell, Jr. | David P. Michel |
| Mark D. Attorri | Christopher T. Vrountas | John E. Lucas | Heidi A. Schiller,* |
| Bradley D. Holt | Christopher D. Hawkins | Robert B. Smith* | Of Counsel |

*Admitted in MA only

August 17, 2006



RECEIVED
AUG 1 8 2006
BY:_____

Paul Klehm, Esq.
Krasnoo Klehm, LLP
23 Main Street
Terrace Level
Andover, MA 01810

Re: <u>Brett Godette v. Merrimack College et al.</u>
U.S. District Court, Massachusetts, Civil Action No. 05-11354 JLT

Dear Mr. Klehm:

This is a follow up to the production to you on August 10, 2006 of medical records maintained at the Hamel Health Center at Merrimack College concerning Brett Godette.

While the medical records produced indicated that Mr. Godette did not receive any treatment at the Hamel Health center after March 26, 2003, whether for counseling or otherwise, you informed me that Mr. Godette claimed to have sought counseling at Merrimack College. In due diligence, I spoke with a client contact at Merrimack College to inquire about the existence and/or location of additional counseling records.

Apparently, Merrimack College permits individual counselors to utilize their own methods of keeping and maintaining records of their sessions. The counselors may or may not centrally maintain the notes and/or records with records of other medical treatment received at the Hamel Health Center.

Sharon Broussard, the person who performed counseling services for Brett Godette is no longer employed as a counselor at Merrimack College. To the extent she took notes and/or otherwise kept records of treatment she provided to Mr. Godette (and others), she did not maintain them with other medical records of the Hamel Health Center. Furthermore, because of privacy concerns, she did not retain any notes and/or other records of counseling sessions she conducted at Merrimack College after she left her position as a counselor at Merrimack College.

Paul Klehm, Esq.
August 17, 2006
Page 2

    Pursuant to this information, the set of medical records from the Hamel Health Center which I previously provided are complete. I will of course supplement the production to the extent I receive any additional medical records concerning Brett Godette, for counseling or otherwise.

    If you have any questions, I can be reached at (603) 606-5026.

Very truly yours,

*Allison C. Ayer*

Allison C. Ayer

ACA/jh

cc:     Robert B. Smith, Esq.

NELSON
KINDER
MOSSEAU &
SATURLEY, PC
ATTORNEYS AT LAW

New Hampshire Office   99 Middle Street, Manchester, New Hampshire 03101   [603] 647-1800   Fax [603] 647-1900
Massachusetts Office   45 Milk Street, 7th Floor, Boston, Massachusetts 02109   [617] 778-7500   Fax [617] 778-7501