UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| BRETT S. GODETTE, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>RICHARD STANLEY, *et. al.*, )<br>    Defendants. )<br> ) | Civil Action No. 05-11354JLT |

### **PLAINTIFF BRETT S. GODETTE'S OBJECTION**

Plaintiff Brett S. Godette hereby gives notice of his objection to all findings of facts and rulings of law in this Court's Order and Memorandum dated May 16, 2007 [Doc. Nos. 98, 99] allowing Defendants, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, and the Town of North Andover's Motion for Summary Judgment [#62], and Defendants Merrimack College and Michael Riordan's Cross-Motion for Summary Judgment [#77].

        Plaintiff
        Brett S. Godette
        By His Attorneys,

        */s/ Paul J. Klehm*
        James B. Krasnoo (BBO#279300)
        *james@krasnooklehm.com*
        Paul J. Klehm (BBO#561605)
        *pklehm@krasnooklehm.com*
        Benjamin L. Falkner (BBO#667951)
        *bfalkner@krasnooklehm.com*
        Krasnoo | Klehm LLP
        23 Main Street, Suite 6
        Andover, MA 01810
        (978) 475-9955

Dated: May 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on May 25, 2007.

*/s/ Paul J. Klehm*
Paul J. Klehm