UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRETT S. GODETTE | ) | |
| Plaintiff, | ) | C.A. No. 05-11354 JLT |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD STANLEY, DIANE HEFFERNAN, | ) | |
| DANIEL CRONIN, and PAUL GALLAGHER, | ) | |
| Individually and as Police Officers of | ) | |
| their Respective Municipalities, the TOWN OF | ) | |
| NORTH ANDOVER, MICHAEL | ) | |
| RIORDAN and MERRIMACK COLLEGE | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I, Robert B. Smith, counsel for Merrimack College and Michael Riordan, hereby certify that on Wednesday May 23, 2007, counsel conducted a telephone conference to review and discuss each party's pre-trial disclosures and each party's objections to certain proposed witnesses and documentary evidence in a good faith effort to narrow the issues for trial. We were able to eliminate some issues but were not able to agree as to the issues raised in the several motions in limine being filed simultaneously herewith.

Respectfully submitted,

MERRIMACK COLLEGE and
MICHAEL RIORDAN

By their Attorneys,

NELSON, KINDER,
MOSSEAU & SATURLEY, P.C.

Dated: May 29, 2007                    By: /s/ Robert B. Smith
                                       Robert B. Smith, BBO#546580
                                       Allison C. Ayer, BBO#660665
                                       Nelson, Kinder, Mosseau & Saturley, P.C.
                                       45 Milk Street, 7th Floor

Boston, MA  02109
Tel.: (617) 778-7500
Fax: (617) 778-7501

**<u>CERTIFICATE OF SERVICE</u>**

I, Robert B. Smith, do hereby certify that on this date I electronically filed the foregoing "Certification Pursuant to Local Rule 7.1" with the Clerk of the District Court using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

James B. Krasnoo, Esq.
Paul Klehm, Esq.
Benjamin Falkner, Esq.
Krasnoo Klehm, LLP
23 Main Street
Second Floor
Andover, MA  01810-3730

Regina Gilgun Ryan, Esq.
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA  02110-3206

Dated:  May 29, 2007                    /s/ Robert B. Smith_____