UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRETT S. GODETTE,<br>  Plaintiff,<br>v.<br>RICHARD STANLEY, *et. al.*,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-11354JLT |

**PLAINTIFF BRETT S. GODETTE'S MOTION *IN LIMINE*
TO PRECLUDE THE ADMISSION OF ANY DOCUMENTS INCLUDED IN THE
"CATCH-ALL" PROVISIONS OF THE EXHIBIT LISTS (GODETTE'S OBJECTED TO
EXHIBITS NUMBERED 2 THOUGH 7 AND DEFENDANTS' OBJECTED TO
EXHIBITS NUMBERED 8 THROUGH 17) THAT ARE NOT SPECIFICALLY
IDENTIFIED IN SECTION K OF THE JOINT PRETRIAL MEMORANDUM**

  Plaintiff Brett S. Godette hereby moves this Honorable Court *in limine* to preclude the admission of any documents included in the "catch-all" provisions of the exhibit lists (Godette's objected to exhibits numbered 2 though 7 and Defendants' objected to exhibits numbered 8 through 17) that are not specifically identified in Section K of the Joint Pretrial Memorandum. Godette relies upon the following reasons:

  1. Godette proceeds to trial in the within action pursuing negligence, breach of privacy, breach of contract and breach of good faith and fair dealing claims.

  2. On their exhibit lists, the parties have included various "catch-all" provisions.

  3. Out of an abundance of caution, and in an effort to prevent unfair surprise at trial, Godette objects to the admission of any document at trial that is not specifically identified in the exhibit lists.

  **WHEREFORE**, Plaintiff Brett S. Godette hereby requests that this Honorable Court GRANT the within motion and preclude the admission of any documents included in the "catch-

all" provisions of the exhibit lists (Godette's objected to exhibits numbered 2 though 7 and Defendants' objected to exhibits numbered 8 through 17) that are not specifically identified in Section K of the Joint Pretrial Memorandum.

    Plaintiff
    Brett S. Godette
    By his Attorneys,

    */s/ Paul J. Klehm*
    James B. Krasnoo (BBO#279300)
    *james@krasnooklehm.com*
    Paul J. Klehm (BBO#561605)
    *pklehm@krasnooklehm.com*
    Benjamin L. Falkner (BBO#667951)
    *bfalkner@krasnooklehm.com*
    Krasnoo | Klehm LLP
    23 Main Street, Suite 6
    Andover, MA 01810
    (978) 475-9955

Dated: May 29, 2007

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

On May 23, 2007, I spoke by telephone with Attorneys Robert Smith and Allison Ayer, counsel to the Merrimack College Defendants, regarding the filing of the within motion.

    */s/ Paul J. Klehm*
    Paul J. Klehm

## CERTIFICATE OF SERVICE

I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on May 29, 2007.

    */s/ Paul J. Klehm*
    Paul J. Klehm