UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>   Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, *et. al.*,<br>   Defendants. | )<br>)<br>)<br>)  Civil Action No. 05-11354JLT<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR SEQUESTRATION OF NON-PARTY WITNESSES**

Plaintiff Brett S. Godette hereby moves this Honorable Court order that during the trial of the above cause, all non-party witnesses may be sequestered.

> Plaintiff
> Brett S. Godette
> By his Attorneys,
>
> */s/ Paul J. Klehm*
> James B. Krasnoo (BBO#279300)
> *james@krasnooklehm.com*
> Paul J. Klehm (BBO#561605)
> *pklehm@krasnooklehm.com*
> Benjamin L. Falkner (BBO#667951)
> *bfalkner@krasnooklehm.com*
> Krasnoo | Klehm LLP
> 23 Main Street, Suite 6
> Andover, MA 01810
> (978) 475-9955

Dated:  May 29, 2007

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)**

On May 23, 2007, I spoke by telephone with Attorneys Robert Smith and Allison Ayer, counsel to the Merrimack College Defendants, regarding the filing of the within motion.

> */s/ Paul J. Klehm*
> Paul J. Klehm

## CERTIFICATE OF SERVICE

    I, Paul J. Klehm, Esq., hereby certify that I have served a copy of the within document upon all counsel of record not served via ECF and upon all parties not represented by counsel by first class mail, postage pre-paid, on May 29, 2007.

                                              */s/ Paul J. Klehm*
                                              Paul J. Klehm