UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, et als.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 05-11354-JLT<br>)<br>)<br>)<br>)<br>) |

MOTION OF THE MERRIMACK DEFENDANTS TO CONTINUE JUNE 11, 2007
TRIAL PENDING RESOLUTION OF MERRIMACK'S MOTION FOR SUMMARY
JUDGMENT (DOCKET NO. 102) AND PLAINTIFF'S MOTION TO RECONSIDER
COURT'S ENTRY OF SUMMARY JUDGMENT (DOCKET NO. 105)

**(EXPEDITED REVIEW REQUESTED AS FINAL PRE-TRIAL SET FOR
JUNE 5, 2007)**

Defendants, Merrimack College and Michael Riordan, the only remaining defendants in this civil action, respectfully move for an order continuing the June 11, 2007 Trial until after the Court rules upon defendants motion for summary judgment and Plaintiff's motion to reconsider the Court's May 16, 2007 ruling. As grounds for this Motion, Defendants respectfully state:

1.    On May 16, 2007, this Court entered Summary Judgment in favor of the North Andover defendants on all counts and in favor of the Merrimack defendants on 5 of 9 counts against them. The North Andover defendants are now out of this case and four Counts remain against one or both of the Merrimack defendants.

2.    On May 18, 2007, the Merrimack defendants filed an unopposed Motion for Leave to Seek Summary Judgment on the remaining 4 counts which allege

negligence, invasion of privacy, breach of contract and breach of covenant of good faith and fair dealing. The Court granted the Motion for Leave on May 22, 2007.

3.  On May 22, 2007, defendants filed the motion for summary judgment as to all remaining claims (Docket No. 102). As of this date, plaintiff has not filed an opposition to the motion.

4.  On May 23, 2007, Plaintiff filed a Motion for Reconsideration (Docket No. 105) of the Court's May 16, 2007 decision which allowed the motions for summary judgment. The Merrimack Defendants filed their opposition to Plaintiff's motion for reconsideration on May 24, 2007. (Docket No. 108) The North Andover defendants have not yet filed an opposition.

5.  With the Final Pre-Trial Conference set for June 5 and Trial to commence June 11, defendants wish to avoid the significant burden and expense of further trial preparation (jury instructions; responding to motions in limine; trial memoranda; and the like,) pending the Court's decisions on the motions which may well alter the present landscape of this civil action by either making a trial unnecessary or clarifying the claims left to be tried.

5.  In the interests of economy and efficiency for the parties and the court, it is respectfully submitted that the current trial schedule and related preparation therefore should be suspended to allow the court adequate time in which to address the issues raised by the motions.

**WHEREFORE**, for the above reasons, defendants respectfully request that this Court GRANT the within motion and continue the June 11, 2007 Trial until after the

Court rules upon Merrimack's motion for summary judgment and Plaintiff's motion to reconsider the Court's May 16, 2007.

                                  DEFENDANTS MERRIMACK
                                  COLLEGE AND LT. RIORDAN
                                  By their Attorney,

                                  /s/ Robert B. Smith
                                  Robert B. Smith, BBO #546580
                                  Allison C. Ayer, BBO #660665
                                  Nelson Kinder Mosseau & Saturley, P.C.
                                  45 Milk Street, 7th Floor
                                  Boston, MA  02109
                                  Tel:   (617) 778-7500
                                  Fax:  (617) 778-7501

Dated: May 30, 2007

## CERTIFICATE OF SERVICE

      I, Robert B. Smith, hereby certify that on this day, a true and correct copy of the foregoing "MOTION OF THE MERRIMACK DEFENDANTS TO CONTINUE JUNE 11, 2007 TRIAL PENDING RESOLUTION OF MERRIMACK'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 102) AND PLAINTIFF'S MOTION TO RECONSIDER COURT'S ENTRY OF SUMMARY JUDGMENT (DOCKET NO. 105)" was served upon all parties of record via ECF.

                                              /s/ Robert B. Smith
                                              Robert B. Smith

Dated: May 30, 2007