UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, et als.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 05-11354-JLT<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (C)

### (MOTION TO CONTINUE JUNE 11, 2007 TRIAL)

I, Robert B. Smith, counsel for Merrimack College and Michael Riordan, hereby certify that I have conferred with Plaintiff's counsel in a good-faith effort to obtain his concurrence to a Motion to Continue the June 11 trial date. I was unable to obtain his consent to such a Motion.

                                                      DEFENDANTS MERRIMACK
                                                      COLLEGE AND LT. RIORDAN
                                                      By their Attorney,

                                                      /s/ Robert B. Smith
                                                      Robert B. Smith, BBO #546580
                                                      Allison C. Ayer, BBO #660665
                                                      Nelson Kinder Mosseau & Saturley, P.C.
                                                      45 Milk Street, 7th Floor
                                                      Boston, MA 02109
                                                      Tel: (617) 778-7500
                                                      Fax: (617) 778-7501

Dated: May 30, 2007

## CERTIFICATE OF SERVICE

    I, Robert B. Smith, hereby certify that on this day, a true and correct copy of the foregoing "Certification Pursuant to Local Rule 7.1(C)" was served upon all parties of record via ECF.

                                               /s/ Robert B. Smith
                                               Robert B. Smith

Dated: May 30, 2007