UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

                                                                      CA NO. 05-11354JLT

**BRETT S. GODETTE,**
     Plaintiff,

v.

**RICHARD STANLEY, DIANE HEFFERNAN,
DANIEL CRONIN, PAUL GALLAGHER,
WILLIAM WALLACE, DONALD PATTULLO,
CHARLES HESELTINE, and PATRICK KEEFE,**
Individually and as Police Officers of Their
Respective Municipalities, **LT. RIORDON,
TOWN OF NORTH ANDOVER, TOWN OF
ANDOVER, and MERRIMACK COLLEGE,**
     Defendants

### DEFENDANTS' TOWN OF NORTH ANDOVER, RICHARD STANLEY, PAUL GALLAGHER, DIANE HEFFERNAN AND DANIEL CRONIN'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER AND MEMORANDUM DATED MAY 16, 2007 ALLOWING SUMMARY JUDGMENT IN FAVOR OF THE NORTH ANDOVER DEFENDANTS ON ALL COUNTS

    The defendants, Town of North Andover, Richard Stanley, Paul Gallagher, Diane Heffernan and Daniel Cronin request that this Court deny the plaintiff's Motion for Reconsideration its Order and Memorandum dated May 16, 2007 allowing summary judgment in favor of the North Andover defendants on all counts. The defendants assert that the reasons set forth in the plaintiff's memorandum are misplaced.

    The defendants adopt and incorporate by reference the reasons outlined in the

Defendants' Merrimack College and Michael Riordon Opposition to the Plaintiff's Motion to Reconsider the Court's May 16, 2007 Order and Memorandum Granting Summary Judgment as grounds for denying plaintiff's motion.

Accordingly, for the reasons set forth in the Defendants' Merrimack College and Michael Riordon Opposition to the Plaintiff's Motion to Reconsider the Court's May 16, 2007 Order and Memorandum Granting Summary Judgment, the North Andover Defendants request that this Court deny the plaintiff's motion.

>Defendants, Stanley, Heffernan, Cronin, Gallagher, and Town of North Andover, by their attorneys,
>
>/s/ Regina M. Ryan
>Douglas I. Louison BBO# 545191
>Regina M. Ryan BBO# 565246
>Merrick, Louison & Costello, LLP
>67 Batterymarch Street
>Boston, MA 02110
>(617) 439-0305

### CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 31st day of May, 2007 I served the foregoing electronically and by causing a copy to be mailed, postage prepaid, directed **to Paul Klehm, Esquire**, Law Offices of James B. Krasnoo, 23 Main Street, Terrace Level, Andover, MA 01810; **Robert B. Smith, Esquire**, Nelson, Kinder, Mosseau & Saturley, P.C., 45 Milk Street, 7th Floor, Boston, MA 02109.

>/s/ Regina M. Ryan
>Regina M. Ryan