UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff,<br><br>v.<br><br>RICHARD STANLEY, *et. al.*,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-11354JLT<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF BRETT S. GODETTE'S OPPOSITION TO DEFENDANTS MERRIMACK COLLEGE AND MICHAEL RIORDAN'S MOTION FOR SUMMARY JUDGMENT AS TO ALL REMAINING COUNTS [DOC. NO. 102]**

Plaintiff Brett S. Godette hereby opposes the motion of Defendants Merrimack College and Michael Riordan for summary judgment as to all remaining counts, where genuine issues of material fact exist as to each of the following remaining Counts:

1. Count XI, Negligence claims against Riordan and Merrimack College;
2. Count XIII, Breach of Contract claim against Merrimack College; and
3. Count XIV, Breach of Covenant of Good Faith and Fair Dealing claim against Merrimack College.

These claims are currently scheduled to proceed to trial on June 11, 2007. Godette does not oppose Merrimack's motion for summary judgment as to Count XII (M.G.L. c. 214, §1B)[1]. Godette relies upon the memorandum of law, the Further Supplemental Affidavit of Paul J. Klehm, Esq. and the Affidavit of Paul J. Klehm, Esq., Pursuant To Fed. R. Civ. P. 56(f) filed herewith, along with all statements of facts, memoranda of law and affidavits filed in support of Godette's oppositions to previous motions for summary judgment filed by the various defendants.

**WHEREFORE**, Plaintiff Brett S. Godette respectfully requests that this Court DENY the motion for summary judgment filed by Defendants Merrimack College and Michael Riordan

---
[1] Godette does not waive any right of privacy claims insofar as they impact other claims in the within matter, including, without limitation the civil rights claims.

on all counts.  In the alternative, Godette respectfully requests that this Court report a question to the Supreme Judicial Court of Massachusetts on the question of whether a college and its police officer owe a duty to exercise reasonable care before reporting suspicions of felonious conduct on the part of one of its students to the local municipal police department.  Additionally, Godette seeks leave to obtain copies of any and all writings between Merrimack and Godette, along with any and all Merrimack student handbooks in effect from 2000 to and including 2004, pursuant to Fed. R. Civ. P. 56(f).

        Plaintiff
        Brett S. Godette
        By his Attorneys,

        */s/ Paul J. Klehm*
        James B. Krasnoo (BBO#279300)
        *james@krasnooklehm.com*
        Paul J. Klehm (BBO#561605)
        *pklehm@krasnooklehm.com*
        Benjamin L. Falkner (BBO#667951)
        *bfalkner@krasnooklehm.com*
        Krasnoo | Klehm LLP
        23 Main Street, Suite 6
        Andover, MA 01810
        (978) 475-9955

Dated:  June 1, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on June 1, 2007.

        */s/ Paul J. Klehm*
        Paul J. Klehm