UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff,<br><br>v.<br><br>MERRIMACK COLLEGE and<br>MICHAEL RIORDAN<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05-11354JLT<br>)<br>)<br>)<br>)<br>)<br>) |

**FURTHER SUPPLEMENTAL AFFIDAVIT OF PAUL J. KLEHM, ESQ.**

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1. I am counsel to the Plaintiff in the above-referenced matter.

2. I have caused to be attached as an exhibit hereto a true and genuine copy of the following document:

> **Exhibit A**    Diversity Events on Campus
>
> **Exhibit B**    Diversity Event Planning
>
> **Exhibit C**    Diversity Recruitment Resource Guide
>
> **Exhibit D**    Step-By-Step Diversity Recruitment Strategy
>
> **Exhibit E**    Merrimack College Non-Discrimination Policy
>
> (Taken from website on June 1, 2007)

Signed under the pains and penalties of perjury this 1st day of June, 2007

*/s/ Paul J. Klehm*
Paul J. Klehm

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on June 1, 2007.

*/s/ Paul J. Klehm*
Paul J. Klehm

# Merrimack College

Exhibit "A"

## Diversity

### Diversity Events on Campus

**Merrimack College Statement on Diversity**

As a Catholic College Merrimack celebrates cultural pluralism in the Church and in the world, and as an Augustinian community committed to justice and peace, we affirm and accept all that is enriching and inspiring in the great variety and diversity of human culture, language and religion.

The commitment of Merrimack College to honor and advance diversity embodies a vigilant, constructive and creative pledge to ensure that all racial, ethnic, cultural and social groups dedicated to discourse and mutual respect are full partners in our common educational quest. The unique experiences and particular perspectives of such partners in the search for knowledge and wisdom contribute to a rich interdisciplinary and multicultural curriculum.

Our focus on diversity is guided by the following principles:

- Knowledge is best sought and acquired through experiences of co-operative, respectful and lively exchange among many cultures and social groups.
- Any one intellectual tradition, cultural heritage, social group or philosophical stance can be enriched by creative engagement with other perspectives.

- As an educational community committed to dynamic, active teaching and learning, our curricular and co-curricular structures and programs must ensure that diverse voices are heard and oppressed groups empowered as partners in our common journey through knowledge to wisdom.

Efforts to achieve greater diversity at Merrimack College include an institutional commitment involving:

- A College-wide conversation to advance our understanding of the various meanings and roles of multiculturalism.
- An invitation to departments, divisions and other college constituencies to examine how their programs contribute to diversity at the College.
- A program to recruit students, faculty, administration and staff in ways that encourage and advance diversity.
- Programs of professional and student development that advance our awareness and enrich our understanding of diversity.
- Community events that highlight and celebrate cultural diversity and intercultural cooperation.
- Advocacy of diversity as an educational priority in the current College conversation on pedagogy.

# Merrimack College

Exhibit "B"

## Diversity Event Planning
Welcoming All Guests to Your Event

### Celebrating Diversity and Inclusiveness in All Your Events

Diversity is sharing the cultures and experiences of all members of the Merrimack College community. Organizing a range of events throughout the year that reflect our rich diversity gives everyone the opportunity to share their cultural and religious customs, including dress, food, and rituals. Think carefully about formal and informal celebrations and events well in advance to avoid disappointment or conflict. Key principles to follow are:

- Endeavor to ensure that no individual or group is inappropriately excluded;

- Show respect and due consideration to individuals from culturally diverse backgrounds;

- Provide equal opportunity of access; and,

- Consider the individual needs of participants to ensure their full participation in all aspects of the events.

**Marketing:** Include people from different cultural groups in your planning. Consider using a number of languages in your advertising to emphasize to international individuals that all are welcome. State any inclusive arrangements such as vegan/vegetarian foods, disabled accessible, etc.

**Timing:** Before you schedule an event, check a culturally diverse calendar to ensure your event does not conflict with important religious or cultural observances. A little forethought about timing can go a long way.

**Venue:** Venues should be accessible to all. Key features for an accessible venue include ramps, elevators, suitable space for wheelchairs, appropriate lighting and disability parking.

**Entertainment:** Consistent consideration of the choice of entertainment, its appropriateness to all participants, the location of the entertainment in relation to all is essential in the success of events and programs offered to the community.

**Catering:** Many religious and cultural groups have special requirements for the preparation of their food. It is not only the ingredients, but the manner in which the food is prepared and served that is meaningful. Serving vegan and vegetarian food will accommodate most religious and cultural backgrounds. However, simply serving salad, rice or bread is not acceptable. Work closely with the caterers and those familiar with the ingredients and the menu to ensure suitability.

Consultation with members of diverse groups who are invited to attend events is essential for a successful program. Please feel free to consult with the Director of Diversity Education, Director of International Programs, and the Student Activities Office for further guidance.

Exhibit "C"

# Diversity Recruitment Resource Guide

In an effort to recruit a diverse workforce, the *Diversity Recruitment Resource Guide* was assembled for hiring managers. This guide includes a comprehensive list of organizations that can serve as a starting point for those involved in recruitment. Successful use of the guide requires a commitment to developing strong, on-going relationships with individuals in the selected organizations. We hope this guide will serve as a useful tool in the continuing effort to promote diversity at Merrimack College.

This guide has six sections including: 1) Recruitment Networks and Organizations, 2) Advertisements, 3) Professional Minority Associations and Colleges, 4) Job Fairs, 5) Nondiscriminatory Interviewing and 6) Step-by-Step

*Recruitment Networks and Organizations* – The following ethnic organizations, community action groups and community service programs have members predominantly comprised of people of color, females, or handicapped individuals. The College may contact representatives from recruiting sources that the College intends to utilize and will discuss with them the College's employment needs and the means by which the recruiting sources can best assist the College in meeting those needs.

ABCD Employment & Training
178 Tremont Street
Boston, MA  02111
Phone:  (617) 357-6000
Fax:  (617) 482-4859
Large Human Service Organization
Providing education and job skill training.

Asian American Civic Association
200 Tremont St.
Boston, MA  02116
Phone:  (617) 426-9492
Fax:  (617) 482-2316
Provides job placement and counseling services

Boston College Affirmative Action
Resume Bank
Moore Hall, Room 315
Chestnut Hill, MA  02167
Phone:  (617) 552-2323
Fax:  (617) 552-4674
Offers resume bank that is open for
public viewing and recruiting

Association of Affirmative Action Professionals
19 Harrison St.
Framingham, MA  01702
Phone: (508) 879-4001
Fax: (508) 879-4888
Will share job information Sept. to June

Asian American Resource Workshop
160 Kneeland St., 2nd Floor
Boston, MA  02111-2715
Phone:  (617) 426-5313
Fax:  (617) 542-4900
e-mail:  AARW@datablast.net
Working to empower Asian Americans.

Enable Inc./Networks
605 Neponset St.
Canton, MA  02121
Phone: (781) 821-1386
Fax: (781) 575-0078
Provides supportive employment services for
adults with physical disabilities.

Catholic Charities Center
70 Lawrence St.
Lowell, MA 01852

Community Teamwork, Inc.
Personnel Department
167 Dutton Street
Lowell, MA 01852

Greater Lawrence Comm Act Cnl
350 Essex St.
Lawrence, MA 01840

Higher Education Resources Services
Waban House
Wellesley College
Wellesley, MA
Phone: (781) 283-2529
Fax: (781) 283-3645

Jobnet
1010 Massachusetts Avenue
Boston, MA 02111

Job Resource Center
Lawrence Public Library
51 Lawrence St.
Lawrence, MA 01841

Lawrence Department of Employment
 And Training
11 Lawrence St.
6th Floor
Lawrence, MA 01843

Massachusetts Commission for the Blind
88 Kingston St
Boston, MA 02111
Phone: (617) 727-5500 Ext. 4532
Fax: (617) 727-5960
Employment Services including evaluation
and assessment, counseling, training, and job
placement for minorities, women, veterans and
people with disabilities.

Minority Affairs Office
Four Summer Street, Rm 103
Haverhill, MA 01830

Mass Educ Computer Network
Board of Higher Education
200 Arlington St., Suite 2300
Chelsea, MA 02150

National Association for the
Advancement of Colored People
70 Warren St.
Roxbury, MA 02119
Phone: (617) 427-5694
Fax: (617) 265-7900
Maintains job listings

Operation A.B.L.E.
119 Beach Street, 4th Floor
Boston, MA 02111
Phone: (617) 542-4180
Fax: (617-542-4187
Provides employment and training for individuals
who are economically and racially a diverse group.

Women's Educational and Industrial Union
356 Boylston St.
Boston, MA 02116
Phone: (617) 536-8210
Fax: (617) 247-8826
Job placement for women and older workers

The Work Place
101 Federal Street
3rd Floor
Boston, MA 02100-1817
Phone: (617) 737-0093
Fax: (617) 428-0380
Web: www.masscareers.state.ma.us/scripts/runisa

*Advertisements* - Include print media or websites that are aimed primarily at people of color, females or those with physical challenges. Newspapers and websites include:

Asian-American Times
72 Kneeland St.
Boston, MA 02111
Phone: (617) 357-5634
Profile: A Boston based newspaper published weekly. Over 70,000 readers.

Bay State Banner
68 Fargo St.
Boston, MA 02210
Phone (617) 357-4900
Fax (617) 542-7119
Profile: The Bay State Banner is Boston's primary African American Newspaper.

ENLACE
38 Forest St.
Methuen, MA 01844
(978) 687-2652

Latino Professional Network
P.O. Box 6019
Boston, MA 02209
Phone: (617) 247-1818
Fax: (617) 265-1513
Web: www.lpn.org
Profile: At no cost will link to Merrimack College postings.

Rumbo
315 Mt. Vernon St.
Lawrence, MA 01843
(978) 975-2704
bi-weekly circulation in Merrimack Valley

Black Collegian
140 Carondelet St.
New Orleans, LA 70131
Phone: (504) 523-0154
Web: www.black-collegian.com
Profile: A 27-year-old, national career opportunities magazine. Website offers a resume & job bank.

Black Issues in Higher Education
10520 Warwick Avenue, Suite B8
Fairfax, VA 22030
Phone: (703) 385-2981
Web: www.blackissues.com
Profile: Black Issues in Higher Ed. is the nation's only news magazine dedicated exclusively to minority issues in higher education. Published bi-weekly, Black Issues provides relevant coverage to 200,000 readers.

La Semana
911 Mass Avenue
Boston, MA 02118
(617) 427-6212
weekly circulation of 1700 includes Lawrence and Lowell

Saludos Hispanos/Saludos Web Hispanic
Web: www.saludos.com
Profile: The Saludos Web is a worldwide Web site supported by Saludos Hispanos Magazine. Resume Bank, inexpensive postings.

American Council on Education
www.acenet.edu

Association of American Colleges and Universities
Knowledge network
www.aacu-edu.org

Community College Week
www.ccweek.com

www.Diversilink.com
National Society of Hispanic
Profile: Engineers employment website.
Job postings, resume database & virtual
Job fairs.

New England Board of Higher Education
www.NEBHE.org

www.higheredjobs.com

***Professional Minority Associations and Colleges*** – Advertise at minority organizations and Colleges (i.e. jobs in development, Women in Development in Greater Boston; engineering faculty, National Society of Black Engineers; accounting faculty, National Association of Black Accounts)

American Business Women's Association
www.abwa.org

Association of Higher Education and Disability
www.ahead.org

American Indian Science & Engineering Society
www.aises.org

Mexican American Engineering Society
www.maes.org

National Association of Black Accountants
www.naba.org

National Society of Black Engineers
www.nsbe.org

National Black MBA Association
www.nbmbaa.org

National Council of Black Engineers and Scientist
www.ncbes.org

Society of Women Engineers
www.swe.org

Women In Development in Greater Boston
www.widgb.org

Woman In Technology International
www.witi.org

Association of American Colleges and Universities (AACU)
 & University of Maryland Diversity Web
Web: www.inform.umd.edu/diversityweb
Diversity Web links colleges and universities that are working to engage the diversity of U.S. society in educational mission, campus, climate, curriculum focus and connections within the larger society.

***Job Fairs*** – Improve minority recruitment by attending recruitment events. Many local associations host recruitment fairs. Ethnic organizations such as the N.A.A.C.P. (www.naacpcareerfairs.com) or the Urban League (www.ulem.org) sponsor job fairs.

## *Nondiscriminatory Interviewing*

- Matters related to a candidate's race, ethnicity, ancestry or national origin is not open for discussion except in a limited number of circumstances. Therefore, do not pose questions about them.

- If necessary, you may ask whether candidates have legal permission to work in the U.S., or whether they are citizens or permanent residents of the U.S.

- A candidate's religious preference is his or her private affair. Do not intrude.

- Attempts at "in" jokes related to race, religion, sexual orientation, disability, sex, etc., must be avoided.

- Candidates should not be questioned about child care arrangements, plans for family, etc. It must not be assumed that these issues are relevant to a woman's candidacy.

- It is unwise to make assumptions or to seek information about candidate's spouse or partner and employment unless the applicant indicates that this is a factor to be considered.

- Marital status and living arrangements usually are not employment-related topics and should not be discussed.

- Avoid discussing age. Do not assume that young and vital are synonymous, or that stability and good judgment are functions of age.

- Do not express value judgments about the College social life that could be expected to discourage unmarried or minority candidates. Provide factual information and leave the appraisals to the candidates.

- Avoid introducing biases into the discussion as a means of testing a candidate's reactions. For example, do not say to a woman, "You would be the only woman in the office."

- Comments about a candidate's physical appearance are inappropriate even when intended as a compliment.

Exhibit "D"

## Step-by-Step Diversity Recruitment Strategy

1. When or if necessary, establish a diverse search, screening and interviewing committee. Include your position statement on achieving diversity in your instructions to the selection committee.

2. Establish "experience with issues of diversity" as a qualification for any job that involves hiring, supervisory, counseling or managerial responsibilities.

    *Example: Candidate must have experience in, or a demonstrated commitment to, achieving and maintaining diversity in the workplace. Candidate must have experience in, or demonstrated commitment to, working with a diverse staff or student population.*

3. Consider the value of hiring a candidate whose voice or perspective may enhance or enrich your own or that of your department. When appropriate, weigh that consideration with other job qualifications.

4. Identify resources for attracting a diverse pool of candidates. In addition to the resources provided here, an important first step is to establish your own network. This network may consist of individuals, groups or professional associations representing diversity. Start with your colleagues at Merrimack by asking them for recommendations and referrals.

5. Include a strong statement in your posting and advertising about the importance of diversity at Merrimack College.

    *Example: Merrimack College embraces a wealth of diversity in our Community and seeks to enhance it at all levels.*

6. In addition to the usual statement that the College is an equal opportunity employer, include in your advertising a clear invitation to minorities, women and persons with disabilities to apply.

    *Example: Merrimack College particularly welcomes applications from minorities, women and persons with disabilities.*



Exhibit E

## Merrimack College
SET YOURSELF IN MOTION

> Welcome

# History and Mission

### History

Merrimack College was founded in 1947 in North Andover, Massachusetts, by the Order of St. Augustine O.S.A.

The Augustinians, at the invitation of Richard Cushing, then Archbishop of Boston, established the College as a direct response to the needs and aspirations of local G.I.'s returning home from World War II.



>> Contact Department
>> PRINT Friendly Page

**Related Links**

>> Overview
>> Merrimack-At-A-Glance
>> Frequently Asked Questions

Merrimack College is a tribute to the man who, more than anyone else, made it all possible, the Reverend Vincent A. McQuade. A native Lawrencian, Reverend McQuade, led the College to eventually become a showcase of the Merrimack Valley, approximately 25 miles north of Boston.

Since that time, the now 220-acre Merrimack College has graduated nearly 22,000 students; has grown to nearly 40 buildings including a 125,000-volume library; four classroom buildings; including the state-of-the-art Gregor Johann Mendel, O.S.A., Science, Engineering and Technology Center; the 130,000-square-foot, state-of-the-art Sakowich Campus Center which opened in 2001; the Rogers Center for the Arts; the S. Peter Volpe Athletic Center; Austin Hall, which houses administrative offices; the Collegiate Church of Christ the Teacher; the college's newest residence building, Santagati Hall, named in honor of Merrimack's current president; student apartment buildings, townhouses and residence halls; the Louis H. Hamel Infirmary and the Hennigan Center in Lawrence, Massachusetts. Students at Merrimack College now come from all across the United States and around the globe.

### Mission



Merrimack College, a small, comprehensive, modern Catholic center of higher learning in the Northeast, reflects in its policies the teaching traditions of the founding Order of St. Augustine: to provide, in a Christian, values-sensitive environment, the opportunity for its students to develop a mature intellectual, cultural, social, emotional, and moral awareness; to combine professional training of high-quality with a commitment to an integrated liberal arts component in all courses of study; to act as a major educational resource for individuals and for the Merrimack Valley community.

**Statement of Community Standards**



Before all else the students, faculty, staff and administration of Merrimack College form an Augustinian community that supports and challenges its members in the pursuit of Truth.



We declare and celebrate our common purpose, and commit ourselves:

- to serious study, generous service and courageous leadership
- to academic integrity and personal growth
- to civilized discourse in the exchange of ideas
- to friendship, diversity, and mutual respect
- to primacy of conscience and the spiritual life
- to responsibility for the common good, and
- to pride in our school and ourselves.

**Merrimack College Non-Discrimination Policy**

Merrimack College fully supports a policy of non-discrimination. No person will, on the basis of race, color, religion, sex, national or ethnic origin, age, handicap, or disability, be excluded from participation in, be denied the benefits of, or be subjected to discrimination in any of the activities conducted by the College.

If you encounter any problems with this page or wish to give feedback, please contact the webmaster.

©2005 Merrimack College
Last Updated 02 15 2007