UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
BRETT S. GODETTE                )
    Plaintiff                              )
v.                                              )
                                             )    CIVIL ACTION
RICHARD STANLEY, DIANE HEFFERNAN,   )    No. 05-11354-JLT
DANIEL CRONIN,                  )
PAUL GALLAGHER,                 )
TOWN OF NORTH ANDOVER,          )
and MERRIMACK COLLEGE           )
    Defendants                          )
_____)

### AFFIDAVIT OF PAUL J. KLEHM, ESQ. PURSUANT TO FED.R.CIV.P. 56(f)

I, Paul J. Klehm, Esq., under oath, depose and state as follows:

1.     I am counsel to the Plaintiff in the above-referenced matter.

2.     Plaintiff's Complaint includes a breach of contract claim.

3.     Plaintiff did not receive copies of communications between Plaintiff and Merrimack or of the student handbooks in effect from 2000 to 2004 through automatic discovery in this matter.

4.     In an Order dated August 7, 2006, the Court permitted no written discovery without leave of court. (Doc. No. 40).

5.     My office did not move for further discovery (other than via deposition).

6.     My office has determined, in the process of responding to Merrimack's motion for summary judgment, that copies of the applicable student handbooks and writings between Godette and Merrimack will be helpful to establish the terms of the contract between Merrimack and Godette.

7. Such evidence cannot be presented by affidavit, but, instead, will require documentation.

8. As a result, Godette respectfully requests a brief continuance to permit Godette to obtain copies of said documents from Merrimack College.

Signed under the pains and penalties of perjury this 1st day of June, 2007

*/s/ Paul J. Klehm*
Paul J. Klehm

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on June 1, 2007.

*/s/ Paul J. Klehm*
Paul J. Klehm