UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRETT S. GODETTE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11354-JLT |
| | * | |
| RICHARD STANLEY, DIANE HEFFERNAN, | * | |
| DANIEL CRONIN, and PAUL GALLAGHER, | * | |
| Individually and as Police Officers of their | * | |
| Respective Municipalities, the TOWN OF | * | |
| NORTH ANDOVER, MICHAEL RIORDAN | * | |
| and MERRIMACK COLLEGE, | * | |
| | * | |
| Defendants. | * | |

ORDER
June 13, 2007

TAURO, J.

        After examining the Parties' submissions, this court hereby orders that:

1.      Plaintiff Brett S. Godette's Motion to Reconsider this Court's Order and
        Memorandum Dated May 16, 2007 [Doc. Nos. 98, 99] Allowing Summary
        Judgment in Favor of the North Andover Defendants on All Counts and in Favor
        of the Merrimack College Defendants on Counts V, VI, VIII, IX and X [#105] is
        DENIED.

2.      Defendants Merrimack College and Michael Riordan's Motion for Summary
        Judgment as to All Remaining Counts [#102] is ALLOWED.

3.      This case is closed.

        IT IS SO ORDERED.

                                                    ___/s/ Joseph L. Tauro____
                                                    United States District Judge