UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRETT S. GODETTE,<br>    Plaintiff<br>v.<br><br>RICHARD STANLEY, *et al*,<br>    Defendants. | )<br>)<br>)<br>)   CIVIL ACTION NO. 05-11354JLT<br>)<br>)<br>) |

**PLAINTIFF BRETT GODETTE'S OBJECTION TO
THE ORDER OF THE COURT DATED JUNE 13, 2007**

Plaintiff, Brett Godette, by and through undersigned counsel, hereby objects to the Order of the Court dated June 13, 2007, denying Plaintiff's Motion To Reconsider this Court's Order and Memorandum Dated May 16, 2007 [Doc. Nos. 98, 99] Allowing Summary Judgment in Favor of the North Andover Defendants on All Counts and in Favor of the Merrimack College Defendants on Counts V, VI, VII, IX and X [Doc. No. 105] and Defendants Merrimack College and Michael Riordan's Motion For Summary Judgment as to All Remaining Counts [Doc. No. 102].

                                                              The Plaintiff
                                                               Brett Godette
                                                               By his Attorneys,


*/s/ Paul J. Klehm*
James B. Krasnoo  BBO#279300
*jkrasnoo@krasnooklehm.com*
Paul J. Klehm  BBO# 561605
*pklehm@krasnooklehm.com*
Benjamin L. Falkner  BBO#667951
*bfalkner@krasnooklehm.com*
Krasnoo/Klehm LLP
23 Main Street, Suite Six
Andover, MA  01810
Dated:  June 14, 2007                                (978) 475-9955

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF, on June 14, 2007.

                                        */s/ Paul J. Klehm*
                                        Paul J. Klehm