UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRETT GODETTE )<br>    Plaintiff )<br>v. )<br> ) CIVIL ACTION NO. 05-11354-JLT<br>RICHARD STANLEY, DIANE HEFFERNAN, )<br>DANIEL CRONIN, )<br>PAUL GALLAGHER, Individually and )<br>as Police Officers of the Town of North Andover, )<br>the TOWN OF NORTH ANDOVER, )<br>MICHAEL RIORDAN and )<br>MERRIMACK COLLEGE )<br>    Defendants )<br>) | |

## **NOTICE OF APPEAL**

Out of an abundance of caution given the Court's designation of the within case as "closed" on June 13, 2007 and given the Court's Orders dated May 16, 2007 [Doc. Nos. 98 and 99], notice is hereby given that Plaintiff Brett Godette hereby appeals to the United States Court of Appeals for the First Circuit from any final judgment, and all final judgments, entered in this action in favor of all Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, and Paul Gallagher, Individually and as Police Officers of the Town of North Andover, Michael Riordan and Merrimack College. Plaintiff Brett Godette further gives notice of his appeal of all of the judgments, findings, orders and rulings of the Court in this matter, including, without limitation, any and all summary judgment

findings and rulings, and the ruling on the motion for reconsideration.

         Plaintiff
         Brett S. Godette
         By His Attorneys,

         */s/ Paul J. Klehm*
         James B. Krasnoo (BBO#279300)
         *james@krasnooklehm.com*
         Paul J. Klehm (BBO#561605)
         *pklehm@krasnooklehm.com*
         Benjamin L. Falkner (BBO#667951)
         *bfalkner@krasnooklehm.com*
         Krasnoo | Klehm LLP
         23 Main Street, Suite 6
         Andover, MA 01810
         (978) 475-9955

Dated: June 14, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record via ECF on June 14, 2007.

         */s/ Paul J. Klehm*
         Paul J. Klehm