# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**BRETT S. GODETTE,**
   **Plaintiff,**

         **v.**                                    **CA:05-11354-JLT**

**RICHARD STANLEY, DIANE HEFFERNAN,**
**DANIEL CRONIN, and PAUL GALLAGHER,**
**Individually and as Police Officers of their**
**Respective Municipalities, the Town of**
**NORTH ANDOVER, MICHAEL RIORDAN,**
**and MERRIMACK  COLLEGE,**
         **Defendants.**


## JUDGMENT

**TAURO,D.J.**

   In accordance with the Court's  MEMORANDUM ORDER of

   May 16, 2007 and June 13, 2007 GRANTING,

   Defendants'  Motions  for Summary Judgment

   in the above entitled action, is hereby ORDERED:


      JUDGMENT FOR THE DEFENDANTS ON ALL
      COUNTS OF THE SUMMARY JUDGMENT MOTIONS.


                              /s/
                        **Zita Lovett,**
                        **Deputy Clerk**


**Date: June 22, 2007.**