UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11354

Brett Godette

v.

Richard Stanley, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-136

and contained in I-III Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/14/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 11, 2007.

Sarah A. Thornton, Clerk of Court

By: /s/
    Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 7/11/07 .

/s/
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11354-JLT
### Internal Use Only

Godette v. Stanley et al
Assigned to: Judge Joseph L. Tauro
Demand: $500,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/27/2005
Date Terminated: 06/13/2007
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Brett S. Godette**  represented by  **Benjamin L. Falkner**
Krasnoo Klehm LLP
23 Main St.
Suite Six
Andover, MA 01810
978-475-9955
Fax: 978-474-9005
Email: bfalkner@krasnooklehm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B. Krasnoo**
Krasnoo Klehm LLP
23 Main Street
Suite 6
Andover, MA 01810
978-475-9955
Fax: 978-474-9005
Email: james@krasnoolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul J. Klehm**
Krasnoo Klehm LLP
23 Main Street
Suite 6
Andover, MA 01810
978-475-9955
Fax: 978-474-9005
Email: pklehm@krasnoolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Richard Stanley**
*Individually and as Police Officer of the Respective Municipality*

represented by **Douglas I. Louison**
Merrick, Louison & Costello
67 Batterymarch Street
Third floor
Boston, MA 02110
617-439-0305
Fax: 617-439-0325
Email: dlouison@merricklc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110
617-439-0305
Fax: 617-439-0325
Email: rryan@merricklc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diane Heffernan**
*Individually and as Police Officer of the Respective Municipality*

represented by **Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel Cronin**
*Individually and as Police Officer of the Respective Municipality*

represented by **Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina M. Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Gallagher**
*Individually and as Police Officer of the*

represented by **Douglas I. Louison**
(See above for address)

*Respective Municipality*

                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Regina M. Ryan**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

### Defendant

**William Wallace**
*Individually and as Police Officer of the Respective Municipality*
TERMINATED: 03/05/2007

represented by **Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Regina M. Ryan**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

### Defendant

**Donald Pattulo**
*Individually and as Police Officer of the Respective Municipality*
TERMINATED: 03/05/2007

represented by **Douglas I. Louison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Regina M. Ryan**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

### Defendant

**LT. Riordon**
*Individually and as Police Officer of the Respective Municipality*

represented by **Robert B. Smith**
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk St.
7th Floor
Boston, MA 02109
617-778-7500
Fax: 617-778-7501
Email: rsmith@nkms.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Allison C. Ayer**
                Nelson, Kinder, Mosseau & Saturley, P.
                99 Middle Street
                Manchester, NH 03101
                603-606-5026
                Fax: 603-647-1900
                Email: aayer@nkms.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Town of North Andover**                     represented by **Douglas I. Louison**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Regina M. Ryan**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Merrimack College**                         represented by **Robert B. Smith**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Allison C. Ayer**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Heseltine**                         represented by **Douglas I. Louison**
*Individually and as Police Officer of the*                   (See above for address)
*Respective Municipality*                                     *LEAD ATTORNEY*
*TERMINATED: 03/05/2007*                                      *ATTORNEY TO BE NOTICED*

                                                              **Regina M. Ryan**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Patrick Keefe**                             represented by **Douglas I. Louison**
*Individually and as Police Officer of the*                   (See above for address)
*Respective Municipality*                                     *LEAD ATTORNEY*
*TERMINATED: 03/05/2007*                                      *ATTORNEY TO BE NOTICED*

                                                              **Regina M. Ryan**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Town of Andover**                           represented by **Donglas I. Louison**
*TERMINATED: 03/05/2007*                                      (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| 09/30/2005 | 8 | STIPULATION *Extending Time For Merrimack College And Lt. Riordan To Answer Plaintiff's Verified Complaint* by Riordon, Merrimack College. (Smith, Robert) (Entered: 09/30/2005) |
| 10/06/2005 | 9 | STIPULATION *Extending Time for Defendants to Answer Plaintiff's Verified Complaint* by Donald Pattulo, Town of North Andover, Charles Heseltine, Town of Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace. (Ryan, Regina) (Entered: 10/06/2005) |
| 10/14/2005 | 10 | STIPULATION *Extending Time For Merrimack College And Lt. Riordan To Answer Plaintiff's Verified Complaint* by Riordon, Merrimack College. (Smith, Robert) (Entered: 10/14/2005) |
| 10/14/2005 | 11 | MOTION to Dismiss by Donald Pattulo, Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace.(Ryan, Regina) (Entered: 10/14/2005) |
| 10/14/2005 | 12 | MEMORANDUM in Support re 11 MOTION to Dismiss filed by Donald Pattulo, Town of North Andover, Charles Heseltine, Town of Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace. (Ryan, Regina) (Entered: 10/14/2005) |
| 10/17/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered 11 Motion to Dismiss DENIED WITHOUT PREJUDICE to re-filing with Certification pursuant Local Rule 7.1(a)(2). (Abaid, Kim) (Entered: 10/17/2005) |
| 10/18/2005 | 13 | WAIVER OF SERVICE Returned Executed Daniel Cronin waiver sent on 8/26/2005, answer due 10/25/2005. (Abaid, Kim) (Entered: 10/18/2005) |
| 10/18/2005 | 14 | WAIVER OF SERVICE Returned Executed Paul Gallagher waiver sent on 8/26/2005, answer due 10/25/2005. (Abaid, Kim) (Entered: 10/18/2005) |
| 10/18/2005 | 15 | WAIVER OF SERVICE Returned Executed Diane Heffernan waiver sent 9/22/2005, answer due 11/21/2005. (Abaid, Kim) (Entered: 10/18/2005) |
| 10/18/2005 | 16 | WAIVER OF SERVICE Returned Executed Richard Stanley waiver sent on 9/22/2005, answer due 11/21/2005. (Abaid, Kim) (Entered: 10/18/2005) |
| 10/19/2005 | 17 | WAIVER OF SERVICE Returned Executed William Wallace waiver sent on 8/24/2005, answer due 10/24/2005. (Abaid, Kim) (Entered: 10/19/2005) |
| 10/19/2005 | 18 | WAIVER OF SERVICE Returned Executed Donald Pattulo waiver sent on 8/24/2005, answer due 10/24/2005. (Abaid, Kim) (Entered: 10/19/2005) |
| 10/19/2005 | 19 | WAIVER OF SERVICE Returned Executed Charles Heseltine waiver sent on 8/24/2005, answer due 10/24/2005. (Abaid, Kim) (Entered: 10/19/2005) |
| 10/26/2005 | 20 | ANSWER to Complaint by Riordon, Merrimack College.(Smith, Robert) (Entered: 10/26/2005) |

| | | |
|---|---|---|
| 10/26/2005 | 21 | WAIVER OF SERVICE Returned Executed Town of North Andover waiver sent on 9/22/2005, answer due 11/21/2005. (Abaid, Kim) (Entered: 10/26/2005) |
| 11/28/2005 | 22 | CERTIFICATE OF CONSULTATION re 12 Memorandum in Support of Motion *to Dismiss* by Regina M. Ryan on behalf of Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Daniel Cronin, Paul Gallagher, William Wallace, Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Daniel Cronin, Paul Gallagher by on behalf of Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Daniel Cronin, Paul Gallagher, William Wallace, Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Daniel Cronin, Paul Gallagher. Related document: 12 Memorandum in Support of Motion filed by Daniel Cronin,, Town of Andover,, Paul Gallagher,, Town of North Andover,, Richard Stanley,, Diane Heffernan,, William Wallace,, Donald Pattulo,, Charles Heseltine,.(Ryan, Regina) (Entered: 11/28/2005) |
| 11/29/2005 | 23 | MOTION to Dismiss by Donald Pattulo, Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace.(Ryan, Regina) (Entered: 11/29/2005) |
| 11/29/2005 | 24 | MEMORANDUM in Support re 23 MOTION to Dismiss filed by Donald Pattulo, Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace. (Ryan, Regina) (Entered: 11/29/2005) |
| 11/29/2005 | 25 | CERTIFICATE OF CONSULTATION re 23 MOTION to Dismiss, 24 Memorandum in Support of Motion by Regina M. Ryan on behalf of Donald Pattulo, Town of North Andover, Charles Heseltine, Patrick Keefe, Town of Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace. (Ryan, Regina) (Entered: 11/29/2005) |
| 12/12/2005 | 26 | First MOTION for Extension of Time to File *Opposition To Defendants' Motion To Dismiss* by Brett S. Godette.(Klehm, Paul) (Entered: 12/12/2005) |
| 12/30/2005 | 27 | Opposition re 23 MOTION to Dismiss *of Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace, Donald Patullo, Charles Heseltine, Town of Andover and Town of North Andover* filed by Brett S. Godette. (Klehm, Paul) (Entered: 12/30/2005) |
| 12/30/2005 | 28 | MEMORANDUM in Opposition re 23 MOTION to Dismiss *of Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace, Donald Patullo, Charles Heseltine, Town of Andover and Town of North Andover* filed by Brett S. Godette. (Klehm, Paul) (Entered: 12/30/2005) |
| 01/09/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered finding as moot 26 Motion for Extension of Time to File (Lovett, Zita) (Entered: 01/09/2006) |

| | | |
|---|---|---|
| 02/13/2006 | 29 | WAIVER OF SERVICE Returned Executed Patrick Keefe waiver sent on 1/13/2006, answer due 3/14/2006. (Abaid, Kim) (Entered: 02/13/2006) |
| 06/22/2006 | 30 | NOTICE of Scheduling Conference Scheduling Conference set for 8/1/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/26/2006) |
| 06/22/2006 | 31 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 06/26/2006) |
| 06/28/2006 | 32 | CERTIFICATION pursuant to Local Rule 16.1 by Donald Pattulo, Town of North Andover, Charles Heseltine, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace.(Ryan, Regina) (Entered: 06/28/2006) |
| 07/12/2006 | 33 | CERTIFICATE OF CONSULTATION *Pursuant To L.R. 16(1)(D)(3)* by Paul J. Klehm on behalf of Brett S. Godette. (Klehm, Paul) (Entered: 07/12/2006) |
| 07/14/2006 | 34 | Disclosure pursuant to Rule 26 by Brett S. Godette. (Attachments: # 1 Exhibit A)(Klehm, Paul) (Entered: 07/14/2006) |
| 07/19/2006 | 35 | JOINT STATEMENT re scheduling conference. (Klehm, Paul) (Entered: 07/19/2006) |
| 07/25/2006 | 36 | CERTIFICATE OF CONSULTATION *pursuant to L. R. 16(D)(3)* by Robert B. Smith on behalf of Riordon, Merrimack College. (Smith, Robert) (Entered: 07/25/2006) |
| 07/31/2006 | 37 | Document disclosure by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher.(Ryan, Regina) (Entered: 07/31/2006) |
| 07/31/2006 | 38 | Document disclosure by Donald Pattulo, Charles Heseltine, Patrick Keefe, Town of Andover, William Wallace.(Ryan, Regina) (Entered: 07/31/2006) |
| 07/31/2006 | 39 | Disclosure pursuant to Rule 26 by Riordon, Merrimack College. (Attachments: # 1 Exhibit Sworn Statement In Compliance With Local Rule 26.1(b))(Smith, Robert) (Entered: 07/31/2006) |
| 08/01/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro: Motion Hearing held on 8/1/2006 re 23 MOTION to Dismiss filed by Daniel Cronin,, Town of Andover,, Paul Gallagher,, Town of North Andover,, Richard Stanley,, Diane Heffernan,, William Wallace,, Donald Pattulo,, Charles Heseltine,, Patrick Keefe,, 11 MOTION to Dismiss filed by Daniel Cronin,, Town of Andover,, Paul Gallagher,, Town of North Andover,, Richard Stanley,, Diane Heffernan,, William Wallace,, Donald Pattulo,, Charles Heseltine,, Patrick Keefe,. After hearing motion is taken under advisement. A settlement conference is set for August 14, 2006 at 2:00 p.m. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/02/2006) |
| 08/03/2006 | | ELECTRONIC NOTICE of Hearing : Settlement Conference set for 8/16/2006 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (the |

| | | |
|---|---|---|
| | | 8/14/2006 is cancelled).(Lovett, Zita) (Entered: 08/03/2006) |
| 08/07/2006 | 40 | Judge Joseph L. Tauro : Order Entered 23 is DENIED in part and ALLOWED in part. See Order for Full Disclosure. The listed discovery s ll be completed by January 30, 2007. No further discovery is permitted with it leave of court. A Settlement Conference will be held on August 16, 2006 11:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 08/07/2006) |
| 08/07/2006 | | Set Deadlines/Hearings: Discovery to be completed by 1/30/2007. Settlement Conference set for 8/16/2006 11:30 AM in Courtroom 20 befc Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 08/07/2006) |
| 08/14/2006 | 41 | STIPULATION re Notice of Hearing by Donald Pattulo, Riordon, Town ( North Andover, Merrimack College, Charles Heseltine, Patrick Keefe, Bri S. Godette, Town of Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher, William Wallace. (Smith, Robert) (Entered: 08/14/2006) |
| 08/23/2006 | 42 | Judge Joseph L. Tauro : ORDER entered. Plaintiff's counsel will contact Defendants' counsel by August 30, 2006 regarding whether Plaintiff will recommend the court's proposed settlement figure to the Plaintiff. The parties may begin the previously authorized discovery on August 30, 2006 Trial will begin on February 26, 2007 at 10:00 AM in Courtroom 20 befor Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 08/23/2006) |
| 08/23/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro Settlement Conference held on 8/23/2006, case does not settle (see order f( details), trial will begin on February 26, 2007 at 10:00 a.m. (Court Reporte Carol Scott.) (Lovett, Zita) (Entered: 08/23/2006) |
| 08/23/2006 | | Set/Reset Trial Order Deadlines: Jury Trial set for 2/26/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 08/23/2006) |
| 09/12/2006 | 43 | Letter re: settlement from Paul J. Klehm. (Abaid, Kim) (Entered: 09/12/2006) |
| 09/27/2006 | 44 | ANSWER to Complaint with Jury Demand by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher.(Ryan, Regina) (Entered: 09/27/2006) |
| 09/27/2006 | 45 | ANSWER to Complaint with Jury Demand by Donald Pattulo, Charles Heseltine, Patrick Keefe, Town of Andover, William Wallace.(Ryan, Regina) (Entered: 09/27/2006) |
| 10/12/2006 | 46 | AMENDED ANSWER to 1 Complaint *and Jury Claim* by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher. (Ryan, Regina) (Entered: 10/12/2006) |
| 12/01/2006 | 47 | SEALED MOTION by Riordon, Merrimack College.(Abaid, Kim) (Entered 12/04/2006) |

| | | |
|---|---|---|
| 12/01/2006 | 48 | Sealed Document. (Abaid, Kim) (Entered: 12/04/2006) |
| 12/01/2006 | 49 | Sealed Document. (Abaid, Kim) (Entered: 12/04/2006) |
| 12/01/2006 | 50 | Sealed Document. (Abaid, Kim) (Entered: 12/04/2006) |
| 12/01/2006 | 51 | Sealed Document. (Abaid, Kim) (Entered: 12/04/2006) |
| 12/12/2006 | 52 | Emergency MOTION to Withdraw as Attorney *to Plaintiff Brett Godette, 2) to Extend Time for Plaintiff to File Opposition to Defendant Merrimack College and Lt. Riordan's Sealed Motion [Doc. Nos. 48-51], (3) to Stay Discovery and (4) to Continue Trial* by Brett S. Godette.(Klehm, Paul) (Entered: 12/12/2006) |
| 12/12/2006 | 53 | AFFIDAVIT in Support re 52 Emergency MOTION to Withdraw as Attorney *to Plaintiff Brett Godette, (2) to Extend Time for Plaintiff to File Opposition to Defendant Merrimack College and Lt. Riordan's Sealed Motion [Doc. Nos. 48-51], (3) to Stay Discovery and (4) to Continue.* (Klehm, Paul) (Entered: 12/12/2006) |
| 12/15/2006 | 54 | MOTION to Seal by Brett S. Godette.(Abaid, Kim) (Entered: 12/18/2006) |
| 12/15/2006 | 55 | Sealed Document - Opposition. (Abaid, Kim) (Entered: 12/18/2006) |
| 12/15/2006 | 56 | Sealed Document - Memorandum in Opposition. (Abaid, Kim) (Entered: 12/18/2006) |
| 12/15/2006 | 57 | Sealed Document - Affidavit. (Abaid, Kim) (Entered: 12/18/2006) |
| 12/18/2006 | | ELECTRONIC NOTICE of Hearing :Hearing set for 12/28/2006 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. notice mailed to plaintiff(Lovett, Zita) (Entered: 12/18/2006) |
| 12/21/2006 | | ELECTRONIC NOTICE Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: Hearing on 12/28/06 has been cancelled and will be rescheduled at a later date. (Abaid, Kim) (Entered: 12/21/2006) |
| 01/05/2007 | | ELECTRONIC NOTICE of Hearing re settlement conference :Hearing set for 1/18/2007 12:00 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 01/05/2007) |
| 01/18/2007 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro: Final Pretrial Conference held on 1/18/2007. Order to follow. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 01/18/2007) |
| 01/18/2007 | 58 | Judge Joseph L. Tauro : ORDER entered - 47 Sealed Motion is DENIED. 5 Sealed Motion is ALLOWED. 52 Emergency Motion to Withdraw, to Extend Time to File Opposition, to Stay Discovery and to Continue Trial is DENIED. All depositions shall be completed by March 30, 2007. The deadline for filing motions for summary judgment is March 1, 2007. Oppositions to motions for summary judgment shall be filed by March 22, 2007. A Final Pre-Trial Conference will be held on April 17, 2007 at 12:00 PM. Trial will begin on April 30, 2007 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Entered: 01/18/2007) |

| | | |
|---|---|---|
| 02/23/2007 | ● 59 | MOTION to Amend *Caption To Substitute The Name "Michael Riordan" For "Lt. Riordon" Or "Lieutenant Riordon" Where They Appear In The Pleadings And Case Caption In The Within Matter* by Brett S. Godette.(Klehm, Paul) (Entered: 02/23/2007) |
| 02/23/2007 | ● 60 | MOTION for Extension of Time *For Plaintiff To Submit His Opposition(s) To Defendants' Potential Motion(s) For Summary Judgment (And Memorandum In Support Thereof) From March 22, 2007 To And Including March 30, 2007* by Brett S. Godette.(Klehm, Paul) (Entered: 02/23/2007) |
| 02/23/2007 | ● 61 | AFFIDAVIT *Of Paul J. Klehm, Esq., Pursuant To Fed.R.Civ.P.56(f)* by Brett S. Godette. (Klehm, Paul) (Entered: 02/23/2007) |
| 03/01/2007 | ● 62 | MOTION for Summary Judgment by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher.(Ryan, Regina) (Entered: 03/01/2007) |
| 03/01/2007 | ● 63 | MEMORANDUM in Support re 62 MOTION for Summary Judgment filed by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher. (Attachments: # 1 Exhibit)(Ryan, Regina) (Entered: 03/01/2007) |
| 03/01/2007 | ● 64 | Statement of Material Facts L.R. 56.1 re 62 MOTION for Summary Judgment filed by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher. (Ryan, Regina) (Entered: 03/01/2007) |
| 03/05/2007 | ● 65 | EXHIBIT re 64 Statement of Material Facts L.R. 56.1 by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher. (Attachments: # 1 Exhibit B# 2 Exhibit C# 3 Exhibit D# 4 Exhibit E Part 1# 5 Exhibit E Part 2# 6 Exhibit F)(Abaid, Kim) (Entered: 03/05/2007) |
| 03/05/2007 | ● 66 | STIPULATION of Dismissal by Donald Pattulo, Charles Heseltine, Patrick Keefe, Town of Andover, William Wallace. (Ryan, Regina) (Entered: 03/05/2007) |
| 03/07/2007 | ● 67 | MOTION for Discovery *Plaintiff Godette's Assented To Motion For Leave To Take Deposition Of Former Merrimack College Police Chief William Mayrose As A Result Of Memorandum Of Chief Mayrose First Produced By Defendant Merrimack College On March 2, 2007* by Brett S. Godette.(Klehm, Paul) (Entered: 03/07/2007) |
| 03/07/2007 | ● 68 | AFFIDAVIT of Paul J. Klehm, Esq. by Brett S. Godette. (Attachments: # 1 Exhibit A)(Klehm, Paul) (Entered: 03/07/2007) |
| 03/07/2007 | ● | Judge Joseph L. Tauro : Electronic ORDER entered granting 67 Motion for Leave to Take Deposition (Abaid, Kim) (Entered: 03/08/2007) |
| 03/15/2007 | ● 69 | MOTION to Withdraw 60 MOTION for Extension of Time *For Plaintiff To Submit His Opposition(s) To Defendants' Potential Motion(s) For Summary Judgment (And Memorandum In Support Thereof) From March 22, 2007 To And Including March 30, 2007* by Brett S. Godette.(Klehm, Paul) (Entered: |

| | | |
|---|---|---|
| | | 03/15/2007) |
| 03/16/2007 | 70 | Disclosure pursuant to Rule 26 by Riordon, Merrimack College.(Smith, Robert) (Entered: 03/16/2007) |
| 03/19/2007 | 71 | NOTICE of Appearance by Benjamin L. Falkner on behalf of Brett S. Godette (Falkner, Benjamin) (Entered: 03/19/2007) |
| 03/19/2007 | 72 | MOTION for Leave to File *Rule 26(a)(3) Pretrial Disclosures One Business Day Late* by Brett S. Godette. (Attachments: # 1 Exhibit A)(Klehm, Paul) (Entered: 03/19/2007) |
| 03/20/2007 | 73 | NOTICE of Appearance by Allison C. Ayer on behalf of Riordon, Merrimack College (Ayer, Allison) (Entered: 03/20/2007) |
| 03/20/2007 | 74 | Assented to MOTION for Leave to File *Rule 26(A)(3) Pre-Trial Disclosures Two Business Days Late* by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher. (Attachments: # 1 Exhibit)(Ryan, Regina) (Entered: 03/20/2007) |
| 03/20/2007 | 75 | CERTIFICATE OF CONSULTATION re 74 Assented to MOTION for Leave to File *Rule 26(A)(3) Pre-Trial Disclosures Two Business Days Late* (Ryan, Regina) (Entered: 03/20/2007) |
| 03/20/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 72 Motion for Leave to File Rule 26(A)(3) Pretrial Disclosures One Business Day Late (Abaid, Kim) (Entered: 03/20/2007) |
| 03/21/2007 | 76 | Disclosure pursuant to Rule 26 by Brett S. Godette.(Falkner, Benjamin) (Entered: 03/21/2007) |
| 03/22/2007 | 77 | RESPONSE to Motion re 62 MOTION for Summary Judgment filed by Riordon, Merrimack College. (Smith, Robert) Modified on 3/23/2007 (Abaid, Kim). (Entered: 03/22/2007) |
| 03/22/2007 | 78 | Opposition re 62 MOTION for Summary Judgment *of Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and Town of North Andover* filed by Brett S. Godette. (Klehm, Paul) (Entered: 03/22/2007) |
| 03/22/2007 | 79 | Statement of Material Facts L.R. 56.1 re 62 MOTION for Summary Judgment *Response and Plaintiff's Concise Statement of Further Material Facts* filed by Brett S. Godette. (Klehm, Paul) (Entered: 03/22/2007) |
| 03/22/2007 | 80 | MEMORANDUM in Opposition re 62 MOTION for Summary Judgment *of Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and Town of North Andover* filed by Brett S. Godette. (Klehm, Paul) (Entered: 03/22/2007) |
| 03/22/2007 | 81 | AFFIDAVIT in Opposition re 62 MOTION for Summary Judgment *of Defendants Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher and Town of North Andover, Affidavit of Paul J. Klehm, Esq.* filed by Brett S. Godette. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 |

| | | |
|---|---|---|
| | | Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit J# 10 Exhibit K# 11 Exhibit L# 12 Exhibit L1-i# 13 Exhibit L1-ii# 14 Exhibit L2# 15 Exhibit M# 16 Exhibit N# 17 Exhibit O# 18 Exhibit P# 19 Exhibit Q# 20 Exhibit R# 21 Exhibit S)(Klehm, Paul) (Entered: 03/22/2007) |
| 03/22/2007 | 82 | MEMORANDUM OF LAW by Michael Riordon, Merrimack College in Response to 62 MOTION for Summary Judgment. (Abaid, Kim) (Entered: 03/23/2007) |
| 03/23/2007 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 77 corrected because: Memorandum of Law was filed as an attachment to the Response. Removed from the entry and filed separately. (Abaid, Kim) (Entered: 03/23/2007) |
| 03/26/2007 | 83 | Emergency MOTION to Strike 77 Response to Motion *of Defendants Merrimack College and Michael Riordan For Summary Judgment* by Brett S. Godette.(Klehm, Paul) (Entered: 03/26/2007) |
| 03/26/2007 | 84 | AFFIDAVIT of Paul J. Klehm, Esq. re 83 Emergency MOTION to Strike Response to Motion *of Defendants Merrimack College and Michael Riordan For Summary Judgment* by Brett S. Godette. (Klehm, Paul) (Entered: 03/26/2007) |
| 03/26/2007 | 85 | Letter/request (non-motion) from Paul J. Klehm correcting docket number included in Doc. Nos. 83 and 84. (Klehm, Paul) (Entered: 03/26/2007) |
| 03/26/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 60 Motion for Extension of Time, granting 69 Motion to Withdraw, granting 74 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Zita) (Entered: 03/26/2007) |
| 03/27/2007 | 86 | Opposition re 83 Emergency MOTION to Strike 77 Response to Motion *of Defendants Merrimack College and Michael Riordan For Summary Judgment* filed by Riordon, Merrimack College. (Smith, Robert) (Entered: 03/27/2007) |
| 03/27/2007 | 87 | Judge Joseph L. Tauro : ORDER entered. 83 Emergency Motion to Strike Untimely "Cross" Motion for Summary Judgment is DENIED. Plaintiff's response to Defendants' Cross-Motion for Summary Judgment is due May 3, 2007. The Final Pre-Trial Conference scheduled for April 17, 2007 at 12:00 PM is CONTINUED until June 5, 2007 at 10:00 AM. All Motions in Limine shall be filed no later than 5:00 PM on May 29, 2007. Trial is Scheduled for Monday, June 11, 2007 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 03/27/2007) |
| 03/29/2007 | 88 | Disclosure pursuant to Rule 26 by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher.(Ryan, Regina) (Entered: 03/29/2007) |

| | | |
|---|---|---|
| 04/20/2007 | 🔾 | Judge Joseph L. Tauro : Electronic ORDER entered granting 59 Motion t Amend (Lovett, Zita) (Entered: 04/20/2007) |
| 05/03/2007 | 89 | Opposition re 77 Cross-Motion for Summary Judgment filed by Merrimac College and Michael Riordan filed by Brett S. Godette. (Klehm, Paul) Modified on 5/4/2007 (Abaid, Kimberly). (Entered: 05/03/2007) |
| 05/03/2007 | 90 | MEMORANDUM in Opposition re 77 Cross-Motion for Summary Judgment filed by Merrimack College and Michael Riordan filed by Brett Godette. (Klehm, Paul) Modified on 5/4/2007 (Abaid, Kimberly). (Entere 05/03/2007) |
| 05/03/2007 | 91 | Supplemental Statement of Material Facts L.R. 56.1 re 77 Cross-Motion f Summary Judgment filed by Merrimack College and Michael Riordan file by Brett S. Godette. (Klehm, Paul) Modified on 5/4/2007 (Abaid, Kimberl (Entered: 05/03/2007) |
| 05/03/2007 | 92 | Supplemental AFFIDAVIT of Paul J. Klehm in Opposition re 77 Cross-Motion for Summary Judgment filed by Merrimack College and Michael Riordan filed by Brett S. Godette. (Attachments: # 1 Exhibit A - Excerpts of Deposition of Mayrose# 2 Exhibit B - Excerpts of Deposition Riordan# 3 Exhibit C - Excerpts of Deposition of Heffernan)(Klehm, Paul Modified on 5/4/2007 (Abaid, Kimberly). (Entered: 05/03/2007) |
| 05/04/2007 | 🔾 | Notice of correction to docket made by Court staff. Correction: Docket Entries 89-92 corrected because: Document was associated with document 62, should have been linked to document 77. Corrected docket associations for all entries. (Abaid, Kimberly) (Entered: 05/04/2007) |
| 05/07/2007 | 93 | MOTION for Leave to File *Reply Memorandum* by Riordon, Merrimack College. (Attachments: # 1 Exhibit Reply Memorandum# 2 Exhibit Affidavit of Allison C. Ayer)(Smith, Robert) (Entered: 05/07/2007) |
| 05/07/2007 | 94 | CERTIFICATE OF CONSULTATION re 93 MOTION for Leave to File *Reply Memorandum*. (Smith, Robert) (Entered: 05/07/2007) |
| 05/07/2007 | 🔾 | ELECTRONIC NOTICE of Hearing :Motion Hearing set for 5/10/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 05/07/2007) |
| 05/08/2007 | 95 | Opposition re 93 MOTION for Leave to File *Reply Memorandum* filed by Brett S. Godette. (Klehm, Paul) (Entered: 05/08/2007) |
| 05/09/2007 | 96 | MOTION to Strike *(1) Certain Portions Of Defendants Merrimack College And Michael Riordan's Reply Memorandum [Doc. No. 93, Exhibit A] And (2) The Affidavit Of Allison C. Ayer [Doc. No. 93, Exhibit B]* by Brett S. Godette.(Klehm, Paul) (Entered: 05/09/2007) |
| 05/09/2007 | 97 | Opposition re 96 MOTION to Strike *(1) Certain Portions Of Defendants Merrimack College And Michael Riordan's Reply Memorandum [Doc. No. 93, Exhibit A] And (2) The Affidavit Of Allison C. Ayer [Doc. No. 93, Exhibit B]* filed by Riordon, Merrimack College. (Smith, Robert) (Entered: |

| | | |
|---|---|---|
| | | 05/09/2007) |
| 05/10/2007 | ○ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Motion Hearing held on 5/10/2007 re 62 MOTION for Summary Judgment filed by Daniel Cronin,, Paul Gallagher,, Town of North Andover,, Richard Stanley,, Diane Heffernan,. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 05/10/2007) |
| 05/16/2007 | 98 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM.(Abaid, Kimberly) (Entered: 05/16/2007) |
| 05/16/2007 | 99 | Judge Joseph L. Tauro : ORDER entered 62 Motion for Summary Judgment and 77 Cross-Motion for Summary Judgment are ALLOWED. (Abaid, Kimberly) (Entered: 05/16/2007) |
| 05/18/2007 | 100 | MOTION for Leave to File *Motion for Summary Judgment as to All Remaining Counts* by Riordon, Merrimack College.(Smith, Robert) (Entered: 05/18/2007) |
| 05/18/2007 | 101 | CERTIFICATE OF CONSULTATION re 100 MOTION for Leave to File *Motion for Summary Judgment as to All Remaining Counts*. (Smith, Robert) (Entered: 05/18/2007) |
| 05/21/2007 | ○ | Judge Joseph L. Tauro : ElectronicORDER entered granting 100 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Abaid, Kimberly) (Entered: 05/22/2007) |
| 05/22/2007 | 102 | MOTION for Summary Judgment *as to All Remaining Counts - Leave to File Granted on 05/22/2007* by Riordon, Merrimack College.(Smith, Robert) (Entered: 05/22/2007) |
| 05/22/2007 | 103 | MEMORANDUM in Support re 102 MOTION for Summary Judgment *as to All Remaining Counts - Leave to File Granted on 05/22/2007* filed by Riordon, Merrimack College. (Smith, Robert) (Entered: 05/22/2007) |
| 05/22/2007 | 104 | CERTIFICATE OF CONSULTATION *Pursuant to Local Rule 7.1*. (Smith, Robert) (Entered: 05/22/2007) |
| 05/23/2007 | 105 | MOTION for Reconsideration re 99 Order on Motion for Summary Judgment, 98 Memorandum & ORDER *Allowing Summary Judgment In Favor of The North Andover Defendants On All Counts And In Favor of The Merrimack College Defendants On Counts V, VI, VIII, IX and X* by Brett S. Godette.(Klehm, Paul) (Entered: 05/23/2007) |
| 05/23/2007 | 106 | AFFIDAVIT in Support re 105 MOTION for Reconsideration re 99 Order on Motion for Summary Judgment, 98 Memorandum & ORDER *Allowing Summary Judgment In Favor of The North Andover Defendants On All Counts And In Favor of The Merrimack College Defendants On Counts V, VI, VIII, IX and X* filed by Brett S. Godette. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | A)(Klehm, Paul) Modified on 5/24/2007 (Abaid, Kimberly). (Entered: 05/23/2007) |
| 05/23/2007 | 107 | MEMORANDUM in Support re 105 MOTION for Reconsideration re 99 Order on Motion for Summary Judgment, 98 Memorandum & ORDER *Allowing Summary Judgment In Favor of The North Andover Defendants In All Counts And In Favor of The Merrimack College Defendants On Count V, VI, VIII, IX and X* filed by Brett S. Godette. (Klehm, Paul) Modified on 5/24/2007 (Abaid, Kimberly). (Entered: 05/23/2007) |
| 05/24/2007 | 108 | Opposition re 105 MOTION for Reconsideration re 99 Order on Motion f Summary Judgment, 98 Memorandum & ORDER *Allowing Summary Judgment In Favor of The North Andover Defendants On All Counts And Favor of The Merrimack College Defendants On Counts V, VI, VIII filed* Riordon, Merrimack College. (Smith, Robert) Modified on 5/29/2007 (Abaid, Kimberly). (Entered: 05/24/2007) |
| 05/25/2007 | 109 | Objection to 99 Order on Motion for Summary Judgment, 98 Memorandu & ORDER by Brett S. Godette *Objection to All Findings of Fact And Rulings of Law*. (Klehm, Paul) (Entered: 05/25/2007) |
| 05/29/2007 | 110 | MOTION in Limine *to Exclude Testimony of Linda Godette and Other Family and Friends* by Riordon, Merrimack College.(Smith, Robert) (Entered: 05/29/2007) |
| 05/29/2007 | 111 | MOTION in Limine *to Preclude Plaintiff from Offering the Testimony of Richard Santagati* by Riordon, Merrimack College.(Smith, Robert) (Entered: 05/29/2007) |
| 05/29/2007 | 112 | MOTION in Limine *to Exclude from Evidence William Mayrose's April 2003 Memorandum and Any Testimony Concerning its Contents* by Riordc Merrimack College.(Smith, Robert) (Entered: 05/29/2007) |
| 05/29/2007 | 113 | CERTIFICATE OF CONSULTATION *Concering Defendants Merrimack College and Michael Riordan's Motions in Limine*. (Smith, Robert) (Entered: 05/29/2007) |
| 05/29/2007 | 114 | PRETRIAL MEMORANDUM by Riordon, Merrimack College, Brett S. Godette. (Klehm, Paul) (Entered: 05/29/2007) |
| 05/29/2007 | 115 | MOTION in Limine *for Adverse Inference In Favor of Godette As a Result of Merrimack's Loss of Godette's Counseling Records* by Brett S. Godette. (Attachments: # 1 Exhibit A - Letter dated August 17, 2006# 2 Exhibit B - Merrimack College website excerpt# 3 Exhibit C - Letter dated August 29, 2003)(Klehm, Paul) (Entered: 05/29/2007) |
| 05/29/2007 | 116 | MOTION in Limine *To Preclude Any Evidence Concerning An Alleged Theft of Textbooks, Or Any Other Alleged Bad Acts, By Godette* by Brett S. Godette. (Attachments: # 1 Exhibit A - Merrimack Police Incident Report# Exhibit B - Riordan Deposition excerpt)(Klehm, Paul) (Entered: 05/29/2007) |

| | | |
|---|---|---|
| 05/29/2007 | 117 | MOTION in Limine *To Preclude The Admission of Any Documents Included In the "Catch-All" Provisions of the Exhibit Lists (Godette's Objected To Exhibits Numbered 2 Through 7 And Defendants' Objected To Exhibits Numbered 8 Through 17) That Are Not Specifically Identified In Section of the Joint Pretrial Memorandum* by Brett S. Godette.(Klehm, Paul) (Entered: 05/29/2007) |
| 05/29/2007 | 118 | MOTION in Limine *To Preclude Testimony Or Documents Relating To Any And All Diversity Initiatives And/Or Programs Run By Merrimack College* by Brett S. Godette. (Attachments: # 1 Exhibit A - Merrimack College Statement on Diversity# 2 Exhibit B - Diversity Event Planning# 3 Exhibit C - Diversity Recruitment Resource Guide# 4 Exhibit D - Step-by-Step Diversity Recruitment Strategy)(Klehm, Paul) (Entered: 05/29/2007) |
| 05/29/2007 | 119 | MOTION in Limine *To Preclude (1) The Admission of Godette's Merrimack College Medical Records And (2) The Admission of Godette's Merrimack College Academic Record* by Brett S. Godette.(Klehm, Paul) (Entered: 05/29/2007) |
| 05/29/2007 | 120 | MOTION to Sequester *Non-Party Witnesses* by Brett S. Godette.(Klehm, Paul) (Entered: 05/29/2007) |
| 05/29/2007 | 121 | Proposed Voir Dire by Brett S. Godette. (Klehm, Paul) (Entered: 05/29/2007) |
| 05/30/2007 | 122 | MOTION to Continue *June 11, 2007 Trial Pending Resolution of Merrimack's Motion for Summary Judgment (Docket No. 102) and Plaintiff's Motion to Reconsider Court's Entry of Summary Judgment (Docket No. 105)* by Riordon, Merrimack College.(Smith, Robert) (Entered: 05/30/2007) |
| 05/30/2007 | 123 | CERTIFICATE OF CONSULTATION re 122 MOTION to Continue *June 11, 2007 Trial Pending Resolution of Merrimack's Motion for Summary Judgment (Docket No. 102) and Plaintiff's Motion to Reconsider Court's Entry of Summary Judgment (Docket No. 105)* MOTION to Continue *June 11, 2007 Trial Pending Resolution of Merrimack's Motion for Summary Judgment (Docket No. 102) and Plaintiff's Motion to Reconsider Court's Entry of Summary Judgment (Docket No. 105)*. (Smith, Robert) (Entered: 05/30/2007) |
| 05/31/2007 | 124 | Opposition re 105 MOTION for Reconsideration re 99 Order on Motion for Summary Judgment, 98 Memorandum & ORDER *Allowing Summary Judgment In Favor of The North Andover Defendants On All Counts And In Favor of The Merrimack College Defendants On Counts V, VI, VIII* filed by Town of North Andover, Richard Stanley, Diane Heffernan, Daniel Cronin, Paul Gallagher. (Ryan, Regina) Modified on 5/31/2007 (Abaid, Kimberly). (Entered: 05/31/2007) |
| 06/01/2007 | 125 | Opposition re 102 MOTION for Summary Judgment *as to All Remaining Counts - Leave to File Granted on 05/22/2007* filed by Brett S. Godette. (Klehm, Paul) (Entered: 06/01/2007) |

| 06/01/2007 | 126 | MEMORANDUM in Opposition re 102 MOTION for Summary Judgment *as to All Remaining Counts - Leave to File Granted on 05/22/2007* filed Brett S. Godette. (Klehm, Paul) (Entered: 06/01/2007) |
|---|---|---|
| 06/01/2007 | 127 | Supplemental AFFIDAVIT of Paul J. Klehm, Esq. in Opposition re 102 MOTION for Summary Judgment *as to All Remaining Counts - Leave to File Granted on 05/22/2007* filed by Brett S. Godette. (Attachments: # 1 Exhibit A Diversity Events on Campus# 2 Exhibit B Diversity Event Planning# 3 Exhibit C Diversity Recruitment Resource Guide# 4 Exhibit Step-By-Step Diversity Recruitment Strategy# 5 Exhibit E Merrimack College Non-Discrimination Policy)(Klehm, Paul) (Entered: 06/01/2007) |
| 06/01/2007 | 128 | AFFIDAVIT of Paul J. Klehm, Esq. in Opposition re 102 MOTION for Summary Judgment *as to All Remaining Counts - Leave to File Granted 05/22/2007 (Pursuant to Fed.R.Civ.P. 56(f))* filed by Brett S. Godette. (Klehm, Paul) (Entered: 06/01/2007) |
| 06/04/2007 | 129 | Opposition re 111 MOTION in Limine *to Preclude Plaintiff from Offering the Testimony of Richard Santagati* filed by Brett S. Godette. (Klehm, Paul) (Entered: 06/04/2007) |
| 06/04/2007 | 130 | Opposition re 110 MOTION in Limine *to Exclude Testimony of Linda Godette and Other Family and Friends* filed by Brett S. Godette. (Klehm, Paul) (Entered: 06/04/2007) |
| 06/04/2007 |  | NOTICE Cancelling Hearing. PRE-TRIAL CONFERENCE cancelled: 6/05/2007 to: TO BE ADVISED (Lovett, Zita) (Entered: 06/04/2007) |
| 06/04/2007 | 131 | Opposition re 112 MOTION in Limine *to Exclude from Evidence William Mayrose's April 2003 Memorandum and Any Testimony Concerning its Contents* filed by Brett S. Godette. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Klehm, Paul) (Entered: 06/04/2007) |
| 06/06/2007 |  | ELECTRONIC NOTICE Cancelling Hearing. TRIAL SET FOR 6/11/200 is cancelled: A motion hearing will be set as soon as practicable. (Lovett, Zita) (Entered: 06/06/2007) |
| 06/13/2007 | 132 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM. 102 Motion for Summary Judgment as to All Remaining Counts is ALLOWED. No counts remain against Defendants. Accordingly, this case is closed.(Abaid, Kimberly) (Entered: 06/13/2007) |
| 06/13/2007 | 133 | Judge Joseph L. Tauro : ORDER entered 105 Motion for Reconsideration DENIED. 102 Motion for Summary Judgment as to All Remaining Counts is ALLOWED. This case is closed. (Abaid, Kimberly) (Entered: 06/13/2007) |
| 06/14/2007 | 134 | Objection to 133 Order on Motion for Summary Judgment, Order on Motion for Reconsideration by Brett S. Godette. (Klehm, Paul) (Entered: 06/14/2007) |
| 06/14/2007 | 135 | NOTICE OF APPEAL as to 132 Memorandum & ORDER, 133 Order on Motion for Summary Judgment, Order on Motion for Reconsideration by |

|  |  | Brett S. Godette NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 7/4/2007. (Abaid, Kimberly) (Entered: 06/14/2007) |
| --- | --- | --- |
| 06/14/2007 |  | Filing fee: $ 455.00, receipt number 1559090 for 135 Notice of Appeal. (Abaid, Kimberly) (Entered: 06/14/2007) |
| 06/14/2007 |  | Notice of correction to docket made by Court staff. Correction: Docket Entry 135 corrected because: Wrong event used. Should have used Notice of Appeal and not Notice of Appeal to the Federal Circuit. Removed and refiled with correct event. (Abaid, Kimberly) (Entered: 06/14/2007) |
| 06/22/2007 | 136 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of the Defendants (Abaid, Kimberly) (Entered: 06/25/2007) |